UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 24  P 12:06

DISTRICT COURT
HARTFORD CT

GERALD CODERRE

v.

EDWARD PESANTI, et al.

PRISONER
Case No. 3:02CV1096(RNC)(DFM)

## RULING ON PENDING MOTION

Pending before the court is a motion for leave to depose the plaintiff filed by the defendants.

Defendants' seek leave of court to depose plaintiff and to have a correctional officer present during the deposition for safety and security of defense counsel and the court reporter. The plaintiff objects to the motion. The plaintiff contends that he needs counsel for the deposition and that he needs a copy of his medical file prior to the deposition. In response to plaintiff's objection, counsel for the defendants represents that she previously provided the plaintiff with a copy of his medical file in connection with a state habeas matter. In addition, she will bring a copy of the plaintiff's medical file to the deposition which he may review. Counsel also notes that the plaintiff may ask correctional officials for permission to review his medical file at any time.

With respect to the plaintiff's claim that he cannot attend the deposition without counsel, the court notes that there is no constitutional right to counsel in a civil action. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987) (holding that inmate's right to counsel extends to direct appeal only); Abdur-Rahman v. Michigan Dep't of Corrections, 65 F.3d 489, 492 (6th Cir. 1995) (holding that inmate has no right to appointed counsel in a civil case); Farmer v. Haas, 990 F.2d 319, 323 (7th Cir.) (holding that there is no constitutional or statutory right to counsel in federal civil cases), cert. denied, 510 U.S. 963 (1993); Kilgo v. Ricks, 983 F.2d 189, 193 (11th Cir. 1993) (holding that prisoners filing civil rights cases have no absolute constitutional right to counsel).

The defendants' Motion for Leave to Depose Person Confined In Prison [doc. # 35] is GRANTED over the plaintiff's objection. The defendants' counsel shall provide a copy of this ruling to the plaintiff before the deposition commences.

SO ORDERED this 24th day of October, 2003, at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge

2