UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 21  A 11: 33

US DISTRICT COURT
HARTFORD CT

GERALD CODERRE,

    Plaintiff,

V.

DR. EDWARD PESANTI, et al.,

    Defendants.

CASE NO. 3:02CV1096 (RNC)

RULING AND ORDER

Plaintiff Gerald Coderre, proceeding pro se, is currently incarcerated at the Osborn Correctional Institution in Somers, Connecticut. He brings this action under 42 U.S.C. § 1983 against defendants for denying him treatment for Hepatitis C. Pending before the court are plaintiff's motion to withdraw his claims against defendant John Doe and his motion for a temporary restraining order.

I.    Motion to Dismiss John Doe as Defendant

Plaintiff moves to withdraw his claims against John Doe, an unnamed defendant, without prejudice. There appears to be no reason not to permit him to do so. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims against John Doe are dismissed without prejudice.

II.    Motion for Temporary Restraining Order

When he filed this motion on June 27, 2003, plaintiff sought an order directing defendants to provide him with treatment for the Hepatitis C virus. The court elects to treat the motion as a motion for preliminary injunctive relief. On August 18, 2003,

plaintiff filed an amended complaint in this action, in which he indicates that he is now receiving the treatment in question. He asserts that he was approved for treatment on July 9 and received his first shot of interferon on July 25. He states that on that day he received the relief for which he had been fighting, and that "the defendants chose to stop being indifferent to my serious medical needs." (Am. Compl. ¶ 40.) Because the plaintiff has received the medical treatment he sought, the request for preliminary relief is moot.

III. Conclusion

Accordingly, plaintiff's motion to dismiss John Doe as defendant [Doc. #43] is hereby granted, and all claims against John Doe are dismissed without prejudice. Plaintiff's motion for a temporary restraining order [Doc. #24] is hereby denied as moot.

So ordered.

Dated at Hartford, Connecticut this 20 day of November 2003.

_____
Robert N. Chatigny
United States District Judge