UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC -1  P 12: 16

|  |  |
|---|---|
| GERALD CODERRE<br>*Plaintiff,* | PRISONER<br>: CIVIL NO. 3:02CV1096(RNC)(DFM) |
| v. | : |
| EDWARD PESANTI ET AL,<br>*Defendanst.* | : NOVEMBER 26, 2003 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to D. Conn. L. Civ. R. 7(B), the defendants respectfully move for an enlargement of time of sixty days to respond to plaintiff's requests for admission posited to them.

In support of this request, the defendants submit the following:

1). On or about November 7, 2003, plaintiff submitted as many as 25 Requests for Admission to defendants Dr. Blanchette, Dr. Edward Pesanti, Nurse E. White, Dr. Germain Bianchi.

2). Defense counsel has sent these requests for admission to her clients but she needs to go over them with the defendants.

3). The undersigned is responsible for approximately 150 matters before federal, state court and the Office of the Claims Commissioner. In addition, the undersigned currently has two matters before the Connecticut Supreme Court and two matters before the Connecticut Appellate Court.

4). Finally, the undersigned is involved in litigation with the Office of Protection and Advocacy which is taking up a substantial amount of defense counsel's time with meetings and conferences.

5) The undersigned will be out of the office from November 27, 2003 to December 1, 2003 and from December 24, 2003 until January 5, 2004.

6). Plaintiff is pro se and incarcerated and thus defense counsel does not know whether plaintiff consents or objects to this motion for enlargement of time.

Wherefore, for all the foregoing reasons, the defendants respectfully seek an enlargement of time of 60 days to respond to the Requests for Admission.

EDWARD PESANTI ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Federal Bar No. Ct#08326
E-mail: ann.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this ___ day of November 2003, first class postage prepaid, to:

Gerald Coderre
#245210
Osborn Correctional Institution
P.O. Box 100
100 Bilton Road
Somers Ct 06071

Ann E. Lynch
Assistant Attorney General