UNITED STATES
DISTRICT
COURT

FILED

Coderre
  v.
Pesanti et Al...

3:02cv1096 (RNC)(DFM)

2004 JAN 12
US DISTRICT COURT
BRIDGEPORT CT

Jan 8, 2004

## Motion To stop Reprisals - Retaliation Harrassment.

In This Motion I am showing through Documen--tation That AT a time Prior to 9/29/03 I tried to Get Access to The C.M.H.C, C.D.O.C Medical File of the Plaintiff Myself.

In exhibit ② shows The Defendants objecting To The Plaintiffs Motion To Get his Medical File And Says I am Free to Review Through Institutional Procedures.

In exhibit ③ The Plaintiff is showing Through a Medical Records Appointment That The complete Medical File was Not Present for Review And Copy. On Bottom Shows was Not there.

The Plaintiff has Attempted Through Institu--Tional Procedures To Get Access the File was Assumingly Lost exhibit ⑤

②

shows in Grievance one That Attempt was Made. Level two shows the Additional Attempt 11/19/03 The Grievance was Compromised with No Solution I Remitted it showing that The Records were here when I came here. on 12/9/03 Bottom of third Page I Remitted showing this was a Policy issue and That Level three was Appropiate.

During the Lost File I had a Deposition with the Defendants Attorney I had No Access To My Medical File. After Repeated Attempts I was Thwarted. During the Day of Deposition I was Given Ruling on Pending Motion exhibit ④ The Court Sided with Defendants on Issue of Medical File I'll Note Plaintiff May ask Correctional officials For Permission to Review.

During the Deposition Attorney ANN E. Lynch told Me she would send Me a Copy she did Recieved 11/11/03 The Fact Remains her Defendants employer at This Facility knew of The Pending Suit and Thwarted Plaintiffs effort to Review and obtain Copys Before Deposition.

cont.... PG 3

As is stated In exhibit ⑥ The Defendants employer C.M.H.C Found My File At this Facility on 12/18/03 I wrote Numerous People as Can Be seen to Commissioner. It was Found?

Exhibit ① shows After 2½ Months of the C.M.H.C saying it was Lost then Found is still Harrassing, Retailiating, Its Been over 3 weeks since Found and still Being denied Access As can Be shown From 3rd PG Exhibit ① There Can Be No Other explanation I should of Recieved A Review on the Day it was Found. Instead The C.M.H.C is saying That I was sent it From the Defendants Attorney. I still By Law And Directives have a Right to Access My Medical File I am Being Denied This Access.

I'm Hereby Requesting the Assistance Of The Court To stop the Retailation and Harrassment.

By [signature] #245210
Gerald Codone #245210

# Certification

I hereby Certify That a Copy of of The Foregoing was Mailed To:

Assistant Attorney General
ANN E. Lynch
110 Sherman St.
Hartford ct 06105

By Gerald Coderre #245210
Osborn C.I.
P.O Box 100 Bilton Rd
Somers ct 06071

Plaintiff _____ #245210

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

| | |
|---|---|
| Inmate name: Gerald Coderre | Inmate no. 245216 |
| Facility: Osborn | Housing unit: J-B-27  Date: 1/8/04 |

☐ Line grievance  ☐ Line emergency  ☒ Health grievance  ☐ Health emergency

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

Attached

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

As of 12/18/03 My Medical chart ("A") 7yrs of Records was Finally Located when I tried to Access on 10/7/03 it was Missing Please see Level two Grievance that had the File Found IGP # MI503266

**3. Action requested.** Describe what action you want taken to remedy the grievance. see Attached letter
Complete chart Review
And to stop Reprisal Against Me 9.6 (22)

Inmate signature

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. | | T no. | |
|---|---|---|---|
| Date received | Disposition | | Date of disposition |

Grievance issue

Reasons

Level-1 reviewer

Copys - A.A.G ANN E Lynch
Medical
v/ Mary Johnson Wethersfield
v/ I.L.A.P Richard Cahill
v/

Due to this Level two and Attached evidence Presented showed, that chart was at O.C.I. Anyways it has been over three weeks since I Allegedly was Put on chart Review waiting List I've Been on the Review List since 10/7/03 Now I am Being Delayed Further in the Review of The Medical File, how can Someone say this is Not an emergency After three Months of Delay. As the Attorney for the C.M.H.C said That I was Given My chart in November that is irrelevant I claim that it wasn't Complete I want Access Not Delay I've Been Delayed for 3 Months A-A-G ANN E. Lynch Said in a Motion to the Court that I had Access through Proper Procedures obviously I Filed Grievances showing a Lost chart, obviously Now I'm Being Delayed Further where I have to File Another Grievance, And Now I have to File Motion showing that C.M.H.C is Retailiateing on Behalf of A-A-G ANN E. Lynchs Clients Defendants.
    thank you For everything Cooperation, evidence so on.

Yours truly [signature] #245210

I.L.A.P Richard Cahill
A-A-G Now E, Lynch
Medical
Mrs Johnson - wethersfield

# Connecticut Correctional Institution
# Inmate Request to Staff Member

From: Gerald Codone    Number: 245210

Work Assignment: tier 4    Living Quarters: ~~12/17/03~~ J-B-27

To: Patty wollenhaupt    Date: 12/17/03

(State your request clearly and briefly. Failure to clearly state your request will require return for further information. Per A.D. 9.6 Responses to inmate requests shall be made within **15 calendar days** from receipt of the request.)

Subject: Richard Bush

Dear Mrs wollenhaupt Review of Medical chart at Anytime is of Concern for the inmate as Myself yes Mrs Lynch sent me a Copy on which Dates end 9/28/03 she DiD Not send me a Copy until 11/11/03 as is addressed in your Response letter I am Not sure what you are looking for that is Not of your concern. I am ensured By Directives 4.1(10)(g) and Law That My chart Be Readily Available and Finally this is an emergency you say its Not in your Response I've Been Delayed 3 months Please expedite My Review

Signature: [signature]

Disposition: You have been placed on the chart review list.

12/18/03

# Connecticut Correctional Institution
# Inmate Request to Staff Member

From: Gerald Cadence  Number: 245210

Work Assignment: Tier 4   Living Quarters: J-B-27

To: Medical   Date: 1/6/04

(State your request clearly and briefly. Failure to clearly state your request will require return for further information.) 15 days to Respond

Subject: _____

I Recieved today a correspondence from Theresa Lantz Commissioner indicating that My Health Record was Found I am Responding to her letter indicating that After 2½ Months of Missing File I could Not Review and since Found Dec 18, 2003 that I am still Being denied delayed Access as of this Date
P.S Access will solve this issue. Its Been 21 Days

Signature [signature]

Disposition: the Above is a Statement What is the question. I had the chart from the atty General to read and review

Officer's Signature [signature]

*[margin notes at top:]* Commissioner Lantz / C/L Fed. O.P. Richards / u Medical / B-A-G DNN F Lynch

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERALD CODERRE                  :       NO. 3:02CV1096(RNC)(DFM)

VS.                             :

DR. EDWARD PISANTI, ET AL.      :       AUGUST 14, 2003

### OBJECTIONS TO REQUEST FOR PRODUCTION

1. The personel files of all defendants.

**ANSWER:** Objection. This request is overly broad and constitutes an invasion of privacy of the defendants which could jeopardize their safety and security.

2. The plaintiffs complete medical file of C.D.O.C.

**ANSWER:** Objection. Plaintiff is free to review his medical file by following regular institutional procedures.

5. The medical grievances filed at Carl Robinson C.I. in October and November 2001. Levels One and Two.

**ANSWER:** Objection. This request is overly broad not limited in scope, invades the privacy rights of other inmates and is not reasonably calculated to lead to the discovery of admissible evidence.

DEFENDANTS,
Dr. Edward Pesanti, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Ann E. Lynch
Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct08326
110 Sherman Street
Hartford, CT 06105
E-Mail: ann.lynch@po.state.ct.us
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 14th day of August, 2003:

Gerald Coderre, Inmate No. 245210
Osborn Correctional Institution
100 Bilton Road, PO Box 100
Somers, CT 06071

/s/ Ann E. Lynch
Ann E. Lynch
Assistant Attorney General

2

Exhibit (3) MR-19

---

**\*\*NOTICE OF MEDICAL RECORDS APPOINTMENT\*\***



/Notificacion para su compromiso con el
Departamento de Archivos Medico

---

DATE/FECHA: 9/29/03
FROM/DE:  MEDICAL RECORDS

TO/PARA: Coderre      # 245210     LOC: JB-27
TO SEE YOUR MEDICAL RECORDS
PARA REPASAR SU ARCHIVOS MEDICO

   PLEASE BE ON TIME, YOU ARE SCHEDULED TO REVIEW YOUR RECORDS. IF YOU ARE LATE YOUR APPOINTMENT MAY HAVE TO BE RESCHEDULED.

   USTED TIENE UNA CITA CON EL DEPARTAMENTO DE ARCHIVOS MEDICO PARA REPASAR SU ARECHIVOS, SI NO MANTIENE SU CITA A TIEMPO SE LE DARA ORTA CITA.

**YOU ARE SCHEDULED ON**
**EL HORARIO DE SU CITA ES PARA**

---

REPORT TO: YOLY ALAMO / TONI SANCHEZ   Toni Sanchez
PRESENTACE CON: YOLY ALAMO / TONI SANCHEZ
DATE/FECHA: 10/7/03     TIME/HORA: 8:45

Chart not avail
Chart search being done.
I/M advise to summit a
request in about 1 week to
see if chart received.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 24 P 12:06

DISTRICT COURT
HARTFORD CT

GERALD CODERRE

v.

EDWARD PESANTI, et al.

Case No. PRISONER
3:02CV1096(RNC)(DFM)

## RULING ON PENDING MOTION

Pending before the court is a motion for leave to depose the plaintiff filed by the defendants.

Defendants' seek leave of court to depose plaintiff and to have a correctional officer present during the deposition for safety and security of defense counsel and the court reporter. The plaintiff objects to the motion. The plaintiff contends that he needs counsel for the deposition and that he needs a copy of his medical file prior to the deposition. In response to plaintiff's objection, counsel for the defendants represents that she previously provided the plaintiff with a copy of his medical file in connection with a state habeas matter. In addition, she will bring a copy of the plaintiff's medical file to the deposition which he may review. Counsel also notes that the plaintiff may ask correctional officials for permission to review his medical file at any time.

With respect to the plaintiff's claim that he cannot attend the deposition without counsel, the court notes that there is no constitutional right to counsel in a civil action. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987) (holding that inmate's right to counsel extends to direct appeal only); Abdur-Rahman v. Michigan Dep't of Corrections, 65 F.3d 489, 492 (6th Cir. 1995) (holding that inmate has no right to appointed counsel in a civil case); Farmer v. Haas, 990 F.2d 319, 323 (7th Cir.) (holding that there is no constitutional or statutory right to counsel in federal civil cases), cert. denied, 510 U.S. 963 (1993); Kilgo v. Ricks, 983 F.2d 189, 193 (11th Cir. 1993) (holding that prisoners filing civil rights cases have no absolute constitutional right to counsel).

The defendants' Motion for Leave to Depose Person Confined In Prison [doc. # 35] is GRANTED over the plaintiff's objection. The defendants' counsel shall provide a copy of this ruling to the plaintiff before the deposition commences.

SO ORDERED this 24th day of October, 2003, at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge

2

*(A) chart 1998 to June 25, 20..*
*(B) chart June 26, 2002 to Present*

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

| Inmate name | Gerald Coderre | Inmate no. | 245210 |
|---|---|---|---|
| Facility | Osborn C.I. | Housing unit J-B-24 | Date 10/24/03 |

☒ Line grievance ☐ Line emergency ☒ Health grievance ☐ Health emergency

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

*Records*
I wrote Medical Records they have copy and enclosed

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

On 10/7/03 I was Given Access to My Medical File there is an (A) and (B) chart (A) chart was Not Present only (B) chart I could not Review My Medical File (incomplete) to Get this appointment on 10/7/03 I wrote a Request to Review 9/30/03. The Records Lady Toni Sanchez called me Down on 10/24/03 to tell me that My Medical File

**3. Action requested.** Describe what action you want taken to remedy the grievance. *Please see attached*

To have an extensive search made everywhere to obtain these vital Records. Someone needs to be held Accountable. I want a complete Chart Review

Inmate signature: [signature]

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

**FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW**

| IGP no. M1503266 | | T no. | |
|---|---|---|---|
| Date received 11/18/03 | Disposition Compromised | | Date of disposition 11/18/03 |
| Grievance issue | Other - chart review | | |

**Reasons**

A record search is underway. You will be called when/if your "A" file appears.

Level-1 reviewer: J Hughes RN

Grievance Level 1 Exhibit ⑤ 

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name | Gerald Coderre | Inmate no. | 145210 |
|---|---|---|---|
| Facility | Osborn C.I. | Housing unit J-B-27 | Date 11/19/03 |

[X] Line grievance    [ ] Line emergency    [X] Health grievance    [ ] Health emergency

IGP no. M11 503266     T no. —

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level-1 decision because Disposition says complainer These Files Need to Be Found 7 yrs of Prisoners chart Medical History Disappeared They came here Look at New Exhibit Intake complete ⑥ PG-2 Medical chart Look at Dates on Attorney Lynch and 3

Inmate signature _[signature]_     Date

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received 11/27/03 | Disposition Level 1 Compromise | Date of disposition 11/28/03 |
|---|---|---|

Reasons Please be advised, The response/disposition to your Level 1 reads Compromised not complainer. Medical records staff at OCI are continuing to look for your SP Chart and will contact you when not appears.

Level-2 reviewer _[signature]_

[ ] This grievance may be appealed within 5 days to Level 3
[X] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

**Appeal.** I am appealing the Level-2 decision because If the following Documents were Xred it would show that the chart (A) came here P.6 reads tx and Dx is Not Appealable it has

Inmate signature _[signature]_     Date 12/2/03

Deposit your appeal in the box for inmate grievances. See Attached letter

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-3 reviewer

Gerald Cadorre #245210
Osborn C.I.

If a Level 2 Grievance is Not Remedized in which My File Complete still does Not exist at This Facility But did as shown. But was told it Never did But Then shown it did has to Be Looked at. Other Agencys are on Notice of the violation of Law ("Retailiation") and Directive the Right of an Inmate to Review his Medical File Complete. this was not Remediced at Level 2 Therefore a Level 3 is Appropiate at This time

_____ #245210

Please Read 9.6 (17) and Additional Attached Directives that are in Direct violation therefore Policy is an issue Makeing a Level 3 Review Appropiate


Received 12/9/03  J Hughes RN → HSA Buck



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

December 18, 2003

Osborn CI
Gerald Coderre #245210
335 Bilton Road
Somers, CT 06071

Dear Mr. Coderre:

This letter is in response to your correspondences to Commissioner Lantz regarding your missing 'A' health record. According to Richard Bush, Health Services Administrator your health record has been located. Please follow the established procedure to review your record and continue to access the appropriate personnel at your facility with concerns.

Sincerely,

Mary M. Johnson
Director of Programs & Treatment

rm
cc:
Theresa Lantz, Commissioner
Patricia Ottolini, Director of Health & Addiction Services
Inmate Health Record, Osborn CI
file

*An Equal Opportunity Employer*

## CORRECTIONAL MANAGED HEALTH CARE - MEMORANDUM
## NORTHERN/OSBORN CORRECTIONAL INSTITUTION

DATE: DECEMBER 17, 2003
TO: CODERRE - #245210
FROM: RICHARD BUSH, H.S.A.
RE: RESPONSE TO LEVEL 2 GRIEVANCE

Please be advised, as you are aware, your "A" chart has been located by the medical records staff at Osborn CI. Should you wish to review this record in the future, please continue to follow the established procedures.

Your grievance does not meet criteria for an appeal to a Level 3.

gf

c: File