FILED

2004 JAN 26 P 12: 13

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERALD CODERRE,<br>*Plaintiff,* | : PRISONER<br>: CIVIL NO3:02CV1096(RNC)(DFM)<br>:<br>: |
| v. | :<br>: |
| EDWARD PESANTI ET AL,<br>*Defendant.* | :<br>: JANUARY 22, 2004 |

## DEFENDANTS' FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE SUMMARY JUDGMENT MOTION

Pursuant to D. Conn. L. Civ. R. 7(b), the defendants Edward Pesanti et al respectfully move for an enlargement of time until February 27, 2004 to move for summary judgment in this case. The enlargement of time is necessary for the following reasons.

1. Plaintiff filed this action in June 2002. On or about December 9, 2002, defendants appeared on behalf of the defendants and moved to dismiss the matter.

2. Plaintiff had absconded from Parole in December 2002 and failed to apprise the court of his current whereabouts. The court issued an order of notice to Pro Se litigant on February 5, 2003 that if no opposition was filed by March 10, 2003, defendants motion would be granted.

3. Plaintiff returned to DOC custody for violation of parole in March 2003.

4. On May 12, 2003, the court issued another order of notice to pro se litigant that if no opposition was filed by June 3, 2003, defendants' motion to dismiss would be granted.

5. Plaintiff moved for an enlargement of time until September 19, 2003 to oppose the motion to dismiss.

6. On or about July 28, 2003, the court granted plaintiff's motion to amend his complaint. Plaintiff filed an amended complaint on August 18, 2003.

7. Thereafter defendants deposed plaintiff in October 2003.

8. The original scheduling order in this matter required that depositive motions be filed by July 11, 2003. At that time, defendants' motion to dismiss was still pending.

9. Defendants have diligently pursued the litigation of this matter.

10. Defendants need until the end of February 2004 to file a motion for summary judgment in this matter.

11. On December 16, 2003, defense counsel filed a reply brief in the matter <u>Cox v. Commissioner of Correction</u> which is currently pending before the Connecticut Supreme Court, docket number SC17114.

12. On December 18, 2003, defense counsel filed a reply brief in the matter <u>Hunter v. Commissioner of Correction</u>, which is currently pending before the Connecticut Supreme Court, docket number SC17115.

13. On December 23, 2003, defense counsel filed a reply brief in the matter <u>Harris v. Commissioner of Correction</u>, which is currently pending before the Connecticut Supreme Court, docket number SC 17078.

14. The undersigned is counsel of record in the matter <u>OPA v. Choinski, et al</u>, 3:03CV1352(RNC). Both plaintiffs' counsel and defense counsel have met for full day meetings on November 6, 2003, November 20, 2003, December 2, 2003, December 3, 2003. The undersigned has had additional lengthy meetings with her clients in addition to prepare for

discussions with plaintiff's counsel. This case continues to take up a lot of defense counsel's time.

15. In addition, the undersigned is responsible for approximately 140 other matters which are pending before the federal courts, state courts and the Office of the Claims Commissioner.

16. Defense counsel has, when time permitted, begun working on the motion for summary judgment in this matter. More specifically, defense counsel has drafted affidavits and deposed plaintiff and gathered parole revocation documents that will give defendants grounds upon which to move for summary judgment in this case.

Wherefore, for all the foregoing reasons, the defendants respectfully move for an enlargement of time until February 27, 2004 to move for summary judgment in this matter.

DEFENDANTS

Warden Myers et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Federal Bar No. Ct#08326
E-mail: ann.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 22nd day of January 2004, first class postage prepaid, to:

Gerald Coderre #245210
MacDougall Correctional Institution
1153 East Street South
Suffield Ct 06080

_____
Ann E. Lynch
Assistant Attorney General

4