UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
PRISONER

| | | |
|---|---|---|
| GERALD CODERRE,<br>*plaintiff,* | : | NO. 3:02CV1096 (RNC)(DFM) |
| | : | |
| V. | : | |
| | : | |
| EDWARD PESANTI, *et al.,*<br>*defendants.* | : | FEBRUARY 7, 2004 |

### DEFENDANTS' MOTION TO COMPEL

Pursuant to D. Conn. L. Civ. R. 37 and Rule 37 of the Federal Rules of Civil Procedure, the defendants respectfully move to compel plaintiff to sign an authorization form allowing defendants to obtain plaintiff's medical records, if any, of the treatment and/or consultations plaintiff received for his Hepatitis C while plaintiff was out on Parole. In further support of this motion, defendants submit the attached affidavit of Ann E. Lynch, and the attached memorandum of law to which the court is respectfully referred.

DEFENDANTS

Edward Pesanti, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel. (860) 808-5450
Fax: (860) 808-5591
Federal Bar #ct08326

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to the following on this the 7th day of February, 2004:

Gerald Coderre, Inmate #245210
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Ann E. Lynch
Assistant Attorney General