FILED

2004 FEB 11 P 12: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
PRISONER

GERALD CODERRE,  :  NO. 3:02CV1096 (RNC)(DFM)
*plaintiff,*  :
  :
V.  :
  :
  :
EDWARD PESANTI, *et al.,*  :
*defendants.*  :  FEBRUARY 7, 2004

## AFFIDAVIT OF ANN E. LYNCH

The undersigned, being duly sworn, hereby deposes and says:

1) I am over the age of eighteen and believe in the obligations of an oath.

2) I am an Assistant Attorney General who represents the defendants in this matter. As such I am duly familiar with the facts set forth below.

3) On or about January 9, 2003, defendants sent plaintiff a Request for Production asking plaintiff to sign a release authorizing defendants to obtain plaintiff's medical records for all medical treatment plaintiff received while he was out on parole. Specifically, in their request for production, defendants asked for:

> Copies of and/or an authorization(s) to obtain all records pertaining to any medical, mental health and/or substance abuse treatment you have received from the date of your discharge, September 13, 2002 to the present. Blank authorizations are attached hereto.

4) To date, plaintiff has not signed the authorization forms.

5). On January 21, 2004, I wrote to Mr. Coderre and asked that he respond to the request by signing a authorization form addressed to Dr. Michael Schiffman so that defendants could get plaintiff's medical records from Dr. Schiffman.

6). To date, plaintiff has not responded.

7).  I have attempted to confer with the pro se plaintiff in a good faith effort to resolve this discovery dispute without the intervention of the court.

_____
Ann E. Lynch, AAG

Subscribed to and sworn to before me this 9th day of February 2004

_____
Notary Public/Commissioner of Superior Court

DEFENDANTS

Edward Pesanti et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Ann E. Lynch
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105
Tel.. (860) 808-5450
Fax: (860) 808-5591
Federal Bar #ct08326

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to the following on this 7th day of February, 2004:

Gerald Coderre, Inmate #245210
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Ann E. Lynch
Assistant Attorney General