FILED

2004 FEB 11  P 12: 18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GERALD CODERRE, | : | PRISONER<br>NO. 3:02CV1096 (RNC)(DFM) |
| *plaintiff*, | : |  |
|  | : |  |
| V. | : |  |
|  | : |  |
| EDWARD PESANTI, *et al.*, | : |  |
| *defendants*. | : | FEBRUARY 7, 2004 |

## MEMORANDUM OF LAW
## IN SUPPORT OF MOTION TO COMPEL

**FACTS**

Plaintiff instituted this action against the defendants alleging that defendants were deliberately indifferent to his Hepatitis C. Plaintiff was paroled in September 2002 and did not come back into the Commissioner's custody until March 2003.

On or about January 9, 2003, defendants sent plaintiff a Request for Production asking plaintiff to sign a release authorizing defendants to obtain plaintiff's medical records for all medical treatment plaintiff received while he was out on parole. Specifically, in their request for production, defendants asked for:

> Copies of and/or an authorization(s) to obtain all records pertaining to any medical, mental health and/or substance abuse treatment you have received from the date of your discharge, September 13, 2002 to the present. Blank authorizations are attached hereto.

During his deposition, plaintiff testified that he sought hepatitis C treatment from a Dr. Schiffman at the Danbury Hospital. See pages 30-32 of plaintiff's deposition attached hereto. To date, plaintiff has not signed the authorization forms. On January 21, 2004, the undersigned wrote to Mr. Coderre and asked that he respond to the request by

signing a authorization form addressed to Dr. Michael Schiffman so that defendants could get plaintiff's medical records from Dr. Schiffman. Afffidavit of Ann E. Lynch par. 5. To date, plaintiff has not responded. Affidavit of Ann E. Lynch par. 6.

Plaintiff has brought this lawsuit claiming that he was injured by defendants' failure to treat his Hepatitis C in June 2001. Defendants must be allowed to verify that once he was released into the community, plaintiff did in fact seek treatment for his Hepatitis C. Plaintiff testified that he did seek Hepatitis C treatment from one Dr. Schiffman. Defendants must be allowed to access any records Dr. Schiffman has pertaining to the medical condition and treatment of the plaintiff.

For all of the foregoing reasons, defendants motion to compel should be granted.

DEFENDANTS

Edward Pesanti et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
Federal Bar #ct08326

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to the following on this 7th day of February, 2004:

Gerald Coderre, Inmate #245210
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

*[signature]*
Ann E. Lynch
Assistant Attorney General



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut
January 21, 2004

Tel: (860) 808-5450
Fax: (860) 808-5591

Gerald Coderre, #245210
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

Re:   Gerald Coderre; 3:02CV1096(RNC)(DFM)
      January 9, 2003 Request for Production

Dear Mr. Coderre:

On January 9, 2003, I sent you a request for production asking you to give me an authorization to obtain all records pertaining to any medical treatment you received after your discharge in September 2002. Blank Authorizations were attached to the request. To date you have not responded to this request.

At your deposition in October 2003 you testified that you saw a doctor Dr. Schiffman from Danbury once after you were paroled for Hepatitis C treatment.

Please sign the attached authorization authorizing us to obtain your medical records from Dr. Schiffman. If I don't hear from you by February 6, 2004, I shall file a motion to compel.

Very truly yours,

Ann E. Lynch
Assistant Attorney General

## MEDICAL AUTHORIZATION FOR RELEASE OF INFORMATION

To:    Dr. Michael Schiffman
       Danbury Hospital
       24 Hospital Avenue
       Danbury Ct 06810

RE:    Gerald Coderre
       Date of Birth: 9/3/65

Dear Sir/Madame:

    I, Gerald Coderre, hereby authorize _____ to release a copy of all medical records, including but not limited to emergency room reports, hospital reports, medical reports, copies of diagnostic x-ray, CT Scan or MRI reports, pharmaceutical treatment reports, physician reports, nurses notes, physical therapy reports, drug and alcohol treatment reports, mental health records, and any other information you may have concerning treatment rendered on my behalf to:

    The Office of the Attorney General, Department of Public Safety, 110 Sherman Street, Hartford, CT 06105 c/o Ann E. Lynch, Assistant Attorney General.

                                                 _____
                                                 Gerald Coderre
                                                    , 2004

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GERALD CODERRE : PRISONER
: CIVIL NO.3:02CV1096 (RNC)
V. : (DFM)
:
DR EDWARD PESANTI : JANUARY 9, 2003

## DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 et seq of the Federal Rules of Civil Procedure the defendants, Dr. Edward Pesanti, Dr. Edward Blanchette, Dr. Germain Bianchi, and Nurse E. White, respectfully request that you produce the following for inspection and copying within 30 days:

1). Copies of and/or (an) authorization(s) to obtain all records pertaining to any medical, mental health and/or substance abuse treatment you have received from the date of your discharge, September 13, 2002 to the present. Blank authorizations are attached hereto.

DEFENDANTS
DR. EDWARD PESANTI, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Telephone: (860) 808-5450
Federal Bar No: CT 08326

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this ____th day of January 2003 to:

Gerald Coderre
35 Austin Street
Danbury Ct 06810

Ann E. Lynch
Assistant Attorney General

*Tel. No. (860) 808-5450*
*Fax. No. (860) 808-5591*

# AUTHORIZATION FOR RELEASE OF INFORMATION

To:

RE:   GERALD CODERRE, DATE OF BIRTH 9/3/65

To whom it may concern:

    I, Gerald Coderre, hereby authorize _____ or his/her/its successor, to release a copy of all medical records, psychiatric records, substance abuse treatment records, including but not limited to emergency room reports, medical reports, hospital reports, physician's reports, nursing reports, psychiatric reports, psychological reports, social worker's records, copies of diagnostic reports, pharmaceutical treatment reports, substance abuse counselor records, Hepatitis C records and any other information you may have concerning medical, mental health and/or substance abuse treatment rendered on my behalf to:

    The Office of the Attorney General, Department of Public Safety, 110 Sherman Street, Hartford, CT 06105.


_____
Gerald Coderre

_____
Date

*Tel. No. (860) 808-5450*
*Fax. No. (860) 808-5591*

## AUTHORIZATION FOR RELEASE OF INFORMATION

To:

RE:   **GERALD CODERRE, DATE OF BIRTH 9/3/65**

To whom it may concern:

    I, Gerald Coderre, hereby authorize _____ or his/her/its successor, to release a copy of all medical records, psychiatric records, substance abuse treatment records, including but not limited to emergency room reports, medical reports, hospital reports, physician's reports, nursing reports, psychiatric reports, psychological reports, social worker's records, copies of diagnostic reports, pharmaceutical treatment reports, substance abuse counselor records, Hepatitis C records and any other information you may have concerning medical, mental health and/or substance abuse treatment rendered on my behalf to:

    The Office of the Attorney General, Department of Public Safety, 110 Sherman Street, Hartford, CT 06105.

_____
Gerald Coderre

_____
Date

*Tel. No. (860) 808-5450*
*Fax. No. (860) 808-5591*

## AUTHORIZATION FOR RELEASE OF INFORMATION

To:

**RE: GERALD CODERRE, DATE OF BIRTH 9/3/65**

To whom it may concern:

    I, Gerald Coderre, hereby authorize _____ or his/her/its successor, to release a copy of all medical records, psychiatric records, substance abuse treatment records, including but not limited to emergency room reports, medical reports, hospital reports, physician's reports, nursing reports, psychiatric reports, psychological reports, social worker's records, copies of diagnostic reports, pharmaceutical treatment reports, substance abuse counselor records, Hepatitis C records and any other information you may have concerning medical, mental health and/or substance abuse treatment rendered on my behalf to:

    The Office of the Attorney General, Department of Public Safety, 110 Sherman Street, Hartford, CT 06105.

_____
Gerald Coderre

_____
Date

```
                                                              Page 1
 1              OSBORNE CORRECTIONAL INSTITUTE
                    SOMERS, CONNECTICUT
 2
 3    - - - - - - - - - - - - - - - - -x
 4    Docket No. 3:02CV1096 (RNC) (DFM)          COPY
 5    - - - - - - - - - - - - - - - - -x
      GERALD CODERRE,
 6
              Plaintiff(s)
 7
      vs.
 8
      EDWARD PESANTI, ET AL
 9
              Defendant(s).
10
      - - - - - - - - - - - - - - - - -x
11
12    - - - - - - - - - - - - - - - - - - - - - - - -
              DEPOSITION OF:  GERALD CODERRE
13    - - - - - - - - - - - - - - - - - - - - - - - -
14            Taken before Jenny C. Ebner, R.P.R./L.S.R.,
      a Notary Public in and for the State of Connecticut,
15    pursuant to Notice and the Connecticut Practice Book,
      at the offices of Osborne Correctional Institute, 100
16    Bilton Road, Somers, Connecticut at October 29, 2003 at
      10:00 o'clock a.m.
17
18
19           BRANDON SMITH REPORTING SERVICE
                    (860) 549-1850
20                 44 Capitol Avenue
              Hartford, Connecticut 06106
21
22
23
24
25
```

Page 30

1        drugs and that I was driving a tractor/trailer
2        down to Florida beyond parole boundaries.
3   Q    Let me stop you there. Were you driving a truck
4        down to Florida?
5   A    Yes. I am not going to lie. Why should I?
6   Q    Were you using drugs?
7   A    No, I wasn't. And I passed a drug test for the
8        company.
9        May I say something?
10  Q    Yes.
11  A    My complaint goes up to the day of the liver
12       biopsy of 2002. Okay? I didn't learn about the
13       liver biopsy until April 30, of 2003. I was given
14       this liver biopsy on September 8. I knew it
15       existed, and I didn't find out the results until
16       4:30, and I came back and inquired about it. I
17       didn't know how bad I was. Even if I was bad.
18       I didn't know that.
19  Q    Did you ever seek to get your records from the
20       Department of Corrections after you were
21       discharged to parole?
22  A    I sought to get my records when I visited an
23       outside physician, who I signed a release form to
24       get these documents, instead of going through --
25  Q    Who was the outside physician that you visited?

```
                                                              Page 31
 1   A    Oh, God.  Dr. -- I didn't know.  I didn't bring
 2        that file neither.  If I say his name I will
 3        probably be wrong.  I know his name, but I can't
 4        remember it.  Dr. -- Dr. Schiffman.
 5   Q    S-c --
 6   A    -- h-f -- i-f-f --
 7   Q    -- m-a-n?
 8   A    Yes.
 9   Q    Where is he?  Danbury hospital?
10   A    Yes.
11   Q    When did you see Dr. Schiffman?
12   A    I believe it was -- I am not sure about the
13        correct dates, but it was between November 1st --
14        I believe it was November 8.
15   Q    Of 2002?
16   A    Yes, Ma'am.  I did seek outside help after the
17        Department of Corrections pushed me out to a
18        halfway house.  Not that I didn't.  I did.  I was
19        concerned with my health.
20   Q    Okay.
21   A    And this is all documented.
22   Q    All right.  Why do you believe you saw
23        Dr. Schiffman on November 8 of 2000?
24   A    Because I was suffering with liver disease, which
25        was documented in 2000, 2001, 2002 in the
```

Page 32

1          Department of Corrections.

2    Q    Did you see anybody else other than Dr. Schiffman?

3    A    For my liver problem?

4    Q    Yes.

5    A    No.

6    Q    How many times did you see Dr. Schiffman?

7    A    I saw him once, and then the date after that I was
8         incarcerated. I was incarcerated before that date
9         came up.

10   Q    Why is it that you didn't go see Dr. Schiffman
11        after November 8 of 2002?

12   A    Because he had a long waiting list out there, just
13        like the Department of Corrections.

14   Q    Did you have another appointment scheduled with
15        him?

16   A    Yes, I did.

17   Q    When was the next appointment?

18   A    I believe March 30, I believe. I will have to go
19        through my records, and I didn't bring them.

20   Q    Did he have any sort of requirement,
21        Dr. Schiffman, that you be drug free, if you will,
22        or have clean urines or not be using before you
23        would be eligible for the treatment?

24             By "he" I mean Dr. Schiffman.

25   A    I don't recall him saying anything like that. He