UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GERALD CODERRE, | : | PRISONER |
|  | : | CIVIL NO3:02CV1096(RNC)(DFM) |
| *Plaintiff,* | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| EDWARD PESANTI ET AL, | : |  |
| *Defendant.* | : | FEBRUARY 23, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 56, the defendants Edward Pesanti et al respectfully move for summary judgment in this case for the following reasons.  First, there is no genuine issue of material fact, plaintiff cannot establish that the defendants were deliberately indifferent to plaintiffs' hepatitis C.  Second, plaintiffs' claims against Nurse White do set forth a legally sufficient claim.  Third, plaintiffs' conspiracy claims against the defendants are legally insufficient.   Fourth, defendants have qualified immunity.

Wherefore, for all the foregoing reasons, the defendants respectfully move for summary judgment in this matter.  In further support of this motion, defendants submit the attached

56(a)(2) statement, the attached affidavits, exhibits and memorandum of law to which the court is respectfully referred.

        DEFENDANTS

        Edward Pesanti et al

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        _____

BY:    Ann E. Lynch
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        Federal Bar No. Ct#08326
        E-mail: ann.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this ___ day of February 2004, first class postage prepaid, to:

    Gerald Coderre #245210
    Osborn Correctional Institution
    335 Bilton Road
    P.O. Box 100
    Somers Ct 06071

        _____
        Ann E. Lynch
        Assistant Attorney General