UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD CODERRE | : | PRISONER<br>CIVIL NO. 3:02CV1096(RNC)(DFM) |
| v. | : | |
| EDWARD PESANTI, ET AL. | : | FEBRUARY 23, 2004 |

## LOCAL 56(a)(2) STATEMENT

1.      Plaintiff dropped out of high school in his senior year. Plaintiff's deposition p. 65. Plaintiff used marijuana at age 16 and occasionally snorted cocaine in the 1980's. Plaintiff's deposition p. 67. Plaintiff first started using heroin in 1995. Plaintiff's deposition p. 21. Plaintiff started injecting heroin in 1996. Plaintiff's deposition p. 21.

2.      Plaintiff has been in and out of DOC custody since February 1996. See RT 60 Inmate Movement Sheet. Plaintiff received his GED while in prison in 1999. Plaintiff's deposition p. 50.

3.      In a DOC medical intake screening form dated February 23, 1996, plaintiff reported intravenous use of 4 bags of heroin daily. Affidavit of Dr. Bianchi par. 5; Affidavit of Dr. Blanchette par. 6; Affidavit of Dr. Pesanti par. 5. In a DOC medical intake screening form dated October 1, 1996, plaintiff reported drinking 1 liter of vodka daily and using 4-5 bags of heroin daily. Affidavit of Dr. Bianchi par. 5; Affidavit of Dr. Blanchette par. 6; Affidavit of Dr. Pesanti par. 5. Plaintiff also reported that his last drug use was on the preceding day. Affidavit of Dr. Bianchi par. 5; Affidavit of Dr. Blanchette par. 6; Affidavit of Dr. Pesanti par. 5. Plaintiff also reported that he had been in a detox program at Danbury Hospital one and a half years prior

for Alcohol and Heroin addiction.  Affidavit of Dr. Bianchi par. 5; Affidavit of Dr. Blanchette par. 6; Affidavit of Dr. Pesanti par. 5.

    4.    In a DOC medical intake screening form dated June 9, 1997 plaintiff reported drinking a pint of Vodka a day and that he last drank on June 2, 1997.  Affidavit of Dr. Bianchi par. 5; Affidavit of Dr. Pesanti par. 6; Affidavit of Dr. Blanchette par. 7.  Plaintiff also reported using 3 bags of heroin a day and reported that he last used heroin on June 3, 1997.  Affidavit of Dr. Bianchi par. 6; Affidavit of Dr. Blanchette par. 7; Affidavit of Dr. Pesanti par. 6.  Plaintiff also reported that he had been in a detox program in March 1997.  Affidavit of Dr. Bianchi par. 6; Affidavit of Dr. Blanchette par. 7; Affidavit of Dr. Pesanti par. 6.

    5.    In a DOC medical intake screening form dated March 18, 1998, plaintiff reported drinking a quart of whiskey a day and reported that he last drank on March 17, 1998.  Affidavit of Dr. Bianchi par. 7; Affidavit of Dr. Blanchette par. 8; Affidavit of Dr. Pesanti par. 7.  Plaintiff also reported using 5 bags of heroin a day and reported last using heroin on March 17, 1998.  Affidavit of Dr. Bianchi par. 7; Affidavit of Dr. Blanchette par. 8; Affidavit of Dr. Pesanti par. 7.

    6.    In a DOC medical intake screening form date September 21, 1998, plaintiff reported drinking 1 pint of absolute vodka daily and using 5 to 10 bags of heroin daily.  Affidavit of Dr. Bianchi par. 8; Affidavit of Dr. Blanchette par. 9; Affidavit of Dr. Pesanti par. 8.  Plaintiff reported that he had his last drink on September 19, 1998 and he last used heroin on September 19, 1998.  Affidavit of Dr. Bianchi par. 8; Affidavit of Dr. Blanchette par. 9; Affidavit of Dr. Pesanti par. 8.  Plaintiff also reported that he had been in a detox program in March 1998 called Meridian Hill.  Affidavit of Dr. Bianchi par. 8; Affidavit of Dr. Blanchette par. 9; Affidavit of Dr. Pesanti par. 8.

7.  Plaintiff testified that he voluntarily went to Meridian Hill in 1998 for alcohol and heroin detox. Plaintiff's deposition p. 26.

8.  In a DOC medical intake screening form date January 3, 2000, plaintiff reported using one bag of heroin daily. Affidavit of Dr. Bianchi par. 9; Affidavit of Dr. Blanchette par. 10; Affidavit of Dr. Pesanti par. 9. Plaintiff reported that he last used heroin on January 2, 2000. Affidavit of Dr. Bianchi par. 9; Affidavit of Dr. Blanchette par. 10; Affidavit of Dr. Pesanti par. 9. Plaintiff also reported that he had been in a detox program in 1998 called Meridian Hill for heroin. Affidavit of Dr. Bianchi par. 9; Affidavit of Dr. Blanchette par. 10; Affidavit of Dr. Pesanti par. 9.

9.  In a DOC medical intake screening form dated December 14, 2000, plaintiff reported drinking between a pint to a liter of rum/vodka daily and using ½ to 1 bag of heroin daily. Affidavit of Dr. Bianchi par. 10; Affidavit of Dr. Blanchette par. 11; Affidavit of Dr. Pesanti par. 10. Plaintiff reported that he last drank on December 13, 2000 and he last used heroin on December 13, 2000. Affidavit of Dr. Bianchi par. 10; Affidavit of Dr. Blanchette par. 11; Affidavit of Dr. Pesanti par. 10. Plaintiff also reported that he had been in a detox program in 1998 called Meridian Hill and was diagnosed with Hepatitis C in 1997. Affidavit of Dr. Bianchi par. 10; Affidavit of Dr. Blanchette par. 11; Affidavit of Dr. Pesanti par. 10.

10. Plaintiff was out of DOC custody from March 25, 1998 to September 21, 1998. See RT 60 Inmate Movement Sheet. Plaintiff does not recall if he sought any treatment for his Hepatitis C during this time period. Plaintiff's deposition p. 81.

11. According to a mental health note on October 19, 1998, plaintiff had been opium dependent since the age of 16 and was preoccupied with drug use. Affidavit of Dr. Bianchi par.

3

11; Affidavit of Dr. Blanchette par. 12; Affidavit of Dr. Pesanti par. 11. Plaintiff was quoted as saying that he was glad he was incarcerated as he couldn't stop himself out there. Affidavit of Dr. Bianchi par. 11; Affidavit of Dr. Blanchette par. 12; Affidavit of Dr. Pesanti par. 11. Plaintiff also reported that he had highly active Hepatitis C. Affidavit of Dr. Bianchi par. 11; Affidavit of Dr. Blanchette par. 12; Affidavit of Dr. Pesanti par. 11.

12. According to a note from Dr. Berkowitz, a psychiatrist, on October 18, 1998, plaintiff was using a liter of alcohol a day, and 10 bags of heroin and had last used 1 month ago. Affidavit of Dr. Bianchi par. 12; Affidavit of Dr. Blanchette par. 13; Affidavit of Dr. Pesanti par. 12. According to his RT 60 Inmate Movement Sheet, plaintiff was readmitted to DOC custody on September 21, 1998. See RT 60 Inmate Movement Sheet.

13. AST and ALT are liver enzymes. Affidavit of Dr. Bianchi par. 13; Affidavit of Dr. Blanchette par. 14; Affidavit of Dr. Pesanti par. 13. In individuals who have tested positive for the Hepatitis C virus, persistent, elevated liver enzymes suggest that chronic Hepatitis C is present. Affidavit of Dr. Bianchi par. 13; Affidavit of Dr. Blanchette par. 14; Affidavit of Dr. Pesanti par. 13.

14. On October 6, 1999, plaintiff's AST levels were 149 and his ALT levels were 359. Affidavit of Dr. Bianchi par. 14; Affidavit of Dr. Blanchette par. 15; Affidavit of Dr. Pesanti par. 14. According to his RT 60 Inmate Movement Sheet, plaintiff was transferred to a halfway house in November 1999 and came back to prison on January 3, 2000 for a technical violation which was apparently drug use. See RT 60 Inmate Movement Sheet. More specifically, according to plaintiff's January 3, 2000 medical intake form, he used heroin on

January 2, 2000.  Affidavit of Dr. Bianchi par. 14; Affidavit of Dr. Blanchette par. 15; Affidavit of Dr. Pesanti par. 14.

15. On January 7, 2000 plaintiff's AST levels were 115 and his ALT levels were 211.  Affidavit of Dr. Bianchi par. 15; Affidavit of Dr. Blanchette par. 16; Affidavit of Dr. Pesanti par. 15.  On April 5, 2000, plaintiff's AST levels were 130 and his ALT levels were 355.  Affidavit of Dr. Bianchi par. 15; Affidavit of Dr. Blanchette par. 16; Affidavit of Dr. Pesanti par. 15.  On September 21, 2000, plaintiff's AST levels were 147 and his ALT levels were 312.  Affidavit of Dr. Bianchi par. 15; Affidavit of Dr. Blanchette par. 16; Affidavit of Dr. Pesanti par. 15.

16. According to a chart entry dated October 8, 2000, although plaintiff was diagnosed with Hepatitis C AB, he had no symptoms.  Affidavit of Dr. Bianchi par. 16; Affidavit of Dr. Blanchette par. 17; Affidavit of Dr. Pesanti par. 16.  Indeed the majority of persons with Hepatitis C are asymptomatic.  Federal Bureau of Prisons Clinical Practice Guidelines for the Prevention and Treatment of Viral Hepatitis February 2003 p. 39.  According to his RT 60 Inmate Movement Sheet, plaintiff discharged from DOC custody on November 9, 2000 for time served.  See RT 60 Inmate Movement Sheet.

17. Plaintiff was readmitted to DOC custody on December 14, 2000.  See RT 60 Inmate Movement Sheet.  Plaintiff testified that he probably used heroin during the month he was out in the street.  Plaintiff's deposition p. 85.  Plaintiff also testified that he was probably drinking alcohol during this time period, stating, "One goes with the other."  Plaintiff's deposition p. 85.

18. According to the plaintiff, his only claims against Dr. Blanchette were that he ordered plaintiff's blood be taken in December 2000 which showed elevated ALT and AST levels consistent with Hepatitis C. Plaintiff's deposition p. 97-98. However, plaintiff admitted that in January 2001, he told medical staff that if he saw heroin right then, he would use it. Plaintiff's deposition p. 98-99.

19. Plaintiff testified that he has always felt tired all the time but in January 2001, his knees, ankles and back began feeling achey. Plaintiff's deposition p. 74-75. At plaintiff's request, on June 25, 2001, Dr. Bianchi submitted a request to the Utilization Review Committee for Hepatitis C Gastroenterology consultation for the plaintiff as he had elevated LFT scores. Affidavit of Dr. Bianchi par. 18; June 26, 2001 URC Response. At the time the request was submitted, plaintiff's expected release date was 7/6/2003. June 25/26, 2001 URC Request.

20. On June 26, 2001, the Utilization Review Committee denied the request for the consult until plaintiff completed a substance abuse program. Affidavit of Dr. Bianchi par. 19; Affidavit of Dr. Blanchette par. 19; Affidavit of Dr. Pesanti par. 18; June 26, 2001 URC Response.

21. Pursuant to Correctional Managed Health Care (CMHC) Guidelines, the plaintiff was not a candidate for treatment with Interferon alpha and Ribivarin therapies because he had not undergone a drug treatment program with the DOC and in fact had been through several detox programs only to go back to his daily routine of using 1 pint or 1 quart of alcohol and 1-5 bags of heroin a day. Affidavit of Dr. Bianchi par. 20; Affidavit of Dr. Blanchette par. 20; Affidavit of Dr. Pesanti par. 19.

22. Plaintiff did not seek to enroll in a substance abuse program within the Department of Correction until that was made a condition of him receiving Interferon and Ribivarin therapies. Plaintiff's deposition p. 58-60.

23. The May 2000 CMHC guidelines provide "Because treatment of Hepatitis C will not have any long term benefits if recurrent infections occur, only inmates who were not using cocaine or IV drugs for at least 6 months prior to the current incarceration or who have very long sentences (> 5 years) [will be approved for GI consultations]. Affidavit of Dr. Bianchi par. 21; Affidavit of Dr. Blanchette par. 21; Affidavit of Dr. Pesanti par. 20. Inmates who were successfully enrolled in methadone programs prior to incarceration are eligible for therapy." Affidavit of Dr. Bianchi par. 21; Affidavit of Dr. Blanchette par. 21; Affidavit of Dr. Pesanti par. 20.

24. Most people with chronic Hepatitis C have no symptoms of liver disease. Affidavit of Dr. Bianchi par. 22; Affidavit of Dr. Blanchette par. 22; Affidavit of Dr. Pesanti par. 21. Federal Bureau of Prisons Clinical Practice Guidelines for the Prevention and Treatment of Viral Hepatitis February 2003 p. 39. If symptoms are present they are usually mild, non specific, and intermittent. Affidavit of Dr. Bianchi par. 22; Affidavit of Dr. Blanchette par. 22; Affidavit of Dr. Pesanti par. 21. Hepatitis C is a chronic disease. Affidavit of Dr. Bianchi par. 22; Affidavit of Dr. Blanchette par. 22; Affidavit of Dr. Pesanti par. 21. In most cases it takes over 30 years for an individual with Hepatitis C to develop serious liver problems. Affidavit of Dr. Bianchi par. 22; Affidavit of Dr. Blanchette par. 22; Affidavit of Dr. Pesanti par. 21. Therefore, it is much more prudent to wait until you are sure that a patient is no longer using intravenous drugs, drinking alcohol and/or will not again start using intravenous drugs before beginning

treatment. Affidavit of Dr. Bianchi par. 22; Affidavit of Dr. Blanchette par. 22; Affidavit of Dr. Pesanti par. 20.

25.  Indeed, the Federal Bureau of Prison guidelines provide, "Inmates with evidence of substance abuse, either in the present or the recent past (check urine toxicology screen if drug use is suspected and check Sentry for disciplinary actions related to drug or alcohol use.) should be referred for counseling and assessment prior to considering antiviral therapy." Federal Bureau of Prisons Clinical Practice Guidelines for the Prevention and Treatment of Viral Hepatitis February 2003 p. 41. According to the Federal Bureau of Prisons policy, an Absolute Contraindication for the use of interferon is "Ongoing alcohol or illicit drug usage-refer for evaluation." Federal Bureau of Prisons Clinical Practice Guidelines for the Prevention and Treatment of Viral Hepatitis February 2003, Appendix 9. A Relative Contraindication is "History of recent alcohol abuse or illicit drug usage-refer for evaluation." Federal Bureau of Prisons Clinical Practice Guidelines for the Prevention and Treatment of Viral Hepatitis February 2003 Appendix 9. The Federal Bureau of Prisons policy also provides that "Eradication of HCV infection without resolution of alcoholism is unlikely to prevent end-stage liver disease." Federal Bureau of Prisons Clinical Practice Guidelines for the Prevention and Treatment of Viral Hepatitis February 2003 p. 48.

26.  In a May 1997 publication entitled "Management of Hepatitis C the National Institute of Health ," stated, ". . . given the current status of therapies for Hepatitis C treatment is clearly recommended only in a selected group of patients." Management of Hepatitis C, National Institutes of Health p. 12. In others, treatment decisions are less clear and should be made on an individual basis or in the context of clinical trials Id. According to the National

Institute of Health "Treatment for addiction should be provided prior to treatment for Hepatitis C." Id. at 13. According to the National Institute of Health, "those addicted to alcohol or drugs should be helped to obtain treatment for their addiction so that they might qualify for anti-HCV therapy." Id. at 17 (emphasis added).

27.     Patients with Hepatitis C should not drink alcohol since it increases their chance of developing cirrhosis and liver cancer. Affidavit of Dr. Bianchi par. 23; Affidavit of Dr. Blanchette par. 23; Affidavit of Dr. Pesanti par. 22.

28.     Patients who are cured of Hepatitis C are not immune to Hepatitis C and can be re-infected with the virus. Affidavit of Dr. Bianchi par. 24; Affidavit of Dr. Blanchette par. 24; Affidavit of Dr. Pesanti par. 23. Thus, if an individual is still using drugs, or use IV drugs in the future, they are at risk of re-infecting themselves with Hepatitis C. Affidavit of Dr. Bianchi par. 24; Affidavit of Dr. Blanchette par. 24; Affidavit of Dr. Pesanti par. 23. In such a case, the risks of the interferon treatment would far outweigh the benefits. Affidavit of Dr. Bianchi par. 24; Affidavit of Dr. Blanchette par. 24; Affidavit of Dr. Pesanti par. 23.

29.     More specifically, nearly all patients who take interferon develop side effects from treatment especially in the first few weeks of therapy. Affidavit of Dr. Bianchi par. 25; Affidavit of Dr. Blanchette par. 25; Affidavit of Dr. Pesanti par. 24. Common side effects of alpha interferon and peginterferon include fatigue, muscle aches, headaches, nausea and vomiting, skin irritations at the injection site, low grade fever, weight loss, irritability, depression, mild bone marrow suppression, hair loss (reversible). Affidavit of Dr. Bianchi par. 25; Affidavit of Dr. Blanchette par. 25; Affidavit of Dr. Pesanti par. 25; Affidavit of Dr. Gittzus par. 7. Interferon can also cause or worsen thyroid disease, and can unmask or worsen

autoimmune diseases such as rheumatoid arthritis and systemic lupus erythematosis. Affidavit of Dr. Bianchi par. 25; Affidavit of Dr. Blanchette par. 25; Affidavit of Dr. Pesanti par. 25; Affidavit of Dr. Gittzus par 7. Interferon worsens psoriasis and can rarely damage the eyes. Rare side effects include confusion, psychosis, lung or kidney damage or death. Affidavit of Dr. Bianchi par. 25; Affidavit of Dr. Blanchette par. 25; Affidavit of Dr. Pesanti par. 25; Affidavit of Dr. Gittzus par. 7. Alpha interferon has multiple neuropsychiatric effects. Affidavit of Dr. Bianchi par. 25; Affidavit of Dr. Blanchette par. 25; Affidavit of Dr. Pesanti par. 25; Affidavit of Dr. Gittzus par. 7.

30. Plaintiff filed a medical grievance on or about November 9, 2001 complaining about denial of medication for Hepatitis C. Affidavit of Enrica White par. 5. Nurse White denied the grievance and noted that because plaintiff did not complete a substance abuse course by DOC, he did not meet Dr. Pesanti's guidelines and referred plaintiff to the June 26, 2001 URC denial. Affidavit of Enrica White par. 5. Nurse White put plaintiff on the list to see the medical doctor. Affidavit of Enrica White par. 5.

31. Plaintiff appealed the denial of his grievance to Level 2 and his appeal was denied by Bryan Castle, the Health Services Administrator who advised plaintiff that he did not meet the criteria for treatment and would continue to be monitored for his medical issues. Affidavit of Enrica White par. 6.

32. On May 3, 2002, URC approved a consultation with a gastroentrologist on June 4, 2002. Affidavit of Dr. Bianchi par. 30.

33. Plaintiff transferred out of Carl Robinson Correctional Institution on June 19, 2002 and Dr. Bianchi has not seen him since. Affidavit of Dr. Bianchi par. 31.

34. Plaintiff was sent to UCONN for a liver biopsy on September 9, 2002 which confirmed that plaintiff had Hepatitis C that was treatable. Affidavit of Dr. Bianchi par. 33.

35. Plaintiff was discharged to Parole on September 13, 2002. See RT 60 Inmate Movement Sheet.

36. Plaintiff was readmitted into DOC custody on March 24, 2003 for violation of his parole. See RT 60 Inmate Movement Sheet. His current estimated discharge date according to his RT 55 is September 2008. See RT 55.

37. Plaintiff testified that Parole ordered him to complete a drug treatment program because a couple of people plaintiff was working with reported that plaintiff was using drugs. Plaintiff's deposition p. 28-29. Plaintiff testified that he refused to go into the program, quit his job, and lived out of his car, spending a night or two in a shelter. Plaintiff's deposition p. 28-29, 47-49, 56.

38. According to his medical intake sheet, plaintiff stated he was drinking a liter of vodka a day and had last drank on 3/22/03 and was using a bag of heroin a day and had last used on 3/22/03. Affidavit of Dr. Bianchi par. 36; Affidavit of Dr. Blanchette par. 28; Affidavit of Dr. Pesanti par. 27. Plaintiff admitted to signing this intake form. Plaintiff's deposition p. 35-36.

39. Plaintiff admitted that he used heroin between the time he was paroled in September 2002 and March of 2003 when he was returned to DOC custody. Plaintiff's deposition p. 40-41.

40. Plaintiff worked a job in the kitchen from July 2003 to September 2003. Plaintiff's deposition p. 102-103. Plaintiff testified he could not "hack the job" anymore "the day I go on the Interferon treatment." Plaintiff's deposition p. 103.

41. On July 22, 2003, plaintiff started receiving Pegasys interferon treatment of 180 mcg injection every week for six months and 400 milligrams of ribavirin in the morning and again at night every day for six months. Plaintiff's Deposition p. 10; Affidavit of Dr. Blanchette par. 29; Affidavit of Dr. Gittzus par. 8.

42. On August 1, 2003, plaintiff's AST levels were 50 and his ALT levels were 91. Affidavit of Dr. Gittzus par. 9; Affidavit of Dr. Blanchette par. 30. On August 22, 2003, plaintiff's AST levels were 31 and his ALT levels were 43. Affidavit of Dr. Gittzus par. 9; Affidavit of Dr. Blanchette par. 30. On September 23, 2003, plaintiff's AST levels were 30 and his ALT levels were 36. Affidavit of Dr. Gittzus par. 9; Affidavit of Dr. Blanchette par. 30. On October 27, 2003, his AST levels were 31 and his ALT levels were 40. Affidavit of Dr. Gittzus par. 9; Affidavit of Dr. Blanchette par. 30. On November 24, 2003, his AST levels were 34 and his ALT levels were 51. Affidavit of Dr. Gittzus par. 9; Affidavit of Dr. Blanchette par. 30. On December 22, 2003, his AST levels were 26 and his ALT levels were 33. Affidavit of Dr. Gittzus par. 9; Affidavit of Dr. Blanchette par. 30.

43. The interferon treatment available in 1998, 1999, 2000, 2001 and even in the summer of 2002 was not as good as the current treatment. Affidavit of Dr. Bianchi par. 37; Affidavit of Dr. Blanchette par. 31; Affidavit of Dr. Pesanti par. 28; Affidavit of Dr. Gittzus par. 10. The side effects were much more frequent and the success rate in clearing the virus was lower. Affidavit of Dr. Bianchi par. 37; Affidavit of Dr. Blanchette par. 31; Affidavit of Dr. Pesanti par. 28; Affidavit of Dr. Gittzus par. 10. During this time period, if a patient did not have advanced Hepatitis C, Dr. Blanchette, Dr. Gittzus and Dr. Pesanti all are infectious disease specialists, and Dr. Bianchi recommended waiting until new, better medication was approved by

the FDA. Affidavit of Dr. Bianchi par. 37; Affidavit of Dr. Blanchette par. 31; Affidavit of Dr. Pesanti par. 28; Affidavit of Dr. Gittzus par. 10. Dr. Bianchi submitted a URC request in June 2001, for plaintiff because plaintiff was demanding treatment for his Hepatitis C. Affidavit of Dr. Bianchi par. 37.

44. The plaintiff did not sustain any clinical significant progression of his illness by a delay in treatment. Affidavit of Dr. Bianchi par. 38; Affidavit of Dr. Blanchette par. 32; Affidavit of Dr. Pesanti par. 29; Affidavit of Dr. Gittzus par. 11. Rather, in Dr. Blanchette's, Dr. Gittzus', Dr. Bianchi's and Dr. Pesanti's professional opinion, it was just the opposite. Affidavit of Dr. Bianchi par. 38; Affidavit of Dr. Blanchette par. 32; Affidavit of Dr. Pesanti par. 29; Affidavit of Dr. Gittzus par. 11. The plaintiff actually benefited by the delay. Affidavit of Dr. Bianchi par. 38; Affidavit of Dr. Blanchette par. 32; Affidavit of Dr. Pesanti par. 29; Affidavit of Dr. Gittzus par. 11. More specifically, in October 2002, shortly after his parole from DOC custody, the present standard of interferon therapy in the form of Peginterferon alpha-2, had been approved by the U.S. Food and Drug Administration and marketed by Roche as Pegasys (R). Affidavit of Dr. Bianchi par. 38; Affidavit of Dr. Blanchette par. 32; Affidavit of Dr. Pesanti par. 29; Affidavit of Dr. Gittzus par. 11. The U. S. Food and Drug Administration did not approve combination therapy with Pegasys and ribavirin until December 3, 2002. Affidavit of Dr. Bianchi par. 38; Affidavit of Dr. Blanchette par. 32; Affidavit of Dr. Pesanti par. 29; Affidavit of Dr. Gittzus par. 11.

45. The approval of Pegasys interferon was an important milestone for the treatment of Hepatitis C patients. Affidavit of Dr. Bianchi par. 39; Affidavit of Dr. Blanchette par. 33; Affidavit of Dr. Gittzus par. 12. Pegasys is a pegylated interferon that remains active in the

bloodstream longer and at a more constant level than the previous medications used in the treatment of Hepatitis C.  Affidavit of Dr. Bianchi par. 39; Affidavit of Dr. Blanchette par. 33; Affidavit of Dr. Gittzus par. 12; Affidavit of Dr. Pesanti par. 30.

46.     Moreover, had treatment been started on plaintiff prior to his parole in September 2002, he 1) may not have finished the treatment, on the outside, thereby rendering it useless or 2) may have re-infected himself with the virus through IV drug use rendering the treatment useless. Affidavit of Dr. Blanchette par. 34; Affidavit of Dr. Pesanti par. 31; Affidavit of Dr. Gittzus par. 13.

47.     It is Dr. Blanchette's, Dr. Gittzus' and Dr. Pesanti's opinion, that these are very real possibilities given that 1) plaintiff refused to go to a drug treatment program which was a requirement of his parole and  2) plaintiff admitted using IV drugs while out on parole.  Affidavit of Dr. Blanchette par. 35; Affidavit of Dr. Pesanti par. 32; Affidavit of Dr. Gittzus par. 14.

48.     The plaintiff has been receiving treatment with Pegasys, the pegylated interferon in conjunction with ribivarin for approximately six months.  Affidavit of Dr. Blanchette par. 36; Affidavit of Dr. Pesanti par. 33; Affidavit of Dr. Gittzus par. 15.  The plaintiff had blood tests after beginning interferon therapy which indicated that he is responding to therapy.  Affidavit of Dr. Blanchette par. 36; Affidavit of Dr. Pesanti par. 33; Affidavit of Dr. Gittzus par. 15.  Plaintiff had tests done when he completed the pegasys/ribavirin therapy.  Affidavit of Dr. Blanchette par. 33; Affidavit of Dr. Gittzus par. 15.  In addition, plaintiff's liver enzymes will be checked six months from the end of the drug therapy to determine if he is a sustained responder to treatment. Affidavit of Dr. Blanchette par. 33; Affidavit of Dr. Gittzus par. 15.

49. It is the current standard in the community that individuals who use IV drugs do not receive treatment for Hepatitis C in the form of interferon/ribivarin therapy. Affidavit of Dr. Bianchi par. 40; Affidavit of Dr. Blanchette par. 37; Affidavit of Dr. Pesanti par. 34; Affidavit of Dr. Gittzus par. 16. Treatment of Hepatitis C will not have any long term benefit if recurrent infections occur. Affidavit of Dr. Bianchi par. 40; Affidavit of Dr. Blanchette par. 37; Affidavit of Dr. Pesanti par. 34; Affidavit of Dr. Gittzus par. 16. Thus, the risks of treatment do not warrant treatment. Affidavit of Dr. Bianchi par. 40; Affidavit of Dr. Blanchette par. 37; Affidavit of Dr. Pesanti par. 34; Affidavit of Dr. Gittzus par. 16.

DEFENDANTS

Edward Pesanti, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08326
E-Mail:  ann.lynch@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of February 2004:

Gerald Coderre, Inmate #245210
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

 _____
 Ann E. Lynch
 Assistant Attorney General