UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD CODERRE | : | CIVIL NO. 3:02CV1096(RNC)(DFM) |
| v. | : | |
| EDWARD PESANTI, ET AL. | : | JANUARY 29, 2004 |

### AFFIDAVIT OF JOHN GITTZUS, MD

1. I am a physician licensed to practice Medicine in the State of Connecticut since 1975.

2. My training and experience in Medicine is as set forth in my curriculum vitae attached hereto as Exhibit A.

3. I currently provide consulting services in Infectious Disease at the Osborn Correctional Institution, Northern Correctional Institution, Carl Robinson Correctional Institution, Enfield Correctional Institution and Willard-Cybulski Correctional Institution.

4. I am familiar with the medical care and treatment provided to the plaintiff in this case. According to his medical chart, plaintiff's date of birth is September 3, 1965.

5. AST and ALT are liver enzymes. In individuals who have tested positive for the Hepatitis C virus, persistent, elevated liver enzymes suggest that chronic Hepatitis C is present.

6. The May 2000 CMHC guidelines provide "Because treatment of Hepatitis C will not have any long term benefits if recurrent infections occur, only inmates who were not using cocaine or IV drugs for at least 6 months prior to the current incarceration or who have very long sentences (> 5 years) [will be approved for GI consultations]. Inmates who were successfully enrolled in methadone programs prior to incarceration are eligible for therapy."

7. Most people with chronic Hepatitis C have no symptoms of liver disease. Constipation is not a typical side effect of Hepatitis C. If symptoms are present they are usually mild, non specific, and intermittent. Hepatitis C is a chronic disease. In most cases it takes over 30 years for an individual with Hepatitis C to develop serious liver problems. Therefore, it is much more prudent to wait until you are sure that a patient is no longer using intravenous drugs, drinking alcohol and/or will not again start using intravenous drugs before beginning treatment.

8. Patients with Hepatitis C should not drink alcohol since it increases their chance of developing cirrhosis and liver cancer.

9. Patients who are cured of Hepatitis C are not immune to Hepatitis C and can be re-infected with the virus. Thus, if an individual is still using drugs, or uses IV drugs in the future, they are at risk of re-infecting themselves with Hepatitis C. In such a case, the risks of the interferon treatment would far outweigh the benefits.

10. More specifically, nearly all patients who take interferon develop side effects from treatment especially in the first few weeks of therapy. Common side effects of alpha interferon and peginterferon include fatigue, muscle aches, headaches, nausea and vomiting, skin irritations at the injection site, low grade fever, weight loss, irritability, depression, mild bone marrow suppression, hair loss (reversible). Interferon can also cause or worsen thyroid disease, and can unmask or worsen autoimmune diseases such as rheumatoid arthritis and systemic lupus erythematosis. Interferon worsens psoriasis and can rarely damage the eyes. Rare side effects include confusion, psychosis, lung or kidney damage or death. Alpha interferon has multiple neuropsychiatric effects.

11. On July 22, 2003, plaintiff started receiving Pegasys interferon treatment of 180 mcg injection every week for six months and 400 milligrams of ribavirin in the morning and again at night every day for six months.

12. On August 1, 2003, plaintiff's AST levels were 50 and his ALT levels were 91. On August 22, 2003, plaintiff's AST levels were 31 and his ALT levels were 43. On September 23 2003, plaintiff's AST levels were 30 and his ALT levels were 36. On October 27, 2003, his AST levels were 31 and his ALT levels were 40. On November 24, 2003, his AST levels were 34 and his ALT levels were 51. On December 22, 2003, his AST levels were 26 and his ALT levels were 33.

13. The interferon treatment available in 1998, 1999, 2000, 2001 and even in the summer of 2002 was not as good as the current treatment. The side effects were much more frequent and the success rate in clearing the virus was lower. During this time period, if a patient did not have advanced Hepatitis C, I recommended waiting until new, better medication was approved by the FDA.

14. In my opinion, Gerald Coderre did not sustain any clinical significant progression of his illness by a delay in treatment from June 2001 until July 2003. Rather, in my professional opinion, it was just the opposite. The plaintiff actually benefited by the delay. More specifically, in October 2002, shortly after his parole from DOC custody, the present standard of interferon therapy in the form of Peginterferon alpha-2, had been approved by the U.S. Food and Drug Administration and marketed by Roche as Pegasys (R). The U. S. Food and Drug Administration did not approve combination therapy with Pegasys and ribavirin until December 3, 2002.

15. The approval of Pegasys interferon was an important milestone for the treatment of Hepatitis C patients. Pegasys is a pegylated interferon that remains active in the bloodstream longer and at a more constant level than the previous medications used in the treatment of Hepatitis C.

16. Moreover, had treatment been started on plaintiff prior to his parole in September 2002, he 1) may not have finished the treatment, on the outside, thereby rendering it useless or 2) may have re-infected himself with the virus through IV drug use rendering the treatment useless.

17. In my opinion, these are very real possibilities given that 1) plaintiff refused to go to a drug treatment program which was a requirement of his parole and 2) plaintiff admitted using IV drugs while out on parole.

18. The plaintiff has been receiving treatment with Pegasys, the pegylated interferon in conjunction with ribivarin for approximately six months. The plaintiff had blood tests after beginning interferon therapy which indicated that he is responding to therapy. Plaintiff will have tests done later this month when he completes the pegasys/ribavirin therapy. In addition, plaintiff's liver enzymes will be checked six months from the end of the drug therapy to determine if he is a sustained responder to treatment.

19. It is the current standard in the community that individuals who use IV drugs do not receive treatment for Hepatitis C in the form of interferon/ribivarin therapy. Treatment of Hepatitis C will not have any long term benefit if recurrent infections occur. Thus, the risks of treatment do not warrant treatment.

                                                                                         _____
                                                                                         John Gittzus, MD

Subscribed to and sworn to before me, this 29th day of January, 2004.

                                                                                        _____

Notary Public / Commissioner of Superior Court
My Commission Expires: _____

Case 3:02-cv-01096-RNC   Document 55-4   Filed 02/24/2004   Page 5 of 7

                              DEFENDANTS,
                              Edward Pesanti, et al.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL


BY:_____
        Ann E. Lynch
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct08326
        E-Mail:  ann.lynch@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of January, 2004:

Gerald Coderre, Inmate 245210
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

_____
Ann E. Lynch
Assistant Attorney General