UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD CODERRE | : | CIVIL NO. 3:02CV1096(RNC)(DFM) |
| v. | : | |
| EDWARD PESANTI, ET AL. | : | JANUARY 16, 2004 |

## AFFIDAVIT OF ENRICA WHITE, RN

1. I am over the age of 18 and understand and believe in the obligations of an oath:

2. I have been licensed to practice nursing by the State of Connecticut since July 1988.

3. From July 1988 to the present, I was employed as a nurse with the State of Connecticut Department of Correction and/or UConn Correctional Managed Health Care.

4. Since July 30, 1999 I have been the Correctional Nursing Supervisor and medical grievance coordinator at the Carl Robinson Correctional Institution.

5. Plaintiff filed a medical grievance on or about November 9, 2001 complaining about denial of medication for hepatitis C. As the grievance coordinator, I denied the grievance and noted that because plaintiff did not complete a substance abuse course by DOC, he did not meet Dr. Pesanti's guidelines and referred plaintiff to the June 26, 2001 URC denial. I put plaintiff on the list to see the medical doctor.

6. Plaintiff appealed my denial of his grievance to Level 2 and his appeal was denied by Bryan Castle, the Health Services Administrator who advised plaintiff that he did not meet the

criteria for treatment and would continue to be monitored for his medical issues.

_____
Enrica White

Subscribed to and sworn to before me, this _____ day of February, 2004.

_____
Notary Public/Commissioner
of Superior Court

        DEFENDANTS
Edward Pesanti, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08326
E-Mail: ann.lynch@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of January, 2004:

Gerald Coderre, Inmate 245210
Osborn Correctional Institution
100 Bilton Road
Somers, CT 06071

_____

        Ann E. Lynch
        Assistant Attorney General