```
 CT DEPT OF CORRECTION         TIME SHEET                 02/20/2004
 NAME: CODERRE,GERALD OCTAVE     NUM:    245210          SENT ID:  6
 DKT#: D03D-CR-98-0104400-S   REF DKT: 03-104400B  SENT:  7 Y 30 M   D
 OFF DATE: 09/12/1998       SENT START DATE: 05/01/2001  DET: NONE
 OFF: 53A032   VIOLATION OF PROB OR COND D  ELIG PAROLE DATE:
 12/15/2003


 ******************** CURRENT TOTAL DAYS FOR THIS SENTENCE
********************

       JAIL CREDIT:  141    TIME SERVED:  708    DEADTIME:  73



**********************************************************************
******

  POST DT LOC  DAYS  ENTRY     REL DT    POST DT LOC  DAYS  ENTRY
 REL DT
  4/22/ * 125    5 YRS CONSEC 09/15/08
  3/24/ * 122   73 DEADTIME   09/16/03
 10/01/ * 116    1 JAIL CR    07/05/03
  5/04/ * 114  117 JAIL CR    07/06/03
  5/01/ * 114   23 JAIL CR    10/31/03
  5/01/ * 114  708 TIME SERV  11/23/03
  5/01/ * 114    0 INITIAL    10/31/05



  TRANS: RT55   NUMBER: 00245210                     PAGE    1
```

```
MOVEMENTS    NUMBER:  245210    NAME:  CODERRE,GERALD OCTAVE    PAGE   1
 FILE:  OSBORN CCI          MED FILE:  BRIDGEPORT CCC
                            DATE   SEQ   LOCATION      JUR STA
 TRANSFER AMONG DOC LOCATIONS        2/03/2004 1  115 OSBORN CCI    115  G
 TRANSFER AMONG DOC LOCATIONS        1/20/2004 1  137 MCDGL/WLKR CI 137  G
 TRANSFER AMONG DOC LOCATIONS        7/13/2003 1  115 OSBORN CCI    115  G
 TRANSFER AMONG DOC LOCATIONS        6/11/2003 1  124 CORR/RAD CC   124  G
 SENTENCED BY COURT                  4/22/2003 1  125 CHESHIRE CC   125  G
 TRANSFER AMONG DOC LOCATIONS        3/26/2003 1  125 CHESHIRE CC   125  G
 RETURN FROM PAROLE WITH CHARGES     3/24/2003 1  122 NEW HAVEN CCC 122  G
 ABSCONDING FROM PAROLE              1/10/2003 1  820 ABSCONDER     4P4  G
 RELEASE TO SUPERVISED PAROLE        9/13/2002 1  4WB PO4-DEFEO     4P4  G
 TRANSFER AMONG DOC LOCATIONS        9/10/2002 1  135 GATES CCI     135  G
 TRANSFER AMONG DOC LOCATIONS        9/05/2002 1  121 HARTFORD CCC  121  G
 TRANSFER AMONG DOC LOCATIONS        6/26/2002 1  135 GATES CCI     135  G
 TRANSFER AMONG DOC LOCATIONS        6/21/2002 1  121 HARTFORD CCC  121  G
 TRANSFER AMONG DOC LOCATIONS        6/19/2002 1  135 GATES CCI     135  G
 TRANSFER AMONG DOC LOCATIONS        6/06/2001 1  116 ROBINSON CI   116  G
 TRANSFER AMONG DOC LOCATIONS        5/03/2001 1  114 MCDGL/WLKR CI 114  G
 START SERVING SENTENCE (1+)         5/01/2001 1  123 BRIDGEPORT CC 123  G

 V386  2/20/2004   CT DEPT OF CORRECTION - MOVEMENTS - RT60

 TRANSACTION: P/N   NUMBER:  00245210           ENTER FOR NEXT PAGE
```

```
MOVEMENTS     NUMBER:  245210    NAME:  CODERRE,GERALD OCTAVE    PAGE  2
 FILE:  OSBORN CCI          MED FILE:  BRIDGEPORT CCC
                            DATE   SEQ   LOCATION      JUR STA
 READMISSION, CONTINUED             12/14/2000 1  123 BRIDGEPORT CC 123  U
 DISCHARGED, SENTENCE TIME SERVED    11/09/2000 1  910 D/CHG ALL SNT  910  G
 TRANSFER AMONG DOC LOCATIONS        1/05/2000 1  135 GATES CCI    135  G
 TECHNICAL VIOL OF TRANS SUPV        1/03/2000 1  123 BRIDGEPORT CC  123  G
 TRANSFER TO TRANSITIONAL SUPVR     11/10/1999 1  3BW CS3-POGER   303  G
 TRANSFER AMONG DOC LOCATIONS        9/27/1999 1  135 GATES CCI    135  G
 RETURN FR TRANS SUPV W/O PREJD      9/23/1999 1  140 CORR/RAD CC   140  G
 TRANSFER TO TRANSITIONAL SUPVR      8/20/1999 1  3BW CS3-POGER   303  G
 TRANSFER AMONG DOC LOCATIONS        1/15/1999 1  116 ROBINSON CI   116  G
 START SERVING SENTENCE (1+)        12/03/1998 1  123 BRIDGEPORT CC 123  G
 READMISSION, CONTINUED              9/21/1998 1  123 BRIDGEPORT CC 123  U
 DISCHARGED, DID NOT RETURN FROM COURT   3/25/1998 1  900 DISCHARGE    900  U
 READMISSION, CONTINUED              3/18/1998 1  123 BRIDGEPORT CC 123  U
 DISCHARGED, SENTENCE TIME SERVED    7/02/1997 1  910 D/CHG ALL SNT  910  L
 TRANSFER AMONG DOC LOCATIONS        6/06/1997 1  135 GATES CCI    135  L
 READMISSION W/ SENTENCE LT 1 YEAR   6/03/1997 1  123 BRIDGEPORT CC 123  L
 DISCHARGED, DID NOT RETURN FROM COURT  10/25/1996 1  900 DISCHARGE    900  U

 V386  2/20/2004   CT DEPT OF CORRECTION - MOVEMENTS - RT60

 TRANSACTION: P/N   NUMBER:  00245210          ENTER FOR NEXT PAGE
```