OSBORNE CORRECTIONAL INSTITUTE
SOMERS, CONNECTICUT

2

3      - - - - - - - - - - - - - - -x

4      Docket No. 3:02CV1096 (RNC) (DFM)

5      - - - - - - - - - - - - - - -x
GERALD CODERRE,
6
             Plaintiff(s)
7
vs.
8
EDWARD PESANTI, ET AL
9
             Defendant(s).
10
- - - - - - - - - - - - - - - - - -x
11

12     - - - - - - - - - - - - - - - - - - - - - - - -
                DEPOSITION OF:  GERALD CODERRE
13     - - - - - - - - - - - - - - - - - - - - - - - -

14          Taken before Jenny C. Ebner, R.P.R./L.S.R.,
a Notary Public in and for the State of Connecticut,
15     pursuant to Notice and the Connecticut Practice Book,
at the offices of Osborne Correctional Institute, 100
16     Bilton Road, Somers, Connecticut at October 29, 2003 at
10:00 o'clock a.m.
17

18

19               BRANDON SMITH REPORTING SERVICE
                      (860) 549-1850
20                    44 Capitol Avenue
                 Hartford, Connecticut 06106
21

22

23

24

25

10

1   Q    That is something I can't answer.  That is legal

2        advice.  It would be inappropriate for me,

3        representing the defendant to answer that.  That

4        is a question for Mr. Cahill.

5   A    Uh-huh.

6   Q    All right.  Mr. Coderre, can you state your name

7        for the record?

8   A    Gerald Octave Coderre.

9   Q    Are you currently on any medication?

10  A    No.

11  Q    What about Ribivarin?

12  A    Yes.

13  Q    Is that something --

14  A    And Pegysis Interferon.

15  Q    The Ribivarin, do you take that every day?

16  A    Yes, I do, four pills a day.

17  Q    Okay.  And the Interferon, Pegasus Interferon is

18       an injection you get once a week?

19  A    Yes.  I would like to elaborate on that with your

20       permission.

21  Q    Yes?

22  A    The seizures that they do at this facility for the

23       Inerferon which I complained about, that there is

24       a few of us on the same medications, and they like

25       to draw it up beforehand, and put them out on the

heroin a day habit?

2   A   In '96.

3   Q   Okay.  When did you start using heroin?

4   A   In '95, I think.

5   Q   Okay.  Did you always inject it?

6   A   No, I didn't.

7   Q   All right.  How did you use it?

8   A   Snorted it.

9   Q   Did you ever inject it?

10   A   Yes.

11   Q   When did you start injecting it?

12   A   I believe in '96.

13   Q   Did you ever share needles?

14   A   Yes, unfortunately.

15   Q   How often would you share needles?

16   A   Not all of the time, because of the simple fact I

17      was on an exchange program, and I didn't believe

18      in that.

19         I believe that that's one of the reasons I

20      did not contact HIV, because I was very very

21      careful in what I did, and who I did it with.  I

22      mean, you can't see another person, whether he has

23      Hep C or HIV, but, you know, you got to be

24      careful.  And I believe that is one of the reasons

25      why I didn't catch HIV, but, you know, there is

26

```
 1   A    I can't recall.

 2   Q    Is it possible you could have been?

 3   A    Yes, might have been.

 4   Q    All right.  Do you recall being in a place --

 5   A    If I was, I wasn't an intravenous drug user.

 6   Q    You were not?

 7   A    No.

 8   Q    Do you recall being in a place called Meriden Hill

 9        in '98 for heroin and alcohol detox?

10   A    Yes.

11   Q    How did you get there?

12   A    How did I get there?

13   Q    Yes.

14   A    Turned myself in.

15   Q    No requirement?

16   A    No.

17   Q    Not under any sort of court order?

18   A    No.

19   Q    When was the last time you used heroin?

20   A    The last time I used heroin?

21   Q    Yes.

22   A    Well, according to a police officer I used it just

23        this last time out when I got arrested.  He said

24        that I used, on the police report.  I seen that,

25        and he said that I used, but the funny thing about
```

28

```
 1        my, of my disability, that my liver is swollen and
 2        that with my experience I can direct and lead a
 3        crew into the proper working procedures of a
 4        moving phase.  With that they hired me.
 5    Q   Okay.  Now, it was listed that you absconded from
 6        parole in January of 2003?
 7    A   Yes, middle of January, 2003.
 8    Q   What happened then in January of 2003 that you
 9        were deemed to have absconded from parole?
10    A   I was doing good.  I had a job.  I had everything,
11        and I wan't told that part of my requirements was
12        to do a program.  I says, "Why didn't you tell me
13        this at the beginning of this -- at the beginning
14        so I didn't have to get this job and then I have
15        to quit it to do a program?"
16    Q   By a "program," can you explain what you mean by
17        that?
18    A   A drug treatment program.  I couldn't understand
19        why, because I had a job.  I was doing everything
20        correctly.  I was giving clean urines, and it was
21        to my amazement that this happened.
22            I says, "Why couldn't we do this at the
23        beginning?  I went to a halfway house and was
24        doing AA in there, and everything, and you didn't
25        tell me any of this then."
```

29

```
 1   Q   Who told you you have to do that?

 2   A   John Defao, D-e-f-a-o.

 3   Q   Was he the parole officer?

 4   A   Yes.

 5   Q   When did he tell you you had to do the treatment

 6       program?

 7   A   December.

 8   Q   Of 2001 -- 2002?

 9   A   2002, yes.

10   Q   Okay.  Did they have a spot for you that they

11       wanted you to go in?

12   A   Yes.  I couldn't believe it.

13   Q   How long was the program -- withdrawn.

14   A   I don't know.

15   Q   Was it going to be a residential treatment

16       program?

17   A   Yes.

18   Q   You don't now how long you were going to have to

19       live there?

20   A   No.  I didn't even know I had to go.  I was doing

21       so well.  It was beyond my recollection why, but

22       then I found out why.

23   Q   Why did you have to go?

24   A   Because a couple people at the company I was

25       working at called them and told them I was using
```

35

```
 1        House in Danbury, but you didn't, in January of
 2        2002?
 3    A   No, I didn't.
 4    Q   And you kept working?
 5    A   Uh-huh.
 6    Q   And it took them, took "them" meaning the parole
 7        from January to March to pick you up?
 8    A   Yes.
 9    Q   Were you living in the same place during that time
10        period that you were before?
11    A   No.
12    Q   Where were you living between January --
13    A   I don't recall.

14    Q   You don't recall?
15    A   No.
16    Q   You started using during that time period of time,
17        again, didn't you?
18    A   According to the police report.
19    Q   Okay.
20    A   That is what they say.
21    Q   When you came back on 3/24/2003, you indicated you
22        had taken a liter of vodka?
23    A   That is what they say.
24    Q   3/22/03, as well as one bag of heroin on 3/22?
25    A   Wow.
```

36

```
1   Q    And is that your signature on this intake form?

2   A    Yes.

3   Q    That is --

4              MS. LYNCH:  Let's mark this as

5        Respondent's Exhibit 2.

6   A    I want to mark on Exhibit 2 there, I would like to

7        refer to my blood pressures.  When person is

8        detoxing from alcohol their blood pressure is not

9        normal.  Mine is stated normal.

10            I don't know how that got on there, but maybe

11       it was after the fact I signed this.  But I will

12       go on the blood pressure intake.  Nobody has a

13       blood pressure of 110 over 70 who is detoxing from

14       alcohol, especially a liter a day.  That is

15       uncalled for and -- wow.

16             MS. LYNCH:  Let's just mark that.

17  A    My blood pressure was normal.

18  BY MS. LYNCH:

19  Q    You have to stop talking so she can mark that, and

20       then you can start talking.

21             (Coderre Exhibit 2:

22             Marked for identification.)

23  BY MS. LYNCH:

24  Q    Would you get chills when you were detoxing?

25  A    Would I get chills?
```

40

```
 1        opinion?  In other words, that --

 2   A    Could be.  This is where a professional would have

 3        to give advice on that.

 4   Q    Your previous statement that you couldn't have

 5        been detoxing on 3/24/03, you are backtracking

 6        from that, and you are saying you  really don't

 7        have the expertise?

 8   A    I believe that is normal.  If I have to give my

 9        blood pressure right now, it would probably come

10        out 110 over 70, somewhere around there.

11   Q    Also looks like blood pressure is relatively

12        normal on June 9th of '97 -- excuse me -- June 3rd

13        of '97, 10/1 of '98 when, by your own admission,

14        you were using between five to ten bags of heroin

15        a da --

16   A    Uh-huh.

17   Q    -- and one liter of vodka daily.

18   A    Right.  Again, I didn't know I had this virus in

19        my body, because I wasn't told until March of

20        2000, but it was documented in my file that they

21        said they knew in '97.  I wish they would have

22        told me.

23   Q    Are you denying, sir, that you were using heroin

24        between the time period of September 2002 and

25        March of 2003?
```

41

```
 1   A   May have used a bag.  I may have.

 2   Q   Why are you saying you may have?  Is there a

 3       reason why you don't know for sure?

 4   A   Because things come and go, and I might have.

 5   Q   When would you might have used this bag of heroin?

 6   A   Probably on the day I knew I was coming back.

 7   Q   Did you drink any alcohol between September 2002

 8       and March of 2003?

 9   A   It says I did.

10   Q   Did you?  I am asking you.

11   A   I don't believe I did, but it says I did.

12   Q   Well, did you or didn't you?

13   A   I don't believe I did.

14   Q   So, you don't believe you had one drink during

15       that time period, of alcohol?

16   A   Now you are saying "one drink."  Maybe.  Yes,

17       without the -- maybe yes, without -- as I will

18       refer to again, when I -- during this time period,

19       when I got out, which I still state that my clean

20       goes up to September 8, because that is when the

21       denial of medical care, I believe stopped, because

22       I left DOC.  But when I came back, I asked for the

23       care and they gave it to me.

24           And no, no stipulations of drug program, no.

25       All the same results of 2000, 2001, 2002, the same
```

47

```
 1   A   At that time that was not even in my mind, about

 2       using.  Only thing I cared about was my health.

 3       I had to wait -- I signed a release to Dr.

 4       Schiffman to get the liver biopsy results, and

 5       which I don't know if he got it or not, because I

 6       was incarcerated before I went back to him.

 7   Q   So, can you tell me for sure where you were

 8       living, because you don't remember between

 9       January, February and March of 2003?

10   A   I can't tell you for sure, because I was living

11       everywhere.

12   Q   Where was that?

13   A   In my car.  You know, I didn't want to come back

14       to jail.  Who wants to come to jail?

15   Q   Why not go to the drug treatment program?

16   A   That is -- as I see it right now, I made a

17       mistake.  I should have.  You are right.  I should

18       have satisfied the state on their behalf, and I

19       will say right now, I am enrolled in a drug

20       treatment program here on my own doing.

21   Q   All right.  So where else where you living,

22       besides in your car, during this time period?

23   A   Every once in a while at my mother's.

24   Q   Why weren't you living there on a regular basis?

25   A   Why?  Because I didn't want to come back to jail.
```

48

```
 1        I knew it was inevitable that I was going to come

 2        back, because I always have.

 3   Q    Were you still working for the same moving

 4        company?

 5   A    No.  I had to quit.

 6   Q    Well, I thought you told me you didn't go into the

 7        drug treatment program because you didn't want to

 8        quit your job.

 9   A    I had to quit because of the simple fact we all

10        know, we all know that parole comes to where you

11        work and finds out if you have been working there

12        and so on and so forth.

13   Q    Why not just go to the drug treatment program?

14   A    I should have.  You are right.

15   Q    Did you not go into the drug treatment program

16        because you were still using at the time?

17   A    No, that's not true.  I did not go because I felt

18        that I did not have a problem.

19   Q    Well, you did, in retrospect, right?  You used

20        before you came back in.

21   A    After the fact.

22   Q    Isn't one the first things of a successful program

23        admitting that you've got a problem?

24   A    Yes, it is, Ma'am.

25   Q    You were unable to admit you had a problem?
```

49

```
 1   A    At what time in my life?

 2   Q    January of 2003.

 3   A    I was told I had a problem, yes.

 4   Q    You didn't want to admit you had a problem at that

 5        time?

 6   A    I didn't really -- how should I say this?  Give me

 7        a minute.

 8            At that time in my life I believe that I

 9        didn't need a program to defeat this, to defeat

10        this addiction.

11   Q    You would have -- rather than going in the

12        program, you were hiding out from the parole

13        officer by sleeping in your car, and once in a

14        while sleeping at your mother's house.  Where else

15        did you sleep?

16   A    I don't know.

17   Q    What about shelters, did you spend any time in

18        shelters?

19   A    I might have one or two nights.  Yes.  I might

20        have.  I might have.

21   Q    How were you supporting yourself during this time

22        period since you had to quit your job?

23   A    I had saved up money.

24   Q    So you were carrying cash on you?

25   A    Yes.
```

50

```
 1   Q   Did you carry cash on you or were you using, like
 2       an ATM.
 3   A   Cash.
 4   Q   Now, was the car that you were sleeping in, was
 5       that registered in your name?
 6   A   Yes.
 7   Q   Plates?
 8   A   Yes.
 9   Q   Were you ever scared that parole would run the
10       plates and you would get picked up?
11   A   Absolutely.  Like I said, I knew it was
12       inevitable.  It was just a matter of when.
13           Nobody wants to come to jail.  You think I
14       wanted to come back?
15   Q   What is the highest level of education you have
16       achieved?
17   A   GED.
18   Q   When did you get that?
19   A   '99.
20   Q   In jail?
21   A   Yes, Ma'am.
22   Q   Okay.  The new charges that you came back in in
23       March of 2003, those were a violation of
24       probation?
25   A   No.  It was a new charge.
```

56

```
 1   Q    It scares me, as a citizen driving on the road,
 2        that we have a guy who --
 3   A    I never used back then when I was driving the
 4        trailer.
 5   Q    When were you driving a trailer?
 6   A    Huh?
 7   Q    When were you driving a trailer?
 8   A    Between '85 and '95, you know.  But this time out,
 9        when I told you -- I did three Florida returns for
10        this moving company.  I wasn't using.  I was doing
11        good.
12   Q    When did you quit your job, what month?
13   A    December.  Right at the end, January or somewhere
14        around there.
15   Q    December or January, and by December we are
16        talking about December 2002 or January 2003?
17   A    Yes, somewhere around there.
18   Q    All right.  Now, you were doing good from '85 to
19        '95.  What got you started to using drugs?
20   A    I don't know.  My past?  I don't know.  I am
21        starting to look at that now, and like I told
22        them, maybe if I looked at it then, maybe I
23        wouldn't be here talking to you right now.
24   Q    You can't think of one event in your life that
25        triggered your use, to turning to heroin?
```

58

```
 1            o'clock a.m.)
 2                THE WITNESS:  During all this questions
 3            about drinking programs and everything,
 4            during my incarceration of 2001, which when I
 5            was denied this care, they said I refused the
 6            drug treatment program.  To be honest with
 7            you, I don't think I did.  I think it was
 8            just another way of denying people.
 9                And there is other people I know in this
10            system who have been denied the same way.
11                It's a matter of getting ahold of them.
12  BY MS. LYNCH:
13  Q    In your earlier incarceration did you sign up for
14       a drug program?
15  A    Yes.  In documentation in the clinical file it
16       shows that I signed up.
17  Q    When did you do that?
18  A    Right after they told me -- I didn't know I was
19       denied the medical care based on the fact that I
20       -- it's in a request form.  Yes, it is.  It's in
21       October, September or October or November of 2001.
22  Q    Okay.  I am not looking for that right now.
23  A    Okay.
24  Q    I just -- what I am looking for, Mr. Coderre, is a
25       entry, according to my notes, from October 19 of
```

59

```
 1          '98, it's a chart entry, and in that you reported

 2          that you first used IV drugs at the age of 16.

 3     A    Really?

 4     Q    I just did a little calculation here.  That would

 5          put it at 1981.

 6     A    Never.  If you find that, let me know.  I didn't

 7          use IV.  I believe it was '95, I started using IV.

 8              Can I speak while you are doing that?

 9     Q    Anything you say is going to be on the record, and

10          it's really for --

11     A    Right.  It's a request to elaborate on your

12          question --

13     Q    Sure.

14     A    -- about drug treatment.

15     Q    Sure.

16     A    This is, like I was saying, they denied me, based

17          on the fact that I did not complete a substance

18          abuse program, okay, and that I refused to do a

19          substance abuse program.  I didn't learn that -- I

20          didn't learn about that until August of 2001, that

21          I was denied based on fact that I was denied -- I

22          didn't know I was denied the medical care, based

23          on the fact that I refused to do a substance abuse

24          program.

25              I immediately signed up for a substance abuse
```

60

```
 1        program.  The DOC, the Department of Corrections,
 2        has a classification system which is a one, two,
 3        three and four levels.  My addiction score level
 4        was a two.
 5             When I signed up for this program in August,
 6        September of 2001, I was put on a waiting list,
 7        which I will show as soon as Ms. Lynch is done
 8        that I begged them to please start treatment now
 9        that I am on the waiting list.
10             When it was documented that I was suffering
11        from chronic liver disease, which was documented
12        in 2001, and the same tests was documented back in
13        2002, and all this time I was incarcerated, and I
14        waited on that drug treatment program for a while.
15        I never even got it.
16             My addition score level, like I say, was a
17        two.  They put threes and fours in this program
18        before two.  I couldn't get a program.  I you have
19        an addiction score of a one, you couldn't get a
20        program.  I was a two, which I have documentation.
21        I will show you as soon as you are done.  Let me
22        find it here.
23             I tried to get on a drug treatment program to
24        satisfy the DOC, so I could get this care.  I did
25        suffer, and it's shown in there from 2001, 2002,
```

65

```
 1        complete, and all of a sudden all these other
 2        charts are popping up.
 3            It's amazing the way this is like this.  You
 4        said it was full and complete, and -- I don't know
 5        what to say.  I mean, obviously -- obviously, it's
 6        written here.  I don't see my signature on this,
 7        but I see my name.
 8              THE WITNESS:  Can you stop that for a
 9          second?
10              Okay.  May I ask you something,
11        Ms. Lynch?  It says since age 16.  Right?
12   BY MS. LYNCH:
13   Q    Right.
14   A    That would have been in what, 1981, you said?
15   Q    Right.  Because you were born in '65.
16   A    I was in high school then.  Who says people don't
17        use drugs in high school.  Right?

18   Q    You dropped out of high school at one point in
19        time, too.
20   A    Yes.
21   Q    What year did you drop out of high school?
22   A    I don't remember.  '84 -- '83.
23   Q    So you dropped out your senior year?
24   A    Yes.
25   Q    I will take that.
```

67

```
 1   A   Let's go back to where the dates are on this file.
 2       Because, you know, you are talking years ago.
 3   Q   But --
 4   A   I never used drugs when I was -- I am not going to
 5       say I didn't use drugs, because I probably smoked
 6       marijuana at the age of 16.  As far as heroin,
 7       that would never, never even cross my mind at that
 8       time.
 9   Q   Opiates is cocaine.  Right?
10   A   Okay.  I was an occasional snorter, every once in
11       a while back in the eighties.  I am sure you were,
12       too.
13   Q   No, I wasn't.
14   A   Well, anyways -- yes, every once in a blue moon,
15       recreational activity on weekends, I was snorting
16       a little cocaine, and if that is using -- well, I
17       guess it is.
18           Like I said, intravenous to nasal use, I told
19       you before, it's proven you can get it from nasal
20       use.  And I said before, '95 maybe I got it that
21       way.  Maybe, maybe I got it in having sex.  I
22       don't know, you know, but I will tell you, I don't
23       have HIV, and one goes with the other, especially
24       when you are a heroin addict, an IV drug user.  If
25       you ain't careful, you are going to get it.
```

74

```
 1   A    Yes.

 2   Q    How often do you experience that?

 3   A    How often?  I'd say after I eat I feel like

 4        throwing up.

 5   Q    Every time after you eat?

 6   A    Not every time.  Just -- maybe I might be over

 7        indulgent, but this food, it ain't that good to be

 8        over indulgent.

 9   Q    How often would you say you feel nausea in a week?

10   A    Three or four times.  Might be more.  I can't put

11        a number on it anyways.

12   Q    For a while you were feeling -- this is -- I am

13        jumping back now to prior to your starting

14        Interferon treatments.

15   A    Right.

16   Q    For a while you felt good, even though you had

17        elevated LFTs?

18   A    In 2000, yes.

19   Q    When did you start feeling bad?

20   A    I'd say probably -- I don't know.  I don't know.

21        I have always felt bad.  I always felt -- I should

22        say, I always felt tired all of the time, but

23        well, when I really started noticing it was

24        probably January of 2001 when my knees and my

25        ankles, and, you know, my back especially was
```

75

```
 1        really hurting.  It was hurting.  Like achey.
 2   Q    Now, you have a compression fraction in your back
 3        from a motor vehicle accident.  Right?
 4   A    Absolutely not.
 5   Q    You were involved in a motor vehicle accident in
 6        1996?
 7   A    No.
 8   Q    Were you in a motor vehicle accident in 1998?
 9   A    No.
10   Q    Okay.
11   A    Wait a minute.  Yes, '98?  Yes.  I got into an
12        accident.  Yes, I did.  That's right.
13   Q    All right.  At that time they took x-rays on you?
14   A    Right.  It came back it was all right.  Negative.
15   Q    Well, it looks like -- here, this is an x-ray
16        report dated 9/19/98, x-ray of the lumbar spine
17        shows a small end plate compression fracture at
18        D-11.
19   A    Wow.  This the first time I read this one.  Huh.
20   Q    That was Danbury hospital.
21   A    Lumbar spine.  Where is the lumbar spine at?
22   Q    I believe it's your lower back.  Here is the x-ray
23        report.
24   A    May I ask you when you got these?
25   Q    Part of the medical records?
```

81

```
 1      C?
 2  A   Yes.  It also states in the record that in '97,
 3      during that -- I showed you that -- that the DOC
 4      knew.
 5  Q   Okay.
 6  A   They never informed me.  It says "possible."  It's
 7      dated '99.
 8  Q   Okay.
 9  A   Because of my incarceration.
10  Q   From March 25, of 1998 to September 21st of 1998
11      you were out, you weren't serving any jail time?
12  A   September 1st -- yes.  That was 9/21 -- let me
13      see -- yes.  Like I said, I did these little bids.
14      Week, two weeks, I mean --
15  Q   What treatment for your Hepatitis C did you seek
16      while outside in the community between March of
17      '98 and September of '98?
18  A   I don't recall.  I don't recall.
19  Q   All right.
20  A   Maybe I did; maybe I didn't.  You got the records.
21      Show me.
22  Q   I am asking you, did you seek any treatment for
23      your Hep C?
24  A   I don't remember.  I don't remember that time in
25      my life.  I don't recall.
```

85

```
 1   Q   What was it that you were accused of steeling?
 2   A   Larceny.  Five scooters.
 3   Q   What was it?
 4   A   I guess it was scooters.
 5   Q   Okay.  Now during the time you were out between
 6       November of 2000 and December of 2000, did you
 7       request a blood test?
 8   A   I didn't request any -- I didn't even have a place
 9       to live.
10   Q   Did you starts using drugs the last two weeks of
11       November?
12   A   I probably did.
13   Q   Do you recall how often you were using them?
14   A   No, I don't.
15   Q   Do you recall what you were using?
16   A   Probably heroin.
17   Q   Do you recall how much you would be using in that
18       time?
19   A   No.
20   Q   Were you drinking during this time period?
21   A   I don't know.  Probably.  One goes with the other.
22       I don't know.
23   Q   Okay.  You are suing for a delayed treatment
24       between January of 2000 and December 2002?
25   A   Yes.
```

97

1   Q   Okay.  What about doctor --

2   A   Wait a minute.  2001, he did.  Then again in 2002,

3       but I got accepted due to you.

4   Q   What about Dr. Blanchette, what did he do,

5       B-l-a-n-c-h-e-t-t-e?

6   A   Dr. Blanchette, he on 12 -- Edward Blanchette --

7       Edward Blanchette -- Edward Blanchette came in in

8       December of 2000 and took my blood to see if I was

9       really suffering from this Hepatitis C.

10          Right here ALTs, ASTs over and above the

11      required amount.  My potassium is even high and my

12      serum glucose was low.

13          I always suffered.  I believe he was the

14      physician who gave this, and it was more -- right

15      here.

16  Q   You were going to say you always suffered from,

17      you believe what?

18  A   Low blood sugar.

19  Q   Why is that?

20  A   I don't know.  Because I always -- I don't know.

21  Q   Is it because you also have a history of diabetes

22      in your family?  Your father was diabetic?

23  A   Good going.  Yes.  He died of diabetes, I believe.

24      I was incarcerated when he died.

25   Q    All right.  So Dr. Blanchette is liable to you

98

```
 1          because he took your blood work in December of

 2          2000, and your LFT levels were elevated at that

 3          time period?

 4     A    Elevated, and he knew I had the Hepatitis C virus

 5          as positive antibody.

 6     Q    Is there anything that Dr. Blanchette did with

 7          regard to your care that made him liable to you,

 8          other than taking your blood in December 2000?

 9     A    Not giving me the care, when I met the criteria of

10          the DOC.

11     Q    In December of 2000?

12     A    Yes.

13     Q    All right.  Now, on January 16 of 2001, isn't it

14          true that you told medical personnel that you did

15          not know how to avoid abusing drugs?

16     A    Absolutely not.  I want to see this one.

17          Go off the record.

18     Q    Wait a minute.  I have it right here.  I am

19          referring to a clinical record entry by mental

20          health, dated 1/16/01, 7:20 p.m., about -- a

21          little more than half way down, the entry that

22          states, "I," backslash, "M," for inmate, "stated

23          his problem is addiction to alcohol, cocaine and

24          marijuana.  Inmate stated if he saw heroin right

25          now that he would use it.  Inmate stated he does
```

99

```
 1        not know how to avoid abusing drugs."

 2   A    Wow.

 3   Q    "Inmate stated that he would be happy if he was

 4        sentenced to a drug treatment program.  Plan:

 5        Addiction Services recommended counseling,

 6        psychiatric referral."

 7   A    1/16/01?  The thing is, I was on a drug treatment

 8        waiting list -- no, it wasn't that date.  This

 9        is -- no.  This facility, Bridgeport Correctional

10        Center, Dr. Stein -- this is -- whoever --

11   Q    Does that refresh your recollection as to whether

12        or not you state that, back in January 2001, you

13        did not know how to avoid abusing drugs?

14   A    It says it right here, don't it?

15   Q    What did Nurse White do or not do that makes her

16        liable to you in this case?

17   A    I submitted request after request.  She denied me

18        the treatment.  I submitted grievance after

19        grievance.  She denied me the treatment.

20   Q    By "the treatment," you mean Interferon treatment?

21   A    Yes.

22   Q    Hep C treatment?

23   A    Yes.

24   Q    Was it Nurse White's call in terms of whether or

25        not you got the treatment?
```

102

```
 1        you go to NA or AA meetings.  How else do you

 2        currently spend your day?

 3   A    Currently?

 4   Q    Uh-huh.

 5   A    Well, I was trying to play softball, trying to

 6        run; couldn't do any of those.  I tried.

 7   Q    Okay.

 8   A    You know, now, since I am enrolled in the

 9        program -- you said now.  Right?

10   Q    Yes.

11   A    I lay on my bed.  Do nothing.

12   Q    Why is that?

13   A    I am tired.

14   Q    What about before you were enrolled in the program

15        using that Interferon treatments, how would you

16        spend your day?

17   A    What year are we talking about, may I ask?

18   Q    Sure.  Let's talk about 2003.  From March 2003

19        until you got your first treatment in July of

20        2003, how would you spend your days while

21        incarcerated?

22   A    Walking.  Walking around.  I didn't do anything

23        strenuous, I will tell you that.

24   Q    Okay.  Walking around.  What else would you do?

25   A    Sleep.
```

103

```
 1   Q   Okay.  Did you have a job at all?
 2   A   I had a job in the kitchen.  The day I got on the
 3       Interferon treatment, I couldn't hack it.  I
 4       couldn't do it no more.
 5   Q   How long did you have your job in the kitchen for?
 6   A   Two months.
 7   Q   From when to when?

 8   A   From when I got here, which was July, two weeks
 9       being -- the day I started the treatment.  That's
10       right.  The day I started the treatment.  July 25
11       I started working in the kitchen, and I went to
12       September 19th or 18th or somewhere around there,
13       and I started the program.
14   Q   What facility were you at prior to being at
15       Osborne?
16   A   Radgowski.
17   Q   How would you spend your time at Radgowski?
18   A   Laying on my bed.
19   Q   Okay.  Did you do anything else?  Did you have a
20       job at Radgowski?
21   A   No.
22   Q   What about at Cheshire, did you have a job?
23   A   No.
24   Q   Would you socialize, play cards, do anything like
25       that?
```