UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GERALD CODERRE | ) | PRISONER |
|  | ) | Case No.3:02cv1096(RNC)(DFM) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| EDWARD PESANTI ET AL | ) | Notice of Manual Filing |
|  | ) |  |
|  | ) |  |

    Please take notice that Defendants, Edward Pesanti et al have manually filed the following document or thing

    Letter to Gerald Coderre dated November 25, 2003

    Gerald Coderre Inmate Request to Staff Member dated December 17, 2003

    Letter to Gerald Coderre dated November 6, 2003

    Letter to Gerald Coderre dated June 5, 2002

    Letter to Gerald Coderre dated July 12, 2002

    These documents have not been filed electronically because

[x]    the document or thing cannot be converted to an electronic format
[ ]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

                                        Respectfully submitted,
                                        _____
                                        Ann E. Lynch
                                        Assistant Attorney General
                                        110 Sherman Street
                                        Hartford, Ct, 06105
                                        Phone: (860) 808-5450
                                        Fax: (860) 808-5591
                                        E-mail: ann.lynch@po.state.ct.us
                                        Ct08326

<u>CERTIFICATION</u>

     I hereby certify that a copy of the foregoing was mailed this ___ day of February 26, 2004, first class postage prepaid, to:

Gerald Coderre
#245210
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers Ct 06071

                                               _____
                                               Ann E. Lynch
                                               Assistant Attorney General