OSBORNE CORRECTIONAL INSTITUTE
                         SOMERS, CONNECTICUT

2

3    - - - - - - - - - - - - - - - -x

4    Docket No. 3:02CV1096 (RNC) (DFM)

5    - - - - - - - - - - - - - - -x
     GERALD CODERRE,
6
             Plaintiff(s)
7
     vs.
8
     EDWARD PESANTI, ET AL
9
             Defendant(s).
10
     - - - - - - - - - - - - - - - - - -x
11

12    - - - - - - - - - - - - - - - - - - - - - - - - - - -
                  DEPOSITION OF:   GERALD CODERRE
13    - - - - - - - - - - - - - - - - - - - - - - - - - - -

14          Taken before Jenny C. Ebner, R.P.R./L.S.R.,
     a Notary Public in and for the State of Connecticut,
15    pursuant to Notice and the Connecticut Practice Book,
     at the offices of Osborne Correctional Institute, 100
16    Bilton Road, Somers, Connecticut at October 29, 2003 at
     10:00 o'clock a.m.
17

18

19            BRANDON SMITH REPORTING SERVICE
                    (860) 549-1850
20              44 Capitol Avenue
              Hartford, Connecticut 06106
21

22

23

24

25

4

```
 1                    GERALD CODERRE,

 2              having been first duly sworn,

 3           was examined and testified as follows:

 4                 (Coderre Exhibit 1:

 5                 Marked for identification.)

 6           DIRECT EXAMINATION BY MS. LYNCH

 7   Q    Good morning Mr. Coderre, as you know, my name is

 8        Ann Lynch.  I have just shown you your medical

 9        files and I have agreed to provide you a copy of

10        everything there in front of you which consists of

11        one, two, three four, packages of material.

12           I sent some of this material back to you on

13        July 12, 2002.  You and I had an agreement that I

14        am going to send these to you as soon as my

15        secretary can get copies made, and this is the

16        last time I sending a copy of your medical file.

17   A    I understand.

18   Q    Before we get started in terms of the deposition,

19        I have given you a copy of Judge Martinez's ruling

20        on this deposition and marked it as Defendant's

21        Exhibit 1.

22           Before we get started, have you ever been

23        deposed before?

24   A    Never.

25   Q    Okay.  It's kind of like testifying in court with
```

8

```
 1   Q   That is about it.  Now, I will send you a copy of

 2       the deposition transcript with what is called an

 3       errata sheet.  What that does is, if you think

 4       that court reporter has taken down something

 5       incorrectly, what you can do is indicate on

 6       another errata sheet, and it's self-explanatory,

 7       you indicate the page number and line, what it

 8       currently reads, and what it should read.

 9           It's important you fill that out sign in the

10       presence of a notary public, keep a copy and send

11       the copy back to me, but you will get a copy of

12       your deposition transcript today.

13   A   Yes.

14   Q   Do you have any questions?

15   A   Do I?  This will not be edited; it will be full

16       and complete from beginning to end.

17   Q   Absolutely.

18   A   Correct?

19   Q   Correct.

20   A   Thank you.

21   Q   Okay.

22   A   Hold on.  Give me a minute.  There is some things

23       I want to ask you, and I wrote them down as the

24       days were going on.

25   Q   Okay.
```

9

```
 1   A    I request that you don't push me during this.

 2        Okay?  If I need to read through stuff, please

 3        don't rush me.

 4   Q    I won't do that.

 5   A    I want to answer it as honestly as possible if my

 6        memory can -- I got my full complete medical file

 7        right here.  If I need to go through it, I

 8        basically know it, but there is documentation I

 9        want to be documented on there showing I am not

10        lying or anything.

11   Q    (Nodding in the affirmative.)

12   A    Where is Dr. Pesanti?

13   Q    He is not coming today.

14   A    I didn't think so.  There no wrong or right

15        answers in this.  Right?

16   Q    Just the truth.

17   A    Thank you.  I had it right here, Civil -- Rules to

18        Civil Procedure.  I didn't bring it.  I am hear

19        to -- I mean, I am here to answer you.  You are

20        not here to answer me.  Right?

21   Q    Again, I am here.  If you have any questions or

22        concerns, I am willing to listen to them.  Maybe I

23        can answer them and maybe I can't.

24   A    One question; I basically have an idea but what I

25        am want is, conspiracy, what is conspiracy?
```

25

```
 1       files.  I don't know where they came from.  You

 2       didn't send this to me before in my file.

 3   Q   I don't know what --

 4   A   These, I don't know where these came from, but

 5       obviously, it looks like me, and, you see this,

 6       the signature on it?

 7   Q   Just -- you can unclick it.

 8   A   That is my signature.  This is the first time I

 9       ever seen this documentation.  I thought that you

10       all gave me -- back in 2002 that you gave me a

11       full, complete file when the judge ordered it.

12   Q   I think I agreed to send you records, but I don't

13       know -- that appears --

14   A   This is records right here.

15   Q   I know, but I don't know what the agreement was

16       back in --

17   A   The agreement was that I asked for a complete

18       medical file, and, you know, upon my recollection,

19       I see this now, but, obviously, back then when I

20       asked for a full, complete file, it wasn't given

21       to me.

22   Q   Well --

23   A   Now, all of a sudden this pops up.  Wow.

24   Q   Were you in Danbury hospital in '93 for heroin

25       detox?
```

66

```
 1   A    Is that the copy that you sent me?

 2   Q    That's the habeas file.

 3   A    Right.  May I take a look at that?

 4   Q    No, because it's has attorney/client stuff in

 5        here.

 6   A    Okay.

 7   Q    You are welcome to take a look at the habeas

 8        petition.

 9   A    May I ask you a question, if you can look through

10        that right now, and answer this question for me?

11        What date does that file start in the medical file

12        that you gave me during the habeas?

13   Q    There's a letter dated June 5th that I sent you.

14   A    I want to know what date you allegedly sent me my

15        time, full and complete, when Judge Barry --

16   Q    Looks like I sent it to you twice, because it

17        looks like -- I probably did send it to you, what

18        we were reviewing, because this letter, dated July

19        12, 2002, says "Dear Mr. Coderre, Enclosed is an

20        update of your medical records."

21            And then I have this -- I had it on that

22        stack, and it also looks like I sent you something

23        in June 5 of 2002.  So, I don't know, Mr. Coderre,

24        if I sent that to you or not.  If I had it, I

25        would have sent it to you, so I am assuming I did.
```