UNITED STATES
DISTRICT
COURT

FILED
2004 MAR 11 P 12:07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Coderre
v.
Pesanti et Al...

3:02cv1096 (RNC)
(DFM)

3/5/04

## MOTION
In Response To Defendants
To Compell for Release of Medical
Records

I Gerald Coderre an Inmate at Osborn C.I in Enfield CT was transferred In January To MacDougal C.I and transferred Back in February During all this unessesary Moving the Legal Mail Never Caught up to Me the Origanal Motion for Release of Documents. On March 3, 2004 I Recieved The Compell Motion Noticing It was sent From MacDougal I Looked at The P.B Meter stamp Mark Feb 10, 2004 This is the C.D.O.C error in Not Forwarding Legal Mail A.S.A.P I am Now sending with the Motion the Release to Dr Schiffman To ANN E. Lynch AT

ATTorney Generals Office. Again I have No Control when and where I go or the Mail In Getting there To where I Go.

_____
Plaintiff

I certify That a Copy of The Foregoing was Mailed To Counsel on Record

ANN E, Lynch A-A-G
ATTorney Generals office
110 sherman sT
HartFord ct 06105

By: _____
Gerald Codarre #246310
Osborn C.I
P.O Box 100 Bilton Rd
Somers, ct 06071



STATE OF CONNECTICUT
OFFICE OF THE ATTORNEY GENERAL
MAC KENZIE HALL
110 SHERMAN STREET
HARTFORD, CT. 06105-2294

Ann E. Lynch, AAG

Gerald Coderre, Inmate #245210
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Legal Mail

6SB

Recieved Osborn 3/3/04

