UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GERALD CODERRE

    v.                        CIVIL NO: 3:02CV1096 (RNC) (DFM)

EDWARD PESANTI, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10 and at the Court's request, Margaret A. Rutherfurd, Esquire, of Brown, Raysman, Millstein, Felder & Steiner, Cityplace II, Tenth Floor, 185 Asylum Street, Hartford, CT 06103, Tel: (860) 275-6400 is appointed as counsel for the plaintiff, Gerald Coderre, in the above-captioned case.

Dated at Bridgeport, Connecticut this 18th day of March, 2004.

KEVIN F. ROWE, Clerk
By

s/s Cynthia Earle

Cynthia Earle,
Staff Attorney