UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



GERALD CODERRE

    V.                                Case No. 3v02cv1096 (RNC)(DFM)

DR. EDWARD BLANCHETTE

## RULING ON PENDING MOTIONS

Pending before the court are four motions to compel, one motion for miscellaneous relief, a motion for appointment of counsel and two motions for extension of time. For the reasons set forth below, the motions for extension of time are granted and the motions to compel, for miscellaneous relief and for appointment of counsel are denied.

The defendants seek an extension of time until February 27, 2004, to file a motion for summary judgment. The Motion for Extension of Time [**doc. # 53**] is **GRANTED** *nunc pro tunc* for good cause shown. The defendants also seek a sixty day extension of time to respond to plaintiff's requests for admission. The Motion for Extension of Time [**doc. # 50**] is **GRANTED** for good cause shown.

The court has appointed an attorney to represent the plaintiff. In view of this fact, the plaintiff's Motion for Appointment of Counsel [**doc. # 51**] is **DENIED** as moot and the plaintiff's Motions to Compel [**docs. ## 36, 39, 40**] and Motion

for Miscellaneous Relief [**doc. # 34**], which were filed before counsel was appointed, are **DENIED** without prejudice to renewal. In addition, defendants' Motion to Compel [**doc. # 54**] is **DENIED** without prejudice to renewal.  Counsel for the defendants has represented to the court that she will contact counsel for the plaintiff regarding the medical records releases she seeks in the motion to compel.

    SO ORDERED this 24th day of March, 2004 at Hartford, Connecticut.

                              Donna F. Martinez
                        United States Magistrate Judge