UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 17 A 10:07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

---------------------------------------------- X
GERALD CODERRE,                       :
                                      : CIVIL ACTION NO.:
    Plaintiff                        : 3:02-CV-01096-(RNC)
                                      :
v.                                    :
                                      :
EDWARD PESANTI, MD, EDWARD            :
BLANCHETTE, MD, GERMAIN               :
BIANCHI, E. WHITE and JOHN DOE,       :
I/O                                   :
                                      :
    Defendants.                      : MARCH 16, 2004
---------------------------------------------- X

## APPEARANCE

Please enter the appearance of the undersigned as counsel for the Plaintiff, Gerald Coderre, in the above-captioned matter.

                THE PLAINTIFF
                Gerald Coderre

By: _Margaret A. Rutherfurd_
                Margaret A. Rutherfurd, Esq. (ct23966)
                Brown Raysman Millstein Felder & Steiner, LLP
                CityPlace II, 10th Floor
                185 Asylum Street
                Hartford, CT 06103
                (860) 275.6400

## CERTIFICATE OF SERVICE

This is to certify that on March 16, 2004, a true copy of the foregoing Motion for Extension of Time was sent via first-class mail, postage prepaid, to:

Ann E. Lynch
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860-808-5450

*Margaret A. Rutherfurd*
Margaret A. Rutherfurd

HARTFORD 83873v1