UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 17  A 10: 07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

----------------------------------------------- X
GERALD CODERRE,                               :
                                              :  CIVIL ACTION NO.:
       Plaintiff                              :  3:02-CV-01096-(RNC)
                                              :
v.                                            :
                                              :
EDWARD PESANTI, MD, EDWARD                    :
BLANCHETTE, MD, GERMAIN                       :
BIANCHI, E. WHITE and JOHN DOE,               :
I/O                                           :
                                              :
       Defendants.                            :  MARCH 16, 2004
----------------------------------------------- X

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules of Civil Procedure 9(b), Plaintiff, hereby moves for a sixty-day extension of time, up to and including May 24, 2004, in which to file a Reply Brief to Defendants' Motion for Summary Judgment ("Defendants' Motion"). This additional time is needed to enable the Plaintiff to properly respond to the Defendants' Motion.

Plaintiff's counsel was recently appointed by the court and requires additional time to review the voluminous documents associated with this litigation. It has also been difficult to consult with the plaintiff, in that he is currently incarcerated, thereby limiting communication.

ORAL ARGUMENT IS NOT REQUESTED

Defendants' counsel has consented to this request.

THE PLAINTIFF
Gerald Coderre

By: *Margaret A. Rutherfurd*
Margaret A. Rutherfurd, Esq. (ct23966)
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275.6400

## CERTIFICATE OF SERVICE

This is to certify that on March 16, 2004, a true copy of the foregoing Motion for Extension of Time was sent via first-class mail, postage prepaid, to:

Ann E. Lynch
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
860-808-5450
LEAD ATTORNEY

*Margaret A. Rutherfurd*
Margaret A. Rutherfurd

HARTFORD 83867v1