UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------ X
GERALD CODERRE,                            :
                                           :   CIVIL ACTION NO.:
        Plaintiff                          :   3:02-CV-01096-(RNC)
                                           :
   v.                                      :
                                           :
EDWARD PESANTI, MD, EDWARD                 :
BLANCHETTE, MD, GERMAIN                    :
BIANCHI, E. WHITE and JOHN DOE,            :
I/O                                        :
                                           :
        Defendants.                        :   MARCH 16, 2004
------------------------------------------ X
```

FILED
2004 MAR 17 A 10:07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules of Civil Procedure 9(b), Plaintiff, hereby moves for a sixty-day extension of time, up to and including May 24, 2004, in which to file a Reply Brief to Defendants' Motion for Summary Judgment ("Defendants' Motion"). This additional time is needed to enable the Plaintiff to properly respond to the Defendants' Motion.

Plaintiff's counsel was recently appointed by the court and requires additional time to review the voluminous documents associated with this litigation. It has also been difficult to consult with the plaintiff, in that he is currently incarcerated, thereby limiting communication.

ORAL ARGUMENT IS NOT REQUESTED

[handwritten margin notes: "3/26/04  Granted. So ordered."]