UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -6 A 10 40

---------------------------------------------- X
GERALD CODERRE,                              :
                                             :  CIVIL ACTION NO.:
        Plaintiff                            :  3:02-CV-01096-(RNC)
                                             :
    v.                                       :
                                             :
EDWARD PESANTI, MD, EDWARD                   :
BLANCHETTE, MD, GERMAIN                      :
BIANCHI, E. WHITE and JOHN DOE,              :
I/O                                          :
                                             :
        Defendants.                          :  APRIL 5, 2004
---------------------------------------------- X

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Fed.R.Civ.P. 15, please take notice that Brown Raysman Millstein Felder & Steiner, LLP moves to withdraw its appearance due to an unforeseen conflict of interest with one of the defendants in the matter.

Said conflict of interest would prove to be a detriment in my ability to represent my client effectively.

I, therefore, respectfully move the court to withdraw my appearance for the plaintiff, Gerald Coderre, in the above-referenced matter.

By: _____
Margaret A. Rutherfurd, Esq. (ct23966)
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275.6400