FILED

2004 MAY 19 P 4: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD CODERRE<br>Plaintiff | : | PRISONER |
| | : | CIVIL NO. 3:02CV1096 (RNC) (DFM) |
| V. | | |
| DR. EDWARD PESANTI, ET AL.<br>Defendants | : | MAY 15, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b), the plaintiff respectfully requests an extension of the time within which he must file a memorandum in opposition to the defendants' motion for summary judgment. The memorandum currently is due May 24, 2004. The plaintiff requests that the time for filing the memorandum be extended by sixty (60) days, up to and including July 23, 2004. In support of his request, the plaintiff submits the following.

1. The plaintiff, who is incarcerated, filed this action pro se.

2. On February 24, 2004, the defendants filed a motion for summary judgment.

3. On March 19, 2004, the Court appointed Attorney Margaret A. Rutherfurd as pro bono counsel for the plaintiff.

4. A motion filed by Attorney Rutherfurd for extension of the time to file a response to the defendants' motion for summary judgment was granted by the Court on March 29, 2004.

5. On April 6, 2004, Attorney Rutherfurd filed a motion to withdraw as attorney for the plaintiff. The motion was granted on April 22, 2004.

6. Another pro bono attorney has not been appointed for the plaintiff.

7. In the event that another pro bono attorney is not appointed, the plaintiff has requested help from Inmates' Legal Assistance Program (ILAP) in regard to responding to the motion for summary judgment.

8. ILAP needs more time to research the issues raised in the motion and to prepare a memorandum in opposition.

9. Attorney Richard P. Cahill of ILAP, who has been assigned to assist the plaintiff, has a vacation scheduled for the week of May 17 to 21, 2004.

10. Attorney Cahill inquired of the defendants' counsel, Assistant Attorney General Ann E. Lynch, who has no objection to the granting of this motion.

11. One previous motion for extension of time has been filed by the moving party with respect to the same limitation.

THE PLAINTIFF

Gerald Coderre, pro se
Inmate #245210
Enfield Correctional Institution
289 Shaker Road, P.O. Box 1500
Enfield, CT 06082

Although not appearing herein, the undersigned
assisted in the preparation of this motion:

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 15th day of May, 2004, to the following counsel of record:

Ann E. Lynch, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

                                            Gerald Coderre