UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUN -2 P 3: 5b

U.S. DISTRICT COURT
HARTFORD, CT.

GERALD CODERRE,                      :

      Plaintiff,                     :

V.                                   :   CASE NO. 3:02CV1096 (RNC)

EDWARD PESANTI,                      :

      Defendant.                     :

ORDER

Gerald Coderre, a prisoner proceeding pro se, brings this
action under 28 U.S.C. § 1983 against Edward Pesanti.  Defendant
has moved for summary judgment, and plaintiff is tardy in filing
a response.  If plaintiff wishes to submit a response, he must
submit it by June 24, 2004.  No further extension of time will be
granted.

    So ordered.

    Dated at Hartford, Connecticut this 2 day of June 2004.

                                  Robert N. Chatigny
                            United States District Judge