FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL 16  A II: 11

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| GERALD CODERRE<br>*Plaintiff* | : | CIVIL NO. 3:02CV1096 (RNC) (DFM) |
| V. | | |
| DR. EDWARD PESANTI, ET AL.<br>*Defendants* | : | JULY 16, 2004 |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

The plaintiff respectfully requests leave to file the attached Supplemental

Memorandum of Law in Opposition to Motion for Summary Judgment. In support of this

request, the plaintiff states as follows:

1. The plaintiff filed this action pro se. Although he is receiving help from

Inmates' Legal Assistance Program (ILAP), the plaintiff continues to represent himself.

2. On February 24, 2004, the defendants filed a Motion for Summary Judgment

and a supporting memorandum of law.

3. On June 24, 2004, the plaintiff filed a Memorandum of Law in Opposition to

Motion for Summary Judgment.

4. On July 2, 2004, the defendants filed a Reply Memorandum in Support of Motion for Summary Judgment.

5. The plaintiff requests leave to file a supplemental memorandum of law in order that he might have an opportunity to respond to some of the arguments raised by the defendants in their reply memorandum.

6. Attorney Richard P. Cahill of ILAP inquired of the defendants' counsel, Assistant Attorney General Ann E. Lynch. Assistant Attorney General Lynch said she takes no position and neither agrees to nor objects to this motion.

WHEREFORE, the plaintiff respectfully requests that the Court grant this motion for leave to file the attached Supplemental Memorandum of Law in Opposition to Motion for Summary Judgment.

THE PLAINTIFF

Gerald Coderre, Pro Se
Inmate #245210
Enfield Correctional Institution
289 Shaker Road
P.O. Box 1500
Enfield, CT 06082

Although not appearing herein, the undersigned
prepared this motion:

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 16th day of July, 2004, to the following counsel of record:

Ann E. Lynch, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Gerald Coderre