FILED

2004 JUL 16  A 11: 41

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| GERALD CODERRE | : | CIVIL NO. 3:02CV1096 (RNC) (DFM) |
| *Plaintiff* | | |
| V. | | |
| DR. EDWARD PESANTI, ET AL. | | |
| *Defendants* | : | JULY 16, 2004 |

### MOTION FOR LEAVE TO FILE
### AMENDED LOCAL RULE 56 (a) (2) STATEMENT

The plaintiff respectfully requests leave to file the attached Amended Local Rule 56 (a) (2) Statement. In support of this request, the plaintiff states as follows:

1. The plaintiff filed this action pro se.

2. On February 24, 2004, the defendants filed a Motion for Summary Judgment accompanied by a Local Rule 56 (a) (1) Statement.

3. Paragraph 44 of the Local Rule 56 (a) (1) Statement claimed that the plaintiff "did not sustain any clinical [sic] progression of his illness by a delay in treatment." It further claimed that the plaintiff actually had benefitted by the delay in treatment.

4. On June 23, 2004, the plaintiff filed a Memorandum of Law in Opposition to Motion for Summary Judgment and an accompanying Local Rule 56 (a) (2) Statement. Although the plaintiff continues to represent himself, the plaintiff's response to the

summary judgment motion was prepared by an attorney from Inmates' Legal Assistance Program (ILAP).

5. In paragraph 44 of his Local Rule 56 (a) (2) Statement, the plaintiff denied the portions of paragraph 44 of the Local Rule 56 (a) (1) Statement claiming that he had benefitted by the delay in treatment. His denial was accompanied by specific citations to admissible evidence showing that his illness had progressed as a result of the delay in treatment.

6. In denying the portions of Paragraph 44 claiming that he had benefitted by the delay in treatment, it was the plaintiff's intention to deny that he had not sustained any clinically significant progression of his illness.

7. On July 2, 2004, the defendants filed a Reply Memorandum in Support of Motion for Summary Judgment. In the reply memorandum, the defendants argued that the statement regarding no clinically significant progression of the plaintiff's illness should be deemed admitted.

8. The plaintiff is requesting leave to amend his Local Rule 56 (a) (2) Statement in order to clarify that he is denying that he did not sustain any clinically significant progression of his illness.

9. Attorney Richard P. Cahill of ILAP inquired of the defendants' counsel, Assistant Attorney General Ann E. Lynch. Assistant Attorney General Lynch said she takes no position and neither agrees to nor objects to this motion.

WHEREFORE, the plaintiff respectfully requests that the Court grant this motion for leave to file the attached Amended Local Rule 56 (a) (2) Statement.

THE PLAINTIFF

Gerald Coderre, Pro Se
Inmate #245210
Enfield Correctional Institution
289 Shaker Road
P.O. Box 1500
Enfield, CT 06082

Although not appearing herein, the undersigned
prepared this motion:

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 16th day of July, 2004, to the following counsel of record:

Ann E. Lynch, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Gerald Coderre