FILED

2004 JUL 14 P 1:02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERALD CODERRE<br>*Plaintiff* | : CIVIL NO. 3:02CV1096 (RNC) (DFM) |
| V. | |
| DR. EDWARD PESANTI, ET AL.<br>*Defendants* | : JULY 14, 2004 |

### MOTION FOR LEAVE TO FILE
### AMENDED LOCAL RULE 56 (a) (2) STATEMENT

The plaintiff respectfully requests leave to file the attached Amended Local Rule 56 (a) (2) Statement. In support of this request, the plaintiff states as follows:

1. The plaintiff filed this action pro se.

2. On February 24, 2004, the defendants filed a Motion for Summary Judgment accompanied by a Local Rule 56 (a) (1) Statement.

3. Paragraph 44 of the Local Rule 56 (a) (1) Statement claimed that the plaintiff "did not sustain any clinical [sic] progression of his illness by a delay in treatment." It further claimed that the plaintiff actually had benefitted by the delay in treatment.

4. On June 23, 2004, the plaintiff filed a Memorandum of Law in Opposition to Motion for Summary Judgment and an accompanying Local Rule 56 (a) (2) Statement. Although the plaintiff continues to represent himself, the plaintiff's response to the