FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL 16  A 11: 11

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| GERALD CODERRE<br>*Plaintiff* | : | CIVIL NO. 3:02CV1096 (RNC) (DFM) |
| V. | | |
| DR. EDWARD PESANTI, ET AL.<br>*Defendants* | : | JULY 16, 2004 |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully requests leave to file the attached Supplemental Memorandum of Law in Opposition to Motion for Summary Judgment. In support of this request, the plaintiff states as follows:

1. The plaintiff filed this action pro se. Although he is receiving help from Inmates' Legal Assistance Program (ILAP), the plaintiff continues to represent himself.

2. On February 24, 2004, the defendants filed a Motion for Summary Judgment and a supporting memorandum of law.

3. On June 24, 2004, the plaintiff filed a Memorandum of Law in Opposition to Motion for Summary Judgment.