UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | PRISONER |
| GERALD CODERRE, | : | CIVIL NO. 03CV1096(RNC)(DFM) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD PESANTI, ET AL., | : | AUGUST 4, 2004 |
| *Defendant.* | | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM, ADDITIONAL EXCERPTS FROM PLAINTIFF'S DEPOSITION, AFFIDAVIT FROM DR. GITTIZUS AND ADDENDUM TO LOCAL RULE 56(a)(2) STATMENT**

The defendants respectfully seek leave to file the attached brief, the attached excerpts from plaintiff's deposition, the attached supplemental affidavit of Dr. Gittizus [1] and the attached addendum to the Local Rule 56(a)(2) statement. In support of this motion, defendants submit the following:

1). On or about February 23, 2004, defendants moved for summary judgment in this matter. Defendants did not object to the several requests for enlargement of time that the plaintiff sought in opposing this motion.

2). On or about June 24, 2004, with the assistance of Attorney Richard Cahill, from Inmates Legal Assistance, plaintiff filed a response to defendants' motion for summary judgment.

3). Thereafter, defendants filed their reply memorandum in accordance with D.Conn. L. Civ. R. 56.

---

[1] A faxed copy of Dr. Gittizus affidavit is attached hereto. The original will be filed with the court upon the undersigned's receipt of same.

4). Plaintiff then sought leave to file a supplemental memorandum of law and an amended Local Rule 56 (a)(2) statement. The court granted both motions on August 2, 2004.

5). Defendants, the moving party, would like an opportunity, as provided under the local rules to respond to any points raised by plaintiff. Accordingly, defendants seek to file the attached brief, additional excerpts from plaintiff's deposition. In addition, the defendants would like to advise the court that plaintiff is now deemed a sustained responder to treatment. Thus, defendants seek to file the attached affidavit from Dr. Gittizus and the one paragraph addendum to the Local Rule 56(a)(2) statement.

6). Defense counsel has received two letters from plaintiff dated July 22 and 23, attached hereto that indicate plaintiff does object to defendants' filing of these papers.

7). However, while the undersigned was away last week on vacation, she had her secretary call Attorney Cahill to see if plaintiff objected to defendant filing the additional excerpts from plaintiff's deposition, the supplemental brief and the attached affidavit from Dr. Gittizus. Attorney Cahill advised that he set up a telephone call with plaintiff for July 29, 2004 to discuss defendants' request in this motion with plaintiff. Attorney Cahill advised the undersigned's secretary on July 29, 2004 and the undersigned on August 3, 2004 that he spoke with plaintiff who does not object to the filing of the brief or additional excerpts from plaintiff's deposition. Attorney Cahill advised that plaintiff does object to the filing of Dr. Gittzus supplemental affidavit.

8). In defendants' Local Rule 56(a)(2) statement dated February 23, 2004, defendants represented that on July 22, 2003, plaintiff began receiving pegasys Inteferon treatments with ribavirin for a six month time period. Statement of Material Facts Not in

Dispute par. 41. This paragraph was admitted by plaintiff. Defendants further represented that plaintiff's liver enzymes would be checked six months from the end of drug therapy to determine if he is a sustained responder to treatment. Statement of Material Facts Not in Dispute par. 48. This paragraph was also admitted by plaintiff.

9). In accordance with that representation, plaintiff's liver enzymes were checked last month and he was determined to be a sustained responder to the interferon treatment.

10). In order to give the court a complete picture in this case, defendants submit an attached supplemental affidavit of Dr. Gittizus with the lab test results as exhibits.

11). Defendants further submit an addendum to their Local Rule 56(a)(2) statement. They have no objection to any request filed by plaintiff to respond to this addendum, paragraph 50.

DEFENDANTS
Edward Pesanti, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:
 __/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-mail: ann.lynch@po.state.ct.us
Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of August 2004:

Gerald Coderre, Inmate #245210
Enfield Correctional Institution
289 Shaker Road
P.O. Box 1500
Enfield, CT 06082

Richard Cahill, Esq.
Schuman and Associates
Inmates Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford Ct 06126-0237

                                              ___/s/_____
                                              Ann E. Lynch
                                              Assistant Attorney General