UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD CODERRE | : | CIVIL NO. 3:02CV1096(RNC)(DFM) |
| v. | : | |
| EDWARD PESANTI, ET AL. | : | JULY 23, 2004 |

## AFFIDAVIT OF JOHN GITTZUS, MD

1. I am a physician licensed to practice Medicine in the State of Connecticut since 1975.

2. My training and experience in Medicine is as set forth in my curriculum vitae attached as Exhibit A to my affidavit previously filed in this matter.

3. Attached hereto as Exhibit 1 is a laboratory report pertaining to Mr. Coderre from April 2004. This shows that the hepatitis C virus is resolved and that he has no ongoing liver disease.

4. Attached hereto as Exhibit 2 is a laboratory report pertaining to Mr. Coderre from July 2004. This report shows that Mr. Coderre's AST and ALT levels are in normal range.

5. According to these reports, Mr. Coderre has no ongoing liver disease and is deemed a sustained responder to the hepatitis C treatment he received.

                                                          /s/_____
                                                         John Gittzus, MD

Subscribed to and sworn to before me, this _____ day of _____, 2004.

                                                         _____
                                                         Notary Public / Commissioner of Superior Court
                                                         My Commission Expires: _____

DEFENDANTS,
Edward Pesanti, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: __/s/_____
    Ann E. Lynch
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct08326
    E-Mail:  ann.lynch@po.state.ct.us
    Tel.: (860) 808-5450
    Fax: (860) 808-5591


**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this ____ day of August , 2004, first class postage prepaid, to:

Gerald Coderre
#245210
Enfield Correctional Institution
289 Shaker Road
P.O. Box 1500
Enfield, CT 06071


___/s/_____
Ann E. Lynch
Assistant Attorney General