| | |
|---|---|
| UNIVERSITY OF CONNECTICUT HEALTH SYSTEM<br>263 Farmington Ave.<br>Farmington, CT, 06030<br>CT# HP-0213  CLIA# 07D0092519 | PATIENT NAME: CODERRE, GERALD<br>MRN: I00245210<br>DOB: 09/03/1965  AGE: 38  SEX: M<br>ATTENDING PHYSICIAN: BLANCHETTE, EDWARD<br>LOCATION: ENFIELD CI-- |

## MICROBIOLOGY

SOURCE: Plasma
SITE:

ORDER#: A0141200  DISCHARGED: 04/25/04
COLLECTED: 04/14/04 09:15
RECEIVED: 04/14/04 19:51
ORDERING PHYSICIAN: BLANCHETTE, EDWARD

ANTIBIOTICS AT COL.:

1. PCR  HCV Quant RT
   04/22/04  <0.6  X 1000 IU/mL                F  FINAL    04/20/04 16:18 HCS

   The COBAS Amplicor HCV Monitor Test, version 2.0 is a quantitative reverse-transcriptase polymerase chain reaction (RT-PCR) test with a dynamic range of 600 to 850,000 IU*/mL (as of 7-9-02 range is 600-500,000 IU*/mL). The assay is performed with a commercial kit designated as "research use only" by the manufacturer and is performed pursuant to an agreement with Roche Molecular Systems, Inc.
   *INTERNATIONAL UNIT (IU) is accepted by the WHO Expert Committee on Biological Standardization as the designated unit value to the first international standard for nucleic acid amplification assay for HCV RNA.

5/6 +
x

Dr Serafini

LEGEND: N-NEW RESULT  NF-NON FORMULARY
PHYSICIAN: BLANCHETTE, EDWARD            PATIENT NAME: CODERRE, GERALD
LOCATION: ENFIELD CI--                    MRN: I00245210
                         MICROBIOLOGY
1 of 1  2 of 2         PRINTED 04/30/2004 03:31   Page: 1 of 1

EXHIBIT 1

```
UNIVERSITY OF CONNECTICUT HEALTH SYSTEM    | PATIENT NAME  CODERRE, GERALD O
263 Farmington Ave.                         | MRN#: I00245210
Farmington  CT 06030                        | DOB: 09/03/1965  Age: 38   Sex: M
CT# HP-0213 CLIA# 07D0092519                | ATTENDING PHYSICIAN: BIANCHI, GERMAIN
                                            | LOCATION: ENFIELD CI
```

## DAILY REPORT

Order# A3160716                                    FINAL
Date&Time Ordered: 07/16/04 16:02
Req. physician: BLANCHETTE, EDWARD

### ROUTINE HEMATOLOGY

| TEST-NAME | RESULT | FLAG | REFERENCE INTERVALS | UNI |
|---|---|---|---|---|

SPECIMEN LAV COLLECTED 07/16/04 10:00 RECEIVED 07/16/04 16:02

**PERIPHERAL BLOOD COUNTS**

| Test | Result | Reference | Units |
|---|---|---|---|
| White Cell Count | *5.4 | 3.8-10.6 | K/ul |
| Red Cell Count | *5.00 | 4.40-5.90 | M/ul |
| Hemoglobin | *16.5 | 13.0-18.0 | g/dl |
| Hematocrit | *49.3 | 40.0-52.0 | % |
| MCV | *98.6 | 80.0-100.0 | fl |
| MCH | *33.1 | 26.0-34.0 | pg |
| MCHC | *33.6 | 32.0-36.0 | g/dl |
| RBC Distribution Width | *12.8 | 11.6-14.8 | % |
| Platelet Count | *179 | 150-440 | K/ul |

**WBC DIFFERENTIAL**

| Test | Result | Reference | Units |
|---|---|---|---|
| Neutrophils | *51.3 | 37.0-75.0 | % |
| Lymphocytes | *36.4 | 20.0-53.0 | % |
| Monocytes | *8.9 | 6.0-13.0 | % |
| Eosinophils | *1.0 | 1.0-9.0 | % |
| Basophils | *0.4 | 0.0-3.0 | % |

CONFIDENTIAL INFORMATION
The confidentiality of this record is required under Chapter 899 of the Connecticut General Statutes. This material shall not be transmitted to anyone without written consent or as...

*--NEW RESULTS    L-LOW    H-HIGH    AB-ABNORMAL    C-CRITICAL    T-TOXIC    X-ABSURD    SSR-SEE SEPARAT
PHYSICIAN: BIANCHI, GERMAIN
LOCATION: ENFIELD CI                                             Patient name: CODERRE, GE
                                                                 MRN: I00245210    Room:
12 of 14, 13 of 15        PRINTED 07/20/2004 13:31    Page: 1 of 3

EXHIBIT 2

07/22/2004 10:23 FAX 18607491    ENFIELD CC    ☒005

UNIVERSITY OF CONNECTICUT HEALTH SYSTEM
263 Farmington Ave.
Farmington CT 06030
CT# HP-0213 CLIA# 07D0092519

PATIENT NAME  CODERRE, GERALD O
MRN#: I00245210
DOB: 09/03/1965  Age: 38  Sex: M
ATTENDING PHYSICIAN: BIANCHI, GERMAIN
LOCATION: ENFIELD CI

DAILY REPORT

Order# A3160718
Date&Time Ordered: 07/16/04 16:02
Req. physician: BLANCHETTE, EDWARD

FINAL

ROUTINE CHEMISTRY

| TEST-NAME | RESULT | FLAG | REFERENCE INTERVALS | UN: |
|---|---|---|---|---|
| SPECIMEN C2C COLLECTED 07/16/04 10:00 RECEIVED 07/16/04 16:02 | | | | |
| **SERUM/PLASMA CHEMISTRY** | | | | |
| Glucose, Serum | *93 | | 75-115 | mg/dl |
| Blood Urea Nitrogen | *10 | | 8-24 | mg/dl |
| Creatinine | *1.0 | | 0.6-1.2 | mg/dl |
| Sodium | *141 | | 137-144 | meq/L |
| Potassium | *4.4 | | 3.6-4.8 | meq/L |
| Chloride | *104 | | 100-111 | meq/L |
| Bicarbonate | *25 | | 23-32 | meq/L |
| AST (SGOT) | *24 | | 17-35 | IU/L |
| ALT (SGPT) | *23 | | 8-39 | IU/L |
| Alkaline Phosphatase | *44 | | 39-119 | IU/L |
| Bilirubin, Total | *1.2 | | 0.4-1.4 | mg/dl |
| Bilirubin, Direct | *0.2 | | 0.0-0.2 | mg/dl |
| Albumin, Automated | *4.7 | | 3.8-5.3 | g/dl |
| Triglyceride | *180 | | 58-219 | mg/dl |
| Elevated result may indicate a non-fasting specimen | | | | |
| Cholesterol, Total | *186 | | 0-200 | mg/dl |
| Increased risk of arteriosclerosis/cardiovascular disease with cholesterol concentrations >200 mg/dl | | | | |
| Cholesterol, HDL | *24 | | 24-56 | mg/dl |
| LDL Chol Friedwald Calc | *126 | | | mg/dl |
| < 130 mg/dL desirable | | | | |
| 130-159 mg/dL moderate risk for CHD | | | | |
| >160 mg/dL high risk for CHD | | | | |

**CONFIDENTIAL INFORMATION**
"The confidentiality of this record is required under Chapter 899 of the Connecticut General Statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."

*-NEW RESULTS   L-LOW   H-HIGH   AB-ABNORMAL   C-CRITICAL   T-TOXIC   X-ABSURD   SSR-SEE SEPARAT
PHYSICIAN: BIANCHI, GERMAIN
LOCATION: ENFIELD CI
Patient name: CODERRE, GE
MRN: I00245210   Room:

13 of 15, 14 of 15    PRINTED 07/20/2004 03:31    Page: 2 of 3

| UNIVERSITY OF CONNECTICUT HEALTH SYSTEM | PATIENT NAME CODERRE, GERALD O |
|---|---|
| 263 Farmington Ave. | MRN#: I00245210 |
| Farmington CT 06030 | DOB: 09/03/1965 Age: 38 Sex: M |
| CT# PP-0213 CLIA# 07D0092519 | ATTENDING PHYSICIAN: BIANCHI, GERMAIN |
| | LOCATION: ENFIELD CI |

## DAILY REPORT

Order# A3160716                         FINAL
Date&Time Ordered: 07/16/04 16:02
Req. physician: BLANCHETTE, EDWARD

### SPECIAL CHEMISTRY

| TEST-NAME | RESULT | FLAG | REFERENCE INTERVALS | UNI |
|---|---|---|---|---|
| SPECIMEN C2C COLLECTED 07/16/04 10:00 RECEIVED 07/16/04 16:02 | | | | |
| **THYROID FUNCTION** | | | | |
| Thyroid Stim Hormone | *1.26 | | 0.34-5.60 | uU/ml |
| Thyroxine | *6.70 | | 8.09-12.23 | ug/dl |
| T-Uptake | *40.2 | | 32.0-48.4 | % |
| Free Thyroxine Index | *8.73 | | 5.93-13.13 | ug/dL |
| Total T3 | *110 | N | 80-200 | ng/dL |

Test performed at ARUP Laboratory, Salt Lake City, Utah.

**CONFIDENTIAL INFORMATION**
The confidentiality of this record is required under Chapter 899 of the Connecticut General Statutes. This material shall not be transferred to anyone without written consent or other authorization as provided in the aforementioned statutes.

*-NEW RESULTS   L-LOW   H-HIGH   AB-ABNORMAL   C-CRITICAL   T-TOXIC   X-ABSURD   SSR-SEE SEPARA
PHYSICIAN: BIANCHI, GERMAIN
LOCATION: ENFIELD CI
Patient name: CODERRE, G
MRN: I00245210   Room:

| | |
|---|---|
| UNIVERSITY OF CONNECTICUT HEALTH SYSTEM | PATIENT NAME: CODERRE, GERALD O |
| 263 Farmington Ave. | MRN: I00245210 |
| Farmington, CT, 06030 | DOB: 09/03/1965　AGE: 38　SEX: M |
| CT# HP-0213 CLIA# 07D0092519 | ATTENDING PHYSICIAN: BIANCHI, GERMAIN |
| | LOCATION: ENFIELD CI-- |

## MICROBIOLOGY

SOURCE:　Plasma　　　　　　　　　　　　　　ORDER#: A3160716
SITE:　　　　　　　　　　　　　　　　　　　COLLECTED:　07/16/04 10:00
　　　　　　　　　　　　　　　　　　　　　　RECEIVED:　　07/16/04 16:02
　　　　　　　　　　　　　　　　　　　　　　ORDERING PHYSICIAN: BLANCHETTE, EDWARD
ANTIBIOTICS AT COL.:

---

1. PCR, HCV Quant RT　　　　　　　　　　　- FINAL　　07/22/04 15:11 LAL
   07/22/04　<0.6　X 1000 IU/mL
   The COBAS Amplicor HCV Monitor Test, version 2.0 is a quanti-
   tative reverse-transcriptase polymerase chain reaction (RT-PCR)
   test with a dynamic range of 600 to 850,000 IU*/mL (as of 7-9-02
   range is 600-500,000 IU*/mL). The assay is performed with a
   commercial kit designated as "research use only" by the manu-
   facturer and is performed pursuant to an agreement with Roche
   Molecular Systems, Inc.
   *INTERNATIONAL UNIT (IU) is accepted by the WHO Expert Committee
   on Biological Standardization as the designated unit value to
   the first international standard for nucleic acid amplification
   assay for HCV RNA.





RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294
Tel: (860) 808-5450
Fax: (860) 808-5591

Office of The Attorney General
## State of Connecticut
August 5, 2004

Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport Ct 06604

RE: <u>CODERRE V. PESANTI ET AL</u>, PRISONER 3:02CV1096 (RNC)(DFM)

Dear Sir/Madam:

    Earlier this week, I filed defendants' reply to plaintiff's supplemental memorandum of law and defendants' addendum to the Local Rule 56(a) statement. Attached to the addendum was a faxed copy of Dr. Gittzus's affidavit. In the statement, I represented that the original would be filed with the court upon my receipt of same. In accordance with my representations, please find the original affidavit of Dr. Gittzus, the attachments to it, another Notice of Manual Filing and a computer disk with said affidavit in the PDF format.

    By copy of this letter, I am sending the plaintiff, Gerald Coderre a copy of Dr. Gittzus' original affidavit.

    Thank you for your consideration of this matter. Should you have any questions or concerns, please do not hesitate to call me.

Very truly yours,

Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct08326
110 Sherman Street
Hartford, CT 06105
Telephone: (860) 808-5450
Facsimile: (860) 808-5591
E-mail: ann.lynch@po.state.ct.us

Cc: Gerald Coderre
#245210
Enfield Correctional Institution
289 Shaker Road
Enfield Ct 06083