UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 26  P 12:00

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| GERALD CODERRE, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02CV1096 (RNC) |
| EDWARD PESANTI, M.D., ET AL., | : |
| Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___  To supervise discovery and resolve discovery disputes;

___  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___  To conduct settlement conferences;

___  To conduct a prefiling conference;

___  To assist the parties in preparing a joint trial memorandum;

_X_  A ruling and/or recommended ruling on the following pending motions:
Motion to Stop Reprisals and Retaliation Harassment [doc. 52]
Motion for Summary Judgment [doc. 55]

So ordered.

Dated at Hartford, Connecticut this 26 day of August 2004.

Robert N. Chatigny
United States District Judge