UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERALD CODERRE,          :
          Plaintiff,     :
                         :
     v.                  :    CASE NO. 3:02CV1096(RNC)
                         :
EDWARD PESANTI, ET AL.,  :
                         :
          Defendants.    :

*September 22, 2004. After review and absent objection, the Magistrate Judge's recommended ruling is hereby approved and adopted. So ordered.*

*Robert N. Chatigny, U.S.D.J.*

RECOMMENDED RULING ON PLAINTIFF'S MOTION
TO STOP REPRISALS, RETALIATION AND HARASSMENT

The plaintiff, a state inmate appearing pro se, commenced this action pursuant to 42 U.S.C. § 1983 against Dr. Edward Pesanti, Dr. Edward Blanchette, Dr. Germain Bianchi and Nurse Enrica White alleging that he received delayed medical care for his Hepatitis C while incarcerated. Pending before the court is the defendants' motion to stop reprisals, retaliation and harassment. (Doc. #52.) For the reasons set forth below, the court recommends that the motion be denied.

I.   Factual Background

Plaintiff claims that at some time prior to September 29, 2003, he sought to gain access to his personal medical file, which was being held by an entity called Correctional Managed Health Care ("CMHC") on behalf of the State of Connecticut Department of Corrections ("DOC"). Plaintiff alleges that when he initially sought to review it, the file was not complete. Plaintiff was