The referral of the motion for summary judgment [doc. 55] is hereby vacated. So ordered. September 29, 2004.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 26 P 12: 00
U.S. DISTRICT COURT
HARTFORD, CT.

GERALD CODERRE,

  Plaintiff,

  v.         CASE NO. 3:02CV1096 (RNC)

EDWARD PESANTI, M.D., ET AL.,

  Defendants.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___ To conduct settlement conferences;

___ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

_X_ A ruling and/or recommended ruling on the following pending motions:
Motion to Stop Reprisals and Retaliation Harassment [doc. 52]
Motion for Summary Judgment [doc. 55]

So ordered.

Dated at Hartford, Connecticut this 26 day of August 2004.

Robert N. Chatigny
United States District Judge