UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD CODERRE, | : | PRISONER |
| Plaintiff, | : | CIVIL NO. 02CV1096(RNC)(DFM) |
| | : | |
| v. | : | |
| | : | |
| EDWARD PESANTI, ET AL., | : | AUGUST 4, 2004 |
| Defendant. | | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM, ADDITIONAL EXCERPTS FROM PLAINTIFF'S DEPOSITION, AFFIDAVIT FROM DR. GITTIZUS AND ADDENDUM TO LOCAL RULE 56(a)(2) STATMENT

The defendants respectfully seek leave to file the attached brief, the attached excerpts from plaintiff's deposition, the attached supplemental affidavit of Dr. Gittizus [1] and the attached addendum to the Local Rule 56(a)(2) statement. In support of this motion, defendants submit the following:

1). On or about February 23, 2004, defendants moved for summary judgment in this matter. Defendants did not object to the several requests for enlargement of time that the plaintiff sought in opposing this motion.

2). On or about June 24, 2004, with the assistance of Attorney Richard Cahill,

---

October 8, 2004

Coderre v. Pisante
3:02CV01096 (RNC)

Re: Defendants' Motion for Leave to File Reply to Plaintiff's Supplemental Memorandum, Additional Excerpts from Plaintiff's Deposition, Affadavit from Dr. Gittizus and Addendum to Local Rule 56(a)2 Statement (doc # 82).

Granted. So ordered.

Robert N. Chatigny, U.S.D.J.