FILED

2004 NOV -5 A 11: 19

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD CODERRE<br>*Plaintiff* | : | CIVIL NO. 3:02CV1096 (RNC) |
| V. | | |
| DR. EDWARD PESANTI, ET AL.<br>*Defendants* | : | NOVEMBER 2, 2004 |

### MOTION FOR APPOINTMENT OF REPLACEMENT COUNSEL

The plaintiff, Gerald Coderre, respectfully requests that the Court appoint replacement counsel to represent him in the above-captioned matter. In support of this request, the plaintiff submits the following:

1. The plaintiff, who is an inmate sentenced to the custody of the Connecticut Department of Correction, filed this action pro se. The defendants are prison medical personnel who denied the plaintiff treatment for Hepatitis C, in violation of the plaintiff's Eighth Amendment right to be free from cruel and unusual punishment.

2. The plaintiff was granted in forma pauperis status on July 18, 2002.

3. On July 23, 2003, the plaintiff filed a motion for professional consultation, seeking an independent medical examination by a gastroenterologist.

4. The Court denied the motion for professional consultation on November 19, 2003, ruling that 28 U.S.C. § 1915 does not authorize the payment of such an expense.

5. On December 19, 2003, the plaintiff filed a motion for appointment of counsel.

6. On March 18, 2004, Attorney Margaret A. Rutherfurd was appointed as pro bono counsel. Attorney Rutherfurd filed a notice of appearance.

7. On April 6, 2004, Attorney Rutherfurd filed a motion to withdraw her appearance. The motion cited an "unforeseen conflict of interest with one of the defendants."

8. On April 22, 2004, Attorney Rutherfurd's motion to withdraw was granted.

9. After the motion to withdraw was granted, the plaintiff responded to a motion for summary judgment filed by the defendants. The plaintiff received help from Inmates' Legal Assistance Program ("ILAP") in preparing the response.

10. ILAP has a contract with the Connecticut Department of Correction to assist inmates with civil legal matters. The contract does not include representation of inmates before any court or administrative body.

11. Subsequent to the filing of this action, the plaintiff began receiving treatment for Hepatitis C. In their motion for summary judgment, the defendants argued that the delay in treating the plaintiff posed no risk to him and caused him no harm.

12. On September 30, 2004, the Court granted the motion for summary judgment in part and denied it without prejudice in regard to the Eighth Amendment claim.

13. The Court ruled that expert testimony was required to create a genuine issue of material fact in regard to whether the delay in treatment posed a risk to the plaintiff and caused him harm.

14. The Court gave the plaintiff until December 31, 2004, to file and serve the report of an expert witness. If no expert report is filed, the defendants may file a renewed motion for summary judgment on or before January 15, 2005.

15. The plaintiff is indigent and has no funds with which to retain an expert witness.

16. Rule 83.10 of the Local Rules of the United States District Court for the District of Connecticut allows an appointed attorney to request an order authorizing expenses of the litigation.

17. If a replacement for Attorney Rutherfurd is appointed, the replacement attorney will be able to request an order authorizing expenditure of funds to retain an expert witness.

18. Appointment of replacement counsel would be more likely to lead to a just determination of this action.

WHEREFORE, the plaintiff respectfully requests that the Court grant this motion for appointment of replacement counsel.

THE PLAINTIFF

*/s/ Gerald Coderre*

Gerald Coderre, Pro Se
Inmate #245210
Enfield Correctional Institution
289 Shaker Road
P.O. Box 1500
Enfield, CT 06082

Although not appearing herein, the undersigned assisted in the preparation of this motion:

*/s/ Richard P. Cahill*

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

4

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 2nd day of November, 2004, to the following counsel of record:

Ann E. Lynch, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Gerald Coderre