FILED

2004 DEC 16 A 10: 37

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERALD CODERRE           : CIVIL NO. 3:02CV1096 (RNC)
   *Plaintiff*

V.

DR. EDWARD PESANTI, ET. AL    : DECEMBER 14, 2004
   *Defendants*

## MOTION FOR EXTENSION OF TIME
## TO FILE AND SERVE REPORT OF EXPERT WITNESS

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b), the plaintiff respectfully requests an extension of the time within which he must file and serve the report of an expert witness. The report currently must be filed and served on or before December 31, 2004. The plaintiff requests that the time be extended by thirty (30) days, up to and including January 30, 2005. In support of his request, the plaintiff submits the following.

   1. The plaintiff, who is incarcerated, filed this action pro se. Although the plaintiff is now receiving help from Inmates' Legal Assistance Program (ILAP), he continues to represent himself.

2. The complaint alleges, inter alia, that the defendants were deliberately indifferent to the plaintiff's serious medical need when they failed for a period of time to provide him with treatment for Hepatitis C.

3. In conjunction with a motion for summary judgment, the defendants filed affidavits in which they claimed that the treatment delay posed no risk to the plaintiff and caused him no harm.

4. In a ruling and order dated September 30, 2004, the motion for summary judgment was granted in part and denied in part without prejudice.

5. In regard to the deliberate indifference claim, the Court found that expert testimony was required to create genuine issues of material fact regarding whether the treatment delay posed a risk to the plaintiff and caused him harm.

6. The Court gave the plaintiff until December 31, 2004, to file and serve the report of an expert witness containing the information required by Fed. R. Civ. P. 26 (a)(2)(B). Under the ruling and order, if an expert report is filed on or before December 31, the defendants will have 60 days from the date of filing to depose the expert and, if appropriate, renew their motion for summary judgment on the deliberate indifference claim. If no expert report is filed, the defendants may file a renewed motion for summary judgment on or before January 15, 2005.

7. An expert contacted by ILAP on behalf of the plaintiff agreed only recently to review the plaintiff's medical records for the purpose of preparing a report. The expert received the medical records on December 10, 2004.

8. The expert has informed ILAP that his report probably will not be completed by December 31, 2004.

9. The plaintiff requests that the deadline for filing the expert's report be extended by thirty (30) days, up to and including January 30, 2005. He further requests that the defendants' deadlines for deposing the expert and renewing their motion for summary judgment be extended accordingly.

10. Attorney Richard P. Cahill of ILAP inquired of the defendants' counsel, Assistant Attorney General Ann E. Lynch. Assistant Attorney General Lynch has no objection to the granting of this motion, provided that the plaintiff does not object to a further extension of time for the defendants to depose the expert and renew their motion for summary judgment.

11. If the defendants file a motion for a further extension of time to depose the plaintiff's expert and renew the motion for summary judgment, the plaintiff has no objection to the granting of the motion.

12. No previous motions for extension of time have been filed by the moving party with respect to the same limitation.

THE PLAINTIFF

_____
Gerald Coderre, pro se
Inmate #245210
Enfield Correctional Institution
289 Shaker Road, P.O. Box 1500
Enfield, CT 06082

Although not appearing herein, the undersigned
assisted in the preparation of this motion:

_____
Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 15th day of December, 2004, to the following counsel of record:

Ann E. Lynch, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Gerald Coderre