

**FILED**

2004 DEC 16 A 10: 37

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD CODERRE<br>*Plaintiff* | : | CIVIL NO. 3:02CV1096 (RNC) |
| V. | | |
| DR. EDWARD PESANTI, ET. AL<br>*Defendants* | : | DECEMBER 14, 2004 |

### MOTION FOR EXTENSION OF TIME
### TO FILE AND SERVE REPORT OF EXPERT WITNESS

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b), the plaintiff respectfully requests an extension of the time within which he must file and serve the report of an expert witness. The report currently must be filed and served on or before December 31, 2004. The plaintiff requests that the time be extended by thirty (30) days, up to and including January 30, 2005. In support of his request, the plaintiff

---

December 17, 2004.    Coderre v. Pesanti
                      3:02CV01096 (RNC)

Re: Plaintiff's Motion for Extension of Time to File and Serve Report of
    Expert Witness (Doc. # 93).

Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.

U.S. DISTRICT COURT
HARTFORD

FILED 2004 DEC 20 A 8: 46