UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERALD CODERRE,
:
    Plaintiff,
:
V.
:  CASE NO. 3:02CV1096 (RNC)
:
EDWARD PESANTI, ET AL.,
:
    Defendants.
:

FILED
2005 JAN 21  P 4:04

## PRETRIAL ORDER

It is hereby ordered:

1.    Trial will commence with jury selection on **March 8, 2005**, at 9:00 a.m.

2.    The joint trial memorandum must be filed on or before **February 14, 2005.**

3.    Presentation of evidence will begin as soon as possible following jury selection. Other cases are set for jury selection on the same day as this one. Consequently, presentation of evidence in this case might be delayed.

4.    The date for a final pretrial conference will be set prior to the jury selection date.

So ordered.

Dated at Hartford, Connecticut this 21 day of January 2005.

                                Robert N. Chatigny
                                United States District Judge