UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GERALD CODERRE, | : | PRISONER |
|  | : | CIVIL NO. 03CV1096(RNC)(DFM) |
| *Plaintiff,* | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| EDWARD PESANTI, ET AL., | : | JANUARY 25, 2005 |
| *Defendant.* |  |  |

**DEFENDANT'S MOTION TO CONTINUE PRE-TRIAL ORDER DATES AND FOR AN ENLARGEMENT OF TIME TO RENEW SUMMARY JUDGMENT MOTION**

Defendants seek an enlargement of time until April 4, 2005 if plaintiff files an expert report, to renew their summary judgment motion. If no expert report is filed by January 31, 2005, defendants respectfully seek an enlargement of time until February 15, 2005 to renew their summary judgment motion. In addition, the defendants respectfully move for a continuation of the dates set forth in the January 21, 2005 pre-trial order 1) until after the court considers defendants' renewed summary judgment motion, or 2) until after April 4, 2005 if plaintiff files an expert report and defendants do not renew their summary judgment motion. In support of this motion defendants respectfully submit the following:

1). Defendants filed a motion for summary judgment on February 24, 2004.

2). On September 30, 2004, the court granted the defendants' motion for summary judgment as to plaintiff's conspiracy claim and his equal protection claim. The court denied the motion as to plainitff's deliberate indifference claim but stated:

> Whether plaintiff can obtain expert testimony to support his claim is unclear, but it is appropriate that he be given a reasonable period of time to try. Accordingly, defendants' motion for summary judgment on this

claim will be denied without prejudice and plaintiff will have until December 31, 2004, to file and serve the report of an expert witness containing the information required by Fed. R. Civ. P. 26(a)(2)(B). If an expert report is filed on or before that date, defendants will have 60 days from the date the report is filed to depose the expert and, if appropriate, renew their motion for summary judgment on this claim. If no expert report is filed, defendants may file a renewed motion for summary judgment on this claim on or before January 15, 2005.

3) On or about December 16, 2004, plaintiff moved for an enlargement of time until January 31, 2005 to file and serve report of expert witness. In the motion, plaintiff asked that defendants' deadline for deposing plaintiff's expert and renewing their motion for summary judgment be extended accordingly. Plaintiff also represented that if the defendants filed such a motion for extension of time, he would have no objection to the granting of said motion.

4). On or about December 17, 2004, the court granted plaintiff's motion for enlargement of time.

5). If no expert report is filed by January 31, 2005 and the court does not further extend plaintiff's deadline for filing such a report, defendants intend on renewing their summary judgment motion within two weeks.

Defendants respectfully seek an enlargement of time until April 4, 2005 to depose plaintiff's expert and renew their summary judgment motion if plaintiff files an expert report by January 31, 2005. If no expert report is filed by plaintiff on January 31, 2005, defendants seek an enlargement of time until February 15, 2005 to renew their summary judgment motion. Defendants also respectfully ask the court to extend or continue the dates set forth in the pre-trial order 1) until after the court considers defendants' renewed summary judgment motion, or 2) until after April 4, 2005 if plaintiff files an expert report and defendants do not renew their summary judgment motion.

RESPECTFULLY SUBMITTED
DEFENDANTS
Edward Pesanti, Et Al.


RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:
___/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-mail:  ann.lynch@po.state.ct.us
Federal Bar #ct08326

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this

____ day of January 2005:

Gerald Coderre, Inmate #245210
Enfield Correctional Institution
289 Shaker Road
P.O. Box 1500
Enfield, CT 06082

Richard Cahill, Esq.
Schuman and Associates
Inmates Legal Assistance Program
78 Oak Street, P.O. Box  260237
Hartford Ct 06126-0237


___/s/_____
Ann E. Lynch
Assistant Attorney General