FILED
2005 JAN 28 P 2: 14
[DISTRICT COURT stamp]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERALD CODERRE<br>*Plaintiff* | : CIVIL NO. 3:02CV1096 (RNC) |
| V. | |
| DR. EDWARD PESANTI, ET. AL<br>*Defendants* | : JANUARY 27, 2005 |

## COMPLIANCE WITH ORDER
## TO FILE AND SERVE REPORT OF EXPERT WITNESS

Pursuant to the Court's Ruling and Order dated September 30, 2004, the plaintiff, Gerald Coderre, hereby files the attached Exhibit A, a report from an expert witness, Dr. Jonathan Israel.

In compliance with Fed. R. Civ. P. 26 (a) (2) (B), the plaintiff submits the attached Exhibit B, a copy of Dr. Israel's Curriculum Vitae. Dr. Israel has charged $700 for the study and report. Dr. Israel has not testified as an expert at trial or by deposition within the preceding four years.

THE PLAINTIFF

*[signature]*

Gerald Coderre, pro se
Inmate #245210
Enfield Correctional Institution
289 Shaker Road, P.O. Box 1500
Enfield, CT 06082

Although not appearing herein, the undersigned
assisted in the preparation of this compliance:

*[signature]*

Richard P. Cahill, Esq.
Schulman & Associates
Inmates' Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237
Tel: (860) 246-1118
Fax: (860) 246-1119

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 28th day of January, 2005, to the following counsel of record:

Ann E. Lynch, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Gerald Coderre

# EXHIBIT A

**Connecticut Gastroenterology & Medical Associates, P.C.**

85 Seymour Street • Suite 1000 • Hartford, CT 06106
Telephone: (860) 246-2571 • Fax: (860) 246-3691

6 Northwestern Drive • Suite 302 • Bloomfield, CT 06002
Telephone: (860) 243-5600 • Fax: (860) 243-3047

115 Elm Street • Suite 214 • Enfield, CT 06082
Telephone: (860) 253-6867 • Fax: (860) 741-4399

www.cgmapc.com

Kyung H. Chung, M.D.

Robert Flescher, M.D.

Michael J. Golioto, M.D.

Joseph L. Ianello, M.D.

Jonathan Israel, M.D.

Theodore Loewenthal, M.D.

James H. Murray, M.D.

Jeffry Nestler, M.D.

Kiran Sachdev, M.D.

Paul A. Shapiro, M.D.

Richard Slater, M.D.

Michelle V. Smedley, M.D.

Lisa S. Baker, A.P.R.N.

Kristin Wetherbee, P.A.-C.

Offices:
Avon
Bloomfield
Enfield
Glastonbury
Granby
Hartford
Putnam
South Windsor
Stafford Springs
West Hartford
Wethersfield
Windsor

January 26, 2005

Mr. Richard Cahill
Law Offices of Sydney Schulman
78 Oak Street, P.O. Box 260237
Hartford, CT 06126-0237

RE:   Gerald Coderre

Dear Mr. Cahill:

I have had the opportunity to review the charts you sent me regarding Mr. Coderre. As you state in your summary, he is an almost 40-year-old man who has a long history of IV drug use and alcohol use in the past. He was diagnosed with hepatitis C in the late 1990s. He has been in and out of prison since that time. As the prison physicians accurately state in their depositions, active IV drug use is a contraindication for the treatment of hepatitis C with interferon.

Mr. Coderre presented to the physicians in the prison system in January of 2001 because of some pain in his knees and joints. He subsequently developed pain over his kidneys and abdomen. He had headaches and muscle aches in his back and legs. Additionally, he was having difficulty with urination. He eventually had a liver biopsy, which showed a very active and severe hepatitis. His HCV RNA was noted to be genotype 3. He was subsequently treated with Pegasys and Copegus and had a good response, with eradication of hepatitis C. He had normalization of his liver enzymes and the HCV was undetectable in his blood. No subsequent liver biopsy was done, nor should it have been done. It is presumed by people who treat hepatitis C that if one eradicates the virus and the liver enzymes return to normal, then the liver inflammation goes away.

Questions you have raised relate to whether delay in treatment caused some harm to Mr. Coderre. You specifically ask about the symptoms he had in March 2002, and whether they might have been related to a delay in treatment.

Mr. Richard Cahill
RE: Gerald Coderre
January 26, 2005

Mr. Coderre's liver biopsy had active hepatitis and moderate fibrosis. Not having reviewed the biopsy, the description suggests that there was no cirrhosis. I believe it is quite unlikely that a delay of 2 or 3 years in his treatment would have caused additional harm to his liver. I believe his continued abstinence from alcohol and IV drugs, along with the eradication of the hepatitis C virus from his system, portends a good prognosis as far as his liver function is concerned.

As far as the symptoms he experienced with muscle and joint aches in March 2002, they could have been due to the hepatitis C virus. There is a condition known as cryoglobulinemia, which is caused by hepatitis C infection, which can cause joint pains. There is a 10 to 15 percent risk that those chronically infected with hepatitis C can develop cryoglobulinemia. Treating Mr. Coderre in 2001 would have obviated this risk. It does not appear cryoglobulins were checked at the time, and the eradication of the hepatitis C virus is the appropriate treatment. This condition would not have caused any lasting or permanent damage to Mr. Coderre.

Mr. Coderre has shown a good response to interferon treatment, as we would expect in a patient with genotype 3.

If any further questions arise or I can be of additional assistance, please do not hesitate to contact me.

Sincerely,

Jonathan Israel, M.D.

# EXHIBIT B

JONATHAN ISRAEL
Curriculum Vitae

**Home Address:**



**Office Address:**

85 Seymour Street
Hartford, CT  06106

**Date of Birth:**

10/27/59 Queens, New York

**Education:**

| | |
|---|---|
| 1977-79 | B.S. Rensselaer Polytechnic Institute, Troy New York (6-year combined Bio-Medical Program) |
| 1979-83 | M.D. Albany Medical College, Albany, New York |

**Postgraduate Training and Fellowship Appointments:**

| | |
|---|---|
| 1983-84 | Intern, Johns Hopkins Hospital, Baltimore, MD |
| 1984-86 | Resident, Johns Hopkins Hospital |
| 1986-89 | Gastroenterology Fellow, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1987-89 | Research Fellow, Fox Chase Cancer Center, Philadelphia, PA |

**Faculty Appointments:**

| | |
|---|---|
| 1989-91 | Research Associate, University of Pennsylvania School of Medicine, Philadelphia, PA |
| 1991-93 | Clinical Instructor, University of Connecticut, Farmington, CT |
| 1993-present | Clinical Assistant Professor of Medicine, University of Connecticut |

**Licensure:**

| | |
|---|---|
| PA | MD 035925-E |
| MD | D31808 (inactive) |
| CT | 031442 |

**Board Certification:**

| | |
|---|---|
| 1986 | Internal Medicine |
| 1989 | Gastroenterology |

Page 2

## Awards and Honors:

| | |
|---|---|
| 1991 | John C. Leonard Fellowship |
| 1990 | University Research Foundation Award |
| 1988 | American Liver Foundation Postdoctoral Research Fellowship Award |
| 1983 | Doctor of Medicine with Distinction in Research, Albany medical College |
| 1982 | Alpha Omega Alpha Honor Society Elected Member |
| 1982 | Summa Cum Laude, Rensselaer Polytechnic Institute |
| 1982 | Certificate of Achievement "In Recognition of A Perfect 4.0 Record" Rensselaer Polytechnic Institute |
| 1980 | Outstanding Research Award, Albany Medical College |

## Membership in Honorary Societies:

| | |
|---|---|
| 1981 | Sigma Xi, Scientific Research Society |
| 1982 | Alpha Omega Alpha |
| 1989 | American Gastroenterologic Society |
| 1990 | American Association for the Study of Liver Diseases |
| 1991 | American College of Gastroenterology |
| 1991 | American Society for Gastrointestinal Endoscopy |

## Research Experience:

"The enhancement of skin allograft survival in mice by donor specific blood transfusions and/or liver protein extract". Presented at Research and Scholarship Recognition Day. Outstanding Research Award, Albany Medical College, 1980

"Prognostic significance of echocardiographic detection of left ventricular aneurysm and mural thrombus in acute myocardial infarction". Senior thesis in medicine resulting in degree of Doctor of Medicine with Distinction in Research, 1983

Page 3

Bibliography:

Original Papers

Israel J., Ungar E., Buetow K., Brown T., Blumberg B. and London W.T. Magnetic resonance Imaging and liver iron content in rats. Magnetic Resonance Imaging 7:629-634, 1989.

Buetow K.H., Murray J.C., Israel J.L., London W.T., Smith M., Kew M., Brechot C., Redeker A. and Govindarajan S. Loss of heterozygosity suggests Recessive oncogene responsible for primary hepato-cellular carcinoma (PHC). Proc Natl Acad Sci. U.S.A. B6:8852-8856, 1989.

Faruqi A., Roychoudhury S., Israel J. and Shih C. Characterization of the functional domains of HBV Polymerase by mutation and complementation analysis Virology 183:764-768, 1991.

Israel J., Rubesin S., Parkman H. Disappearance Of a sessile tubulovillous adenoma in the recto-sigmoid colon during radiation therapy for cervical carcinoma. Am J. Gastroenterol 86 (10):1542-1544, 1991.

Abstracts

Israel J. and Shih C. Hepatitis B virus alters Hepatocyte transcription in vitro. Hepatology 12: (4) Oct, 1990.

Israel J., Buetow K., Millman I., Blumberg B. And London W.T. Liver iron content in woodchuck Hepatocellular carcinoma. Hepatology 8: (5) Sept-Oct, 1988.

Faruqi A., Roychoudhury S., Israel J. and Shih C. Characterization of the functional domains of HBV Polymerase by mutation and complementation analysis. Conference of molecular Biology of Hepatitis Viruses, University of California, San Diego. Aug, 1990.

Israel J. and Shih C. Hepatitis B virus Integration activates hepatocyte transcriptional Activity. Presented to DDW Week, New Orleans, Louisiana. Gastroenterology 100: (5) May, 1991.

Page 4

Bonkovesky H., Israel J., Fontana R., Grace N., LeClair P., Thiim, Fiarman G. Iron reduction prior to and during Interferon therapy of chronic hepatitis C: initial results of a multicenter, randomized, controlled trial in previously untreated patients. Presented DDW Week, Orlando, Florida. Gastroenterology 116: April, 1999.

Bonkovesky H., Stefancyk D., LeClair P., Zucker G., Israel J., Stagias J., Kaplas P. Low Doses (600 mg) of ribavirin are superior to high doses (1000-1200mg 1d) with interferon for chronic hepatitis C: results of a controlled randomized, multicenter trial. Poster AASLD, Dallas, Texas. Hepatology 30(4) October, 1999.

### Chapters

Israel J., McGlynn K., Hann H. and Blumberg B.S. Iron related markers in liver cancer, In Iron, the Lymphomyeloid System, Inflammation and Malignancy, Edited by M. deSousa and J. Brock. John Wiley and Sons Ltd., Chichester, England, 1989.

Israel J. and London W.T. Liver structure function And anatomy: Effects of hepatitis B virus, In Current Topics in Microbiology and Immunology Vol 168: Hepatitis B Viruses, edited by W.S. Mason and C. Seeger. Springer-Verlag, Berlin, Heidelberg, 1991.

Aziz K. and Israel J. Signs and Symptoms of Liver Disease, In Diseases of the Liver and Bile Ducts, Diagnosis and Treatment, edited by G.Y. Wu and J. Israel. Humana Press, Totowa, New Jersey, 1998.

Sachdev K. and Israel J. Acute hepatic failure, In Diseases of the Liver and Bile Ducts, Diagnosis and Treatment, edited by G.Y. Wu and J. Israel. Humana Press, Totowa, New Jersey, 1998.

### Books

Diseases of the Liver and Bile Ducts, Diagnosis and Treatment, edited by G.Y. Wu and J. Israel. Humana Press. Totowa, New Jersey, 1998.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
------------------------------------------------x
                                                :
      Coderre                                   :
                                                :
                                                :
      vs.                                       : Civil No. 3:02cv1096 (RNC)
                                                :
                                                :
      Pesanti, et al                            :
                                                :
------------------------------------------------x
```

FILED 2005 JAN 31 A 8:09 U.S. DISTRICT COURT HARTFORD, CT

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>expert witness report</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. \_ L.R.5(b)
   - \_ No certificate of service attached to pleading
   - \_ Certificate of service fails to list names and addresses of all parties served
   - \_ Certificate of service is not signed

2. \_ L.R.5(d)       Failure to submit document under seal

3. \_ L.R.10
   - \_ Failure to sign pleading (original signature)
   - \_ Failure to double space
   - \_ Margin is not free of printed matter
   - \_ Left hand margin is not one inch
   - \_ Judge's initials do not appear after the case number
   - \_ Docket number is missing
   - \_ Failure to supply federal bar number
   - \_ Holes not punched in document

4. \_ L.R.68         Failure to file offer of judgment in a sealed envelope

5. \_ L.R.83.1(d)    Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ✔ Other          **LR 5(e) Discovery material shall not be filed with the Clerk's office.**

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____                                    _____
                                                         United States District Judge

(jrb)                    *Please file as is –*                              rev. 1/1/03

                                           1/30/05