UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 25 P 12:30

GERALD CODERRE,
    *Plaintiff,*

v.

EDWARD PESANTI, ET AL.,
    *Defendant.*

: PRISONER
: CIVIL NO. 02CV1096(RNC)(DFM)
:
:
:
:
: JANUARY 25, 2005

## DEFENDANT'S MOTION TO CONTINUE PRE-TRIAL ORDER DATES AND FOR AN ENLARGEMENT OF TIME TO RENEW SUMMARY JUDGMENT MOTION

Defendants seek an enlargement of time until April 4, 2005 if plaintiff files an expert report, to renew their summary judgment motion. If no expert report is filed by January 31, 2005, defendants respectfully seek an enlargement of time until February 15, 2005 to renew their summary judgment motion. In addition, the defendants respectfully move for a continuation of the dates set forth in the January 21, 2005 pre-trial order 1) until after the court considers defendants' renewed summary judgment motion, or 2) until

---

February 3, 2005.    Coderre v. Pesanti
                              3:02CV01096 (RNC)

Re: Defendants' Motion to Continue Pre-Trial Order Dates and For an
    Enlargement of Time To Renew Summary Judgment Motion (Doc. # 96).

Treating this motion as a motion to renew Defendants' Motion for Summary Judgment (Doc. # 55), the motion is granted. The clerk is directed to reopen the motion for summary judgment (Doc. # 55) and all supporting documents. Defendants may file a supplement to the motion for summary judgment addressing the expert report on or before February 24, 2005. Plaintiffs may respond to the supplement by March 10, 2005. The deadline for filing a joint trial memorandum is hereby extended until 30 days after the court has ruled on the motion for summary judgment. Jury selection will be rescheduled after the submission of the joint trial memorandum. So ordered.

                                                Robert N. Chatigny, U.S.D.J.