UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GERALD CODERRE, | : | CIVIL NO. 03CV1096(RNC) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD PESANTI, ET AL., | : | FEBRUARY 3, 2005 |
| *Defendant.* | | |

## DEFENDANT'S MOTION FOR PERMISSION TO RENEW SUMMMARY JUDGMENT MOTION NUNC PRO TUNC

Defendants respectfully move for permission to file the attached renewal of summary judgment motion and memorandum of law in support of renewed motion for summary judgment. In support of this motion, defendants submit the following:

1). Defendants filed a motion for summary judgment on February 24, 2004.

2). On September 30, 2004, the court granted the defendants' motion for summary judgment as to plaintiff's conspiracy claim and his equal protection claim. The court denied the motion as to plainitff's deliberate indifference claim but stated:

> Whether plaintiff can obtain expert testimony to support his claim is unclear, but it is appropriate that he be given a reasonable period of time to try.  Accordingly, defendants' motion for summary judgment on this claim will be denied without prejudice and plaintiff will have until December 31, 2004, to file and serve the report of an expert witness containing the information required by Fed. R. Civ. P. 26(a)(2)(B).  If an expert report is filed on or before that date, defendants will have 60 days from the date the report is filed to depose the expert and, if appropriate, renew their motion for summary judgment on this claim.  If no expert report is filed, defendants may file a renewed motion for summary judgment on this claim on or before January 15, 2005.

3) On or about December 16, 2004, plaintiff moved for an enlargement of time until January 31, 2005 to file and serve report of expert witness.   In the motion, plaintiff

asked that defendants' deadline for deposing plaintiff's expert and renewing their motion for summary judgment be extended accordingly. Plaintiff also represented that if the defendants filed such a motion for extension of time, he would have no objection to the granting of said motion.

    4). On or about December 17, 2004, the court granted plaintiff's motion for enlargement of time.

    5). On January 25, 2005, defendants moved for an enlargement of time to renew their summary judgment motion and to continue the pre-trial order dates. That motion is currently pending.

    6). On January 31, 2005, plaintiff filed a letter from his expert, Dr. Israel. Defendants submit that the letter fails to create a genuine issue of material fact in this case.

    7). In the interests of judicial economy, defendants respectfully seek to renew their summary judgment motion in this matter.

For all of these reasons, defendants respectfully seek to renew their summary judgment motion nunc pro tunc.

                                  DEFENDANTS
                                  Edward Pesanti, Et Al.
                                  RICHARD BLUMENTHAL
                                  ATTORNEY GENERAL

                                  BY:__/s/_____
                                  Ann E. Lynch
                                  Assistant Attorney General
                                  110 Sherman Street
                                  Hartford, CT 06105
                                  Tel.: (860) 808-5450
                                  Fax: (860) 808-5591
                                  E-mail: ann.lynch@po.state.ct.us
                                  Federal Bar #ct08326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of February 2005:

Gerald Coderre, Inmate #245210
Enfield Correctional Institution
289 Shaker Road
P.O. Box 1500
Enfield, CT 06082

Richard Cahill, Esq.
Schuman and Associates
Inmates Legal Assistance Program
78 Oak Street, P.O. Box 260237
Hartford Ct 06126-0237

                                                                     /s/_____
                                                                   Ann E. Lynch
                                                                   Assistant Attorney General