

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERALD CODERRE,<br>*Plaintiff,* | CIVIL NO. 03CV1096(RNC) |
| v. | |
| EDWARD PESANTI, ET AL.,<br>*Defendant.* | FEBRUARY 3, 2005 |

### DEFENDANT'S MOTION FOR PERMISSION TO RENEW SUMMMARY JUDGMENT MOTION NUNC PRO TUNC

Defendants respectfully move for permission to file the attached renewal of summary judgment motion and memorandum of law in support of renewed motion for summary judgment. In support of this motion, defendants submit the following:

1). Defendants filed a motion for summary judgment on February 24, 2004.

2). On September 30, 2004, the court granted the defendants' motion for summary judgment as to plaintiff's conspiracy claim and his equal protection claim. The court denied the motion as to plainitff's deliberate indifference claim but stated:

> Whether plaintiff can obtain expert testimony to support his claim is unclear, but it is appropriate that he be given a reasonable period of time

---

February 7, 2005.    Coderre v. Pesanti
                     3:02CV01096 (RNC)

Re:  Defendants' Motion for Permission to Renew Summary Judgment Motion (Doc. # 99).

Denied as moot in light of the court's order renewing the motion for summary judgment (Doc. # 98). The clerk is directed to file defendants' memorandum in support of their renewed motion for summary judgment as a supplement to the renewed motion for summary judgment (Doc. # 55). Plaintiff may respond by March 10, 2005. So ordered.

                              Robert N. Chatigny  U.S.D.J.