UNITED STATES DISTRICT COURT

Gerald Coderre

v.

DR. Edward Pesanti Et AL.

3:02cv1096 (RNC)

FILED
2005 FEB 11  A 11: 19

Feb 10, 2005

## Plaintiffs Renewal of Opposition for Motion of summery Judgement

On Feb 3, 2005 The Defendants Filed and Renewed There Motion for summery Judgement As The Courts Ruling and order On september 30, 2004. The Plaintiff is Filing an Opposition to The Renewal of The Motion for summery Judgement. A supplemental Affidavit of The Plaintiff Dated Feb 10, 2005. Memorandum in support of opposition.
In Further Support of This Motion The Plaintiff Respectfully refers the Court To The Plaintiffs Memorandum of law in Opposition to the Motion for Summery Judgement, Local Rule 56(a)(2) statement. And all supporting Documents.
The supplemental Memorandum of Law in opposition to Motion for summery

Judgement July, 2004 on the 14th, and The Motion For leave to File Amened Local Rule 56 (a)(2) statement July 14, 2004

Plaintiff

[signature]
Gerald Cadenve #245210
Enfield C.I
P.O Box 1500
Enfield cT 06083

I certify that a Copy of The Foregoing was mailed to

Assistant Attorney General
AWW E, Lynch
110 sherman st
Hartford ct 06105

[signature]
Plaintiff
Gerald Cadenve

2/10/05