UNITED STATES
DISTRICT
COURT

Gerald Coderre
V.
DR. Edward Pesanti ET AL.

Civil NO 3:02cv1096 (RNC)

2005 FEB 11 A 11:19

2/10/05

SUPPLEMENTAL
Affidavit of Gerald Coderre

I am older than the Age of 18 And I understand and Believe in the obligations of an oath.

I am the Plaintiff in the Above entitled Action

The Affidavit is as Follows

Supplemental Affidavit is as follows

1.) On this Clinical Record liver hurts exhibit G. the Four Requests are all asking for literature on the (HCV) For Pains and symptoms That are Related to the suffering I was Going through see exhibit H·H-1, H-2, H-3.

2.) After a total of a year of trying to Get information I wrote up a Grievance it was upheld on 5/3/02 it was Filed and 6/3/02 saying they would supply They Never DiD I Get transferred Before it Happened. (see exhibit L 2pg Grievance.)

3.) This 2 Page Report is clinical Record From 5/3/02 of an exam of The Plaintiff has Pain over Both kidneys Moderately tender Right and left side. Codeine has Pain in abdomen liver is tender to touch chronic (HCV) EXPEDITE Consultation to Gastroenterologist.
DR. Bianchi; Notes all Bloodwork to be Done By liver specialist, Patient has Migraine type Headaches, (see exhibit M 2pg Report) Dated 5/3/02

4.) Exhibits V through V-8 Motrin For Pain 9 Months That Didn't work — why Prescribe it if there was No Pain
Exhibit (J) is a transfer summary Refer to significant Medical History and current conditions/Problems kidney Pain Dbd Pain Unable to work. Per M.D exhibit (K) 6/20/02 I'm unable to work. 6/11/02 Motrin for Pain discomfort exhibit (C) 6/20/02 7/9/02 8/5/02 This is Joint Pain all The symptoms that The Defendants Addmitted to why would I Get Motrin

5.) This is C.M.H.C Compliance sheet and Agreement for (NCU) On 9/13/02 I was Released to a half way house ("Parole") on #6 it says also understand That I cannot recieve treatment From C.D.O.C while on Community Release, Transitional supervision, Parole. This shows That The incarceration was No Delay But only a Denial in Care. (see exhibit N)

6.) This is a ~~complete~~ deposition of Myself by the opposing Counsel Attorney lynch allready Put in Parts of The File I am Putting PG-90 into exhibit Q Lines 1-10

7.) webMD is a website your honor and Mrs ann E, lynch can verify The Following Facts Pegylated InterFeron came out During the

Denial in Care of The Plaintiff and Just as Pegasys Pegalyted InterFeuron it was the wonder Drug of its time Pegintron and the industry Recognized it as a Cure For the First time I'm Quoting we have a therapy that can Clear the (HCV) in the Majority of Patients (see exhibit R.) (see Affidavit 6/23/04 #70)

8.) This is a Report From Danbury Hospital Private Doctor ordered DR. Schiffman Patients Doctor This Genotype was taken after the Plaintiffs Release (3A) is the Most easiest type of (HCV) to treat with The Highest Success Rate. During The incarceration From 12/14/00 to 9/13/02 The Defendants Never looked to see what strand one that sequenced anyways (see exhibit S.)

9.) As with The N.I.H Consensus taken at a Conference in 1997 of specialist in the Field of (HCV) As with This Annals of Internal Medicine it is supported By shering-Plozh Corporation From tupper Research Institute PG-673 endorsements and 70 Doctors in the Field of hepatology, Gastroenterology PG-671 table 3 and The Largest Gains Occured in SUBGroups with Favorable Response characteristics Persons with

Genotype 2 or 3 in these Groups a higher Proportion Patients became Negative for (HCV.) This Publication Came out in 2000 Pegylated wasn't even out for another year. (see exhibit A.)

10.) On 1/20/04 I The Plaintiff Finished The Pegasys-Copegus Pegylated Interferron treatment for the Hepatitis C. virus The Treatment To eliminate The (HCV) was a soccess before the treatment I had a very Severe (HCV) Infection and The Liver was in Advanced stage III with Bridging Fibrosis (see Plaintiffs Affidavit – 6/23/04.) exhibit kk.) Approaching Cirrhosiss. One Can have liver Disease and have The (HCV) resolved The Medication Interferron erradicates The virus From doing any more damage. The Damage is Done The virus is Gone. As soon as the Medication stopped The Ast Liver Function went Above The Alt Liver Function Because The Medication is No longer helping the Function. For example The Plaintiffs Routine chemistry Reports First one exhibit (W.) 11/24/03 ALT 51, AST 34 I'm still on The Interferron. Exhibit (W-1) 12/22/03

ALT 33, AST 26 still on The Medication InterFerron. Exhibit (W-2) 2/18/04 Just about a Month off The Medication InterFerron The ALt 26, AST 30 Now The Liver enzymes Flipped AllThough in Normal Range This Change Presents Liver Damage and This is the way That The Liver shows it. Exhibit (W-3) ALT 24 Ast 24 still it has Not Gone to where it is Alt over Ast. Exhibit (W-4) 7/16/04 ALt 23 Ast 24. I'm showing a Genuine issue of Fact AllThough A Medical expert Report was Filed on My Behalf I never seen This Doctor Never talked To this Doctor And DiD Not know what IF any Records he looked at and This Assistance That I was Afforded Through I.L.A.P Richard Cahill Led Me to Believe The Report would Not Matter as I said in My Brief For The system to Allow this is Not The Justice I Grew up with.

[signature] 2/10/05
Plaintiff

I Gerald Coderre, do hereby swear That The Contents of The Foregoing Supplemental Affidavit are true and Accurate to the Best of My knowledge and Belief

_____
Gerald Coderre

Subscribed and sworn to before This 10th day of February, 2005

_____
Notary Public
My Commission Expires 7/31/06

The Plaintiff 2/10/05
_____
Gerald Coderre #245210
Enfield C.I
289 shaker Rd
P.O Box 1500
Enfield CT 06083

Certification

I hereBy Certify That a Copy of This Motion was Mailed to The Following on 2/10/05

TO:
Assistanst Attorney General
ANN E, lynch
110 Sherman st
HartFord cT 06105

Gerald Cadette
Enfield C.I
P.O Box 1500
Enfield cT 06083