United States District Court

Codewe
v.
Pesanti et Al

3:02cv1096(RNC)

FILED
2005 FEB 11  A 11: 19

2/10/05

## Motion to object any More Responses From The Defendants

I'm Presenting this objection on the Account if The Defendants want To Respond to the Plaintiffs opposition to the Reviewed Motion for Summary Judgement.

The Defendants have clearly Marked The Plaintiffs Allegations as speculation to Respond Further would only Mean That The Defendants are Not sure on there Case.

I have Presented This Case to the Best of My Ability To let any More Responses Go Forward would only delay the hands of Justice.

I hope The Court Agrees with My stance And Decides This is it. There Has Been Plenty of time and they Got There Point Across

Gerald Codewe #245210
Plaintiff

## Certification

I hereBy certify That a copy of This objection has Been mailed To:

Assistant Attorney General
ANN E. lynch
110 sherman st
HartFord ct 06105

From: *[signature]*
Gerald Cadewe
Enfield C.I
P.O Box 1500
Enfield cT 06083