Coderre
v.
Pesanti et Al...

3:02CV1096 (RNC)

6/10/05

FILED
2005 JUN 14 A 10:58
DISTRICT COURT
HARTFORD, CT

Motion To withDraw without PreJudice And kerit with The Consideration to Refile at a Later Date. The Motion To Excuse Expert Testimony Based on The Following Facts Dated March 15, 2005

1.) Due To unforeseen Circumstances AT The time of Filing The Motion stated Above I wish To withDraw with The Consideration To Refile at a Later Date without PreJudice

I Gerald Coderre The Plaintiff Respectfully Ask The Court To Grant This Motion stated Above   Thank you

By: Gerald Coderre
111 Jarvis St
cheshire cT 06410

## Certification

I Gerald Cadurre The Plaintiff has mailed First Class a Copy of This Motion TO:          6/10/05

Assistant ATTorney General
ANN E, lynch
110 sherman sT
HartFord cT 06105

By    Plaintiff
      Gerald Cadurre
      111 Jarvis sT
      cheshire cT 06410

      /s/ Gerald Cadurre