104

Coderre

v.

Pesanti et Al...

FILED

3:02CV1046 (RNC)

2005 JUN 14 A 10:58

DISTRICT COURT
HARTFORD, CT.

6/10/05

<u>Motion To withDraw without PreJudice And Merit with The Consideration to Refile at a Later Date. The Motion To Excuse Expert Testimony Based on The Following Facts Dated March 15, 2005</u>

1.) Due To unforeseen Circumstances AT The time of Filing The Motion stated Above I wish To withDraw with The Consideration To Refile at a Later Date without PreJudice.

---

June 21, 2005.        <u>Coderre v. Pesanti</u>
                      3:02CV01096 (RNC)

Re: Plaintiff's Motion to Withdraw Plaintiff's Motion to Excuse Expert Testimony (Doc. # 104).

Treating this motion as a motion to withdraw plaintiff's motion to excuse expert testimony (Doc. # 103), the motion is granted. So ordered.

Robert N. Chatigny, U.S.D.J.