Coderre
v.
Pesanti

3:02cv1096 (RNC)

FILED
2005 JUN 24 A 11:00

6/23/05

<u>Motion for clarity on Previous Filed Motion of Motion to withDraw without PreJudice dated 6/10/05</u>

1.) On June 22, 2005 The Plaintiff in the Above Captioned Manner of Codenne v. Pesanti Recieved a Motion From The Defendants Dated June 15, 2005 stating Defendants obJection to Plaintiffs Motion to withDraw without PreJudice.

2.) The Defendants Assume The Plaintiff Means The Case of Codenne v. Pesanti That is Not what The Motion states Dated 6/10/05

3.) The Motion states to withDraw The Motion filed on March 15, 2005 That is The Motion To excuse expert Testimony Based on The Following Facts Dated March 15, 2005

4.) The Plaintiff Does Not wish to withDraw The Case Just The Motion on That Date The Motion Mentioned. In other words I do Not wish To withDraw excuse DR. Isreals testimony as The Motion Filed on March 15, 2005 Asks for.

5.) The Defendants as I state again Miss--understands The Previous Filed Motion Dated 6/10/05

6.) I Just wish To withDraw without PreJuDice with The Right To Refile The Motion to excuse expert Testimony Based on the Folling Facts Dated March 15, 2005 and Not The Case.

7.) With all Due Respects To The Defendants and The Court I ApolaGize for My writing error and This should clear the Matter in which The Motion Dated March 15, 2005 was Filed and The Plaintiffs wishes To withDraw

8.) I Donot wish To withDraw DR. Isreals Testimony Just The Right in later Proceed--ings to Refile The Motion to excuse

Medical expert Testimony Based on The Following Facts at a later Date without Prejudice

Thank you

_(signature)_ Plaintiff

## Certification

I Gerald Coderre The Plaintiff has Mailed First Class a Copy of This Motion TO:

Assistant Attorney General
ANN E. Lynch
1110 sherman st
Hartford ct 06105

By Gerald Coderre
575 Maple st c/o Halfway House
Bridgeport ct 06605

_(signature)_
6/23/05