Codarre
v.
Pesanti

3:02cv1096 (RNC)

FILED
2005 JUN 27 A 11:14
DISTRICT COURT
HARTFORD, CT.

6/24/05

## Motion To Compell Defendants To Cease all Correspondence with Inmates' legal Assistance

1.) The Plaintiff in This Case has severed all Relations with I.L.A.P due to The Following Facts.

2.) Richard Cahill of I.L.A.P had a Docter Mr Isreal Give an opinion in this Case and without an effective Back Ground check The Docter was is a Professor at Uconn University Therefore The opinion was Made in Conflict of Interest.

3.) The Defendants are All uconn university employees

4.) Richard Cahill Never Alerted Plaintiff to This Fact until After The Filing of DR. Isreals opinion and The Plaintiff

Found out on his own Accord and Recourses.

5.) Due to This Conflict, That was created By I.L.A.P All Relations have Been severed The Plaintiff has Notified The Defendants of This Position But still insist on sending Documents and who knows what other Communications.

6.) I am Asking The Court for help in That The Defendants Put Forth The Plaintiffs wish and have No Contact with I.L.A.P in any Form

Thank you    6/24/05

_____ Plaintiff

### Certification

A copy of This Motion has Been Mailed To:

Assistant Attorney General
ANN E. Lynch
110 sherman st
Hartford cT 06105

6/24/05

By _____
Gerald Cadowe
575 Maple st
Bridge Port cT 06605
% Maple st Halfway House