Codexvc
v.
Pesanti

3:02cv1096 (RNC)

8/31/05

## Motion To File an opposing Letter

1.) On 7/18/05 Attorney Ann Lynch wrote a letter to The Honorable Robert N. chatigny

2.) The letter was Filed on 7/22/05

3.) The Plaintiff wrote an opposing letter To show The Honorable Robert N. chatigny The Facts That were stated in The letter in Detail

4.) The opposing letter was Never Filed as Attorney Lynchs was

2

5.) I'm asking The Court The Honorable Robert N. Chatigny To File The opposing letter That was written in Response 7/20/05

6) The letter is as Follows

~~[signature struck through]~~

[signature] 8/31/05

9/9/05

Certification

I Gerald Coderre The Plaintiff certify That A Copy of The Document enclosed was Mailed First Class On The Following Dates 7/20/05 and 8/31/05

*[signature]*

TO
Attorney ANN E. lynch
The Attorney Generals office
110 sherman ST
Hartford CT 06106


By  Gerald Coderre
    100 south Main ST
    Norwalk CT 06854

*[signature]*