Coderre
    v.
Pesanti

3:02cv1096 (RNC)

2005 SEP 23 A 11:00

9/22/05

## Motion To withDraw Compell Motion

1.) The Plaintiff Gerald Coderre Respectfully Asks The Court To withDraw The Compell Motion seeking The Defendants To cease all Correspondence with Inmates Legal Assistance Program

2.) AllThough The Defendants Never said They would Cease it Appears According To a Previously Filed Letter By Attorney lynch she did Not Address it To I.L.A.P.

3.) I would Assume That Mrs A.E. Lynch Ceased All Correspondence

Plaintiff
Gerald Coderre
[signature]

# Certification

I Gerald Coderre hereBy Certify That I Mailed a Copy of This Motion To

TO: ANN E, lynch AA-G
Attorney Generals office
110 sherman sT
Hartford cT 06106

By Gerald Coderre Pro-se
100 South main sT
Norwalk cT 06854