Coderre
v.
Pesanti

3:02cv1096 (RNC)

FILED
2005 SEP 23  A 11:00
. DISTRICT COURT
HARTFORD, CT.

9/22/05

Motion To withDraw Compell Motion

1.) The Plaintiff Gerald Coderre Respectfully Asks The Court To with Draw The Compell Motion Seeking The Defendants To cease all Correspondence with Inmates Legal Assistance Program

2.) AllThough The Defendants Never said They would Cease it Appears According To a Previously Filed Letter By Attorney lynch she did Not Address it To I.L.A.P.

**September 27, 2005.**         <u>Coderre v. Pesanti</u>
                                3:02CV01096 (RNC)

Re:  Plaintiff's Motion to Withdraw Motion to Compel Defendants to Cease All Correspondence with Inmate's Legal Assistance (Doc. # 111).

Granted.  So ordered.

_____
Robert N. Chatigny  U.S.D.J.