UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERALD CODERRE | : |
| | : |
| v. | : CASE NO. 3:02CV1096(RNC) |
| | : |
| EDWARD PESANTI, MD., EDWARD BLANCHETTE, MD., DR. GERMAIN BIANCHI, E. WHITE | : |

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment, before the Honorable Robert N. Chatigny, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having issued a ruling and order granting the aforesaid motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 3rd day of October, 2005.

KEVIN F. ROWE, Clerk

By ____/s/_____
    Jo-Ann Walker
    Deputy Clerk

EOD _____