FORM 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Coderre

v.

Pesanti et al...

CIVIL CASE NO. 3:02 CV1096(RNC)

2005 [...] 18

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Gerald Coderre__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __Gerald Coderre__ desires to appeal
(appealing party)
the judgment in this action entered on __10/3/05__, but failed to file a notice of appeal within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

Please see Attached Motion for extension of Time It is within The Appropiate time.

_____
Signature

Gerald Coderre
Print Name

100 South Main ST
Norwalk CT 06854
Address

Date: 10/5/05

1-877-659-1060 or 203-899-8580
Telephone Number

Note: You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.

Coderre
  v                3:02 cv 1096 (RNC)
Pesanti

10/5/05

## Motion for extension of Time

1.) I Gerald Coderre The Plaintiff in The Case AT hand wishes for an extension of 30 days To Properly Put together An Appeals Brief

2.) I am an Pro-se Plaintiff who has No experience in Law The extension would help in The study and work involved.

3.) I Filed an Appeal Dated 10/5/05 with They extension and a Motion For Appointment of Counsel

[signature]
Plaintiff

Certification

I Gerald Cedeme The Plaintiff hereby Certify That a Copy has Been Mailed To:

TO: Assistant Attorney General
Ann E. Lynch
110 Sherman ST
Hartford CT 06106

By Gerald Cedeme
100 South Main ST
Norwalk CT 06854

_____
Plaintiff