Coderre
  v.                    3:02cv1096 (RNC)
Pesanti et Al...

10/5/05

Motion for waiver of Filing Fees'
for The Appeal To The 2nd Circuit
Court of Appeals.

1.) In July 2002 The Plaintiff was
Granted Informapaupis status To move
forward with The civil case at hand

2.) The Plaintiff Respectfully asks The Court
To waive The Filing Fees' so The
Plaintiff can move Forward with The
Facts of The Case at hand

Thank you

Gerald Coderre
Plaintiff

Certification

I Gerald Cadowe The Plaintiff has Mailed a copy of the following Motion First class To.

To Assistant Attorney General
ANN E. lynch
110 Sherman ST
HartFord cT 06106

By Gerald Cadowe
100 south Main ST
Norwalk ct 06854

*[signature]*
Gerald Cadowe
Plaintiff