Coderre
    v                              3:02cv1096 (RNC)
Pesanti et Al...

                10/5/05


Motion For Appointment of Replacement
Counsel For The Appeal Process


1.) I Gerald Coderre The Plaintiff is a Pro-se Plaintiff with No experience in The Federal Court of Appeals Process

2.) I have No signifigant Amount of Money To Retain a Lawyer for This Complex Procedure

3.) I March of 2004 The Plaintiff was Granted a Pro-Bono Attorney Due To A Conflict of Interest Attorney Margaret A. Rutherford had To withDraw

4.) The Court Denied Two Filed Motions For Replacement Counsel

5.) The Pro-se Plaintiff Therefore had To Proceed with No law experience

6.) The Appeals Process is a Complex understanding of The law in which The Plaintiff has a limited view

7.) I Gerald Cedeno The Plaintiff is Asking The Court [Appeals] To Grant a Pro-Bono Attorney for This Procedure

Respectfully yours

Gerald Cedeno Plaintiff

Certification

I Gerald Codewe The Plaintiff hereby Certifys That a Copy of The Motion was Mailed First class

TO: Assistant Attorney General
ANN E, lynch
110 sherman ST
Hartford CT 06855 06106

By Gerald Codewe
100 south main ST
Norwalk CT 06854

Gerald Codewe
Plaintiff