UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERALD CODERRE,              :
    Plaintiff,            :
                             :
V.                           :   CASE NO. 3:02CV1096 (RNC)
                             :
EDWARD PESANTI, ET AL.,      :
    Defendants.           :

ORDER

    Plaintiff, a Connecticut prisoner, has filed a notice of appeal and now moves for a waiver of filing fees (Doc. # 117). He was given leave to proceed in forma pauperis in this Court, but is not automatically entitled to proceed in forma pauperis on appeal because, under the Prison Litigation Reform Act, a prisoner desiring to appeal must submit an affidavit containing a statement of his assets and the issues he intends to raise on appeal, plus a certified copy of his trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of his notice of appeal. See 28 U.S.C. § 1915(a) and (b). Plaintiff has not complied with these requirements. Accordingly, his motion for waiver of filing fees is denied without prejudice. Any further motion for waiver of filing fees must be supported by the necessary affidavit and trust fund account statement.

    Plaintiff has also filed a motion for appointment of appellate counsel (Doc. # 118). This motion is best left to the appellate court. See, e.g., Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 170, 174 (2d Cir. 1989) (distinguishing between appointments of

appellate counsel made by the appellate court and appointments of trial counsel made by the district court). Accordingly, plaintiff's motion for appointment of appellate counsel is denied without prejudice to refiling in the Court of Appeals.

So ordered.

Dated at Hartford, Connecticut this 17th day of October 2005.

>      Robert N. Chatigny
>      United States District Judge