

*(handwritten, top right)* CTDC - (New Haven) 02-cv-1096 Chatigny, USDJ

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 20th day of June, two thousand and six.

PRESENT:

    JOSÉ A. CABRANES
    CHESTER J. STRAUB
    PETER W. HALL
        *Circuit Judges.*

*(stamp)* UNITED STATES COURT OF APPEALS FILED JUN 20 2006 Roseann B. MacKechnie, CLERK SECOND CIRCUIT

---------------------------------------------x

GERALD CODERRE,

       *Plaintiff-Appellant,*

    v.                        No. 05-5403-pr

EDWAR PESANTI, MD; EDWARD BLANCHETTE, MD; DR. GERMAIN BIANCHI; E. WHITE, NURSE,

       *Defendants-Appellees,*

JOHN DOE, I/O,

       *Defendant.*

---------------------------------------------x

**APPEARING FOR APPELLANT:**        GERALD CODERRE, *pro se,*
                                   Norwalk, CT

Issued as Mandate: AUG 15 2006